**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pottsville Operations LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2679467** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **420 Pulaski Drive**<br>**Pottsville, PA 17901-3634**<br>Number, Street, City, State & ZIP Code | **22 Dike Street**<br>**Monsey, NY 10952**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Schuylkill**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

| Debtor | **Pottsville Operations LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6233**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    **Pottsville Operations LLC**_____    Case number (*if known*) _____
      Name

List all cases. If more than 1,
attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Pottsville Operations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/15/2024
                        MM / DD / YYYY

**X** /s/ Neil Luria

Signature of authorized representative of debtor

**Neil Luria**

Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X**   /s/ Daniel R. Schmizzi

Signature of attorney for debtor

Date   10/15/2024
              MM / DD / YYYY

**Daniel R. Schmizzi**
Printed name

**Raines Feldman Littrell, LLP**
Firm name

**11 Stanwix Street**
**Suite 1100**
**Pittsburg, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone   **412-899-6474**      Email address   **dschimizzi@raineslaw.com**

**311869 PA**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**POTTSVILLE OPERATIONS, LLC, *et al.*,[1]**<br><br>**Debtors.** | Case No.: |

**LIST OF AFFILIATED DEBTORS COMMENCING CHAPTER 11 CASES**

| Debtor | Last Four Digits of EIN |
|---|---|
| Hampton House Operations, LLC | 8969 |
| Hampton House Propco, LLC | 7258 |
| Kingston Operations, LLC | 1787 |
| Kingston Propco, LLC | 8562 |
| Pottsville Operations, LLC | 9467 |
| Pottsville Propco, LLC | 8685 |
| Williamsport North Operations, LLC | 9927 |
| Williamsport Propco, LLC | 2039 |
| Williamsport South Operations, LLC | 0298 |
| Yeadon Operations, LLC | 9296 |
| Yeadon Propco, LLC | 5785 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785). The Debtors' address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Pottsville Operations LLC**                                    Case No. _____

_____

Debtor(s)                          Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LZ PA Holdings LLC**<br>**22 Dike Dr.**<br>**Monsey, NY 10952** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _____10/15/2024_____          Signature   ___/s/ Neil Luria_____

**Neil Luria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Pottsville Operations LLC**          Case No. _____
                        Debtor(s)          Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pottsville Operations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LZ PA Holdings LLC**
**22 Dike Dr.**
**Monsey, NY 10952**

☐ None [*Check if applicable*]

| | |
|---|---|
| 10/15/2024 | /s/ Daniel R. Schmizzi |
| Date | **Daniel R. Schmizzi** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Pottsville Operations LLC** |
| | **Raines Feldman Littrell, LLP** |
| | **11 Stanwix Street** |
| | **Suite 1100** |
| | **Pittsburgh, PA 15222** |
| | **412-899-6474** |
| | **dschimizzi@raineslaw.com** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pottsville Operations LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (CONSOLIDATED)

**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PA Nursing Facility Assessment 315 N. 2nd Street Harrisburg, PA 17101** | **717-787-1171** | **Trade debt** | | | | **$15,980,249.00** |
| **Comprehensive Care Solutions LLC 491 Lyons Ave Irvington, NJ 07111** | **917-678-8442** | **Trade debt** | | | | **$3,876,303.00** |
| **ShiftMed, LLC 7925 Jones Branch Dr. McLean, VA 22102** | **800-485-9002 billingsupport@shiftmed.com** | **Trade debt** | | | | **$2,712,252.00** |
| **Reliant Pro Rehab PO Box 207773 Dallas, TX 75320-7773** | **877-889-5188** | **Trade debt** | | | | **$1,835,861.00** |
| **Change Healthcare P.O. Box 736187 Chicago, IL 60673-6187** | | **Trade debt** | | | | **$1,366,750.00** |
| **PAMC Consulting LLC Dike Drive Monsey, NY 10952** | **Mst141976@gmail.com** | **Trade debt** | | | | **$1,092,967.00** |
| **SC & BP Services Inc. 1420 East Linden Ave. Linden, NJ 07036** | **908-912-2700** | **Trade debt** | | | | **$1,061,140.00** |
| **SpecialtyRX 2 Bergen Turnpike Ridgefield Park, NJ 07660** | **866-773-2479 info@srxltc.com** | **Trade debt** | | | | **$1,027,160.00** |
| **ShiftKey, LLC PO Box 735913 Dallas, TX 75373-5913** | **214-257-8686** | **Trade debt** | | | | **$1,022,270.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pottsville Operations LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Health Plus Admin 975 NY-45 #1200 Pomona, NY 10970** | | **Trade debt** | | | | **$904.433.00** |
| **UHP Administrators 1662 61st St. Brooklyn, NY 11204** | 888-596-4325 | **Trade debt** | | | | **$878,800.00** |
| **IPFS Corporation 125 S. Wacker Dr. Suite 1650 Chicago, IL 60606** | 866-412-2426 | **Trade debt** | | | | **$570,900.00** |
| **Centers for Medicare & Medicaid Services PO Box 7520 Baltimore, MD 21207-0520** | 212-861-4293 enforcement@cms.hhs.gov | **Trade debt** | | | | **$533,360.00** |
| **Dedicated Nursing Associates, Inc. 6536 William Penn Hwy Rt. 22 Suite 201 Delmont, PA 15626-2409** | 724-365-8545 AR@DedicatedNurses.com | **Trade debt** | | | | **$341,608.00** |
| **IntelyCare, Inc. PO Box 787317 Philadelphia, PA 19178-7317** | 844-683-5922 CareTeam@intlycare.com | **Trade debt** | | | | **$266,735.00** |
| **Eagle Risk Services 202 Caton Ave. Brooklyn, NY 11218** | 718-215-8650 Info@EagleNorthLLC.com | **Trade debt** | | | | **$257,441.00** |
| **PointClickCare Technologies Inc. PO Box 674802 Detroit, MI 48267-4802** | 905-858-8885 | **Trade debt** | | | | **$233,641.00** |
| **TwoMagnets Inc. PO Box 103125 Pasadena, CA 91189-3125** | 408-837-0116 billing@clipboardhealth.com | **Trade debt** | | | | **$211,494.00** |
| **Trans-Med Ambulance Inc. 14 Marion Street Luzerne, PA 18709** | 570-283-2444 Lauraomtma@gmail.com | **Trade debt** | | | | **$210,739.00** |
| **Kennedy PC PO Bx 5100 Harrisburg, PA 17110** | 717-233-7100, 877-833-7100 | **Trade debt** | | | | **$177,873.00** |
| **Medical Data Analytics 1482 Ocean Parkway Brooklyn, NY 11230** | | **Trade debt** | | | | **$161,790.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

G:\share\Orlando Bankruptcy\Bedrock Care (Hampton House)\Lisa Folder\Top 30 Unsecured - PA6.rtf

Debtor    **Pottsville Operations LLC**                                          Case number (if known)

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BerkshireHathaway Homestate Cos.** PO Box 844501 Los Angeles, CA 90084-4501 | 877-680-2442 billing@bhhomesta te.com | **Trade debt** | | | | **$151,621.00** |
| **Apex Global Solutions LLC** 400 Rella Blvd. Suite 200 Montebello. NY 10901 | 845-595-2444 info@ApexGlobaU S.com | **Trade debt** | | | | **$141,269.00** |
| **Med Stat Ambulance LP** 465 East Chestnut St Hazleton, PA 18201 | 570-861-8511 | **Trade debt** | | | | **$118,257.00** |
| **Care Technology Group** 29 Terri Lee Lane Spring Valley, NY 10977 | (212) 575-3495 info@caretechnolo gygroup.com | **Trade debt** | | | | **$104,327.00** |
| **Rehab Advisors by Enhance LLC** 685 River Ave. Lakewood, NJ 08701 | 866-574-4272 rehabadvisors@en hancetherapies.co m | **Trade debt** | | | | **$104,282.00** |
| **Elite Revenue Solutions** 200 N. River Street Wlkes Barre, PA 18711 | 570-825-1512 | **Trade debt** | | | | **$102,367.00** |
| **Signature Staff Resources LLC** 1460 T L Townsend Dr. #104 Rockwall, TX 75032 | 866-480-4531 | **Trade debt** | | | | **$95,180.00** |
| **Sunset Staffing LLC** 157 Sheffield Dr. Sunbury, PA 17801 | 570-986-8773 | **Trade debt** | | | | **$94,071.00** |
| **Normandy Insurance Company** 4800 N Federal Hwy Boca Raton, FL 33431 | 866-688-6442 info@normandyins .com | **Trade debt** | | | | **$91,051.00** |

G:\share\Orlando Bankruptcy\Bedrock Care (Hampton House)\Lisa Folder\Top 30 Unsecured - PA6.rtf

*Execution Version*

## WRITTEN CONSENT OF
## THE CHIEF RESTRUCTURING OFFICER

### October 15, 2024

Neil Luria being the Chief Restructuring Officer (the "CRO") of Pottsville Operations, LLC, Pottsville Propco, LLC, Hampton House Operations, LLC, Hampton House Propco, LLC, Kingston Operations, LLC, Kingston Propco, LLC, Yeadon Operations, LLC, Yeadon Propco, LLC, Williamsport North Operations, LLC, Williamsport South Operations, LLC, Williamsport Propco, LLC (the "Companies") and empowered to act on behalf of the Companies hereby adopts the following resolutions, effective as of the first date written above:

### Chapter 11 Filing

**WHEREAS**, the Companies appointed the CRO effective October 15, 2024, pursuant to the Action by Joint Written Consent of the Managers and Majority Members of Hampton House Propco, LLC, Kingston Propco, LLC, Pottsville Propco, LLC, Williamsport Propco, LLC, Yeadon Propco, LLC (the "PropCo Consent") and Action by Unanimous Written Consent of the Managers of Hampton House Operations, LLC, Kingston Operations, LLC, Pottsville Operations, LLC, Williamsport North Operations, LLC, Williamsport South Operations, LLC, Yeadon Operations, LLC (the "OpCo Consent" and together with the PropCo Consent, the "Consents").

**WHEREAS**, the Consents established the officer of the chief restructuring officer for the Companies and authorized the CRO to file the Chapter 11 Cases (defined below) for the Companies and take all further actions necessary for the Companies in connection with the Chapter 11 Cases.

**WHEREAS**, the Companies and CRO have considered, among other things, the financial and operational condition of the Companies and the Companies' businesses on the date hereof, the assets of the Companies, the current and long-term liabilities of the Companies, the liquidity situation of the Companies, the strategic alternatives available to it, the effect of the foregoing on the Companies' businesses, and the advice of management and the Companies' advisors.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the CRO, it is desirable and in the best interests of the Companies, its creditors, and other parties in interest, that the Companies shall be, and hereby are, authorized to file, or cause to be filed, a voluntary petition for relief (together with the chapter 11 cases of the Company's affiliates, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

### General

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred, the CRO is authorized and directed to do and perform all such

other acts, deeds and things and to make, negotiate, execute, deliver and file, or cause to be made, negotiated, executed, delivered and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices or statements as the CRO may deem necessary or advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by the CRO shall be conclusive evidence that the CRO deems such action or the execution and delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed.

**FURTHER RESOLVED**, that this written consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument, and that this written consent may be delivered via facsimile or electronic transmission with the same force and effect as if it had been delivered manually.

**FURTHER RESOLVED**, that the CRO hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

2

4885-9222-8067.2

*Execution Version*

IN WITNESS WHEREOF, the undersigned CRO of the Companies has executed this Written Consent of the Chief Restructuring Officer as of and effective on October 15, 2024.

_____

Neil Luria, Chief Restructuring Officer of Pottsville Operations, LLC, Pottsville Propco, LLC, Hampton House Operations, LLC, Hampton House Propco, LLC, Kingston Operations, LLC, Kingston Propco, LLC, Yeadon Operations, LLC, Yeadon Propco, LLC, Williamsport North Operations, LLC, Williamsport South Operations, LLC, Williamsport Propco, LLC

[Signature Page to Action by Written Consent]