**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Pottsville Operations LLC,

Debtor.

Case No. 24-70418 JAD

Chapter 11

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/ Jodi L. Hause
Jodi L. Hause, Trial Attorney
Pennsylvania ID 90625
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, Pennsylvania 15222
(412) 644-4757 Telephone
Jodi.Hause@usdoj.gov