# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Pottsville Operations LLC,   Case No. 24-70418 JAD

Chapter 11

Debtor.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of William Buchanan on behalf of the United States Trustee in the above captioned matter.

> Respectfully Submitted,
>
> ANDREW R. VARA
> UNITED STATES TRUSTEE
> Regions 3 and 9
>
> By:   /s/*William Buchanan*
> William Buchanan, Trial Attorney
> PA Bar ID 202843
> William S. Moorhead Federal Building
> 1000 Liberty Avenue, Suite 1316
> Pittsburgh, Pennsylvania 15222
> (412) 644-4779 Telephone
> Email: William.Buchanan@usdoj.gov