**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In r:<br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-70418 (JAD)<br>(Jointly Administered) |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, the United States Trustee for Region 3, hereby files this Notice of Appointment of the following unsecured creditors as members of the official committee of unsecured creditors in the above-captioned cases:

| | |
|---|---|
| **Reliant Pro Rehab, LLC**<br>Mr. Monte Green<br>5800 Granite Parkway, Suite 325<br>Plano, TX 75025<br>monte.green@reliant-rehab.com<br>T: (310) 467-0696 | Identified Counsel:<br>Andrew J. Nazar, Esq.<br>Polsinelli P.C.<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112 |
| **Trans-Med Ambulance, Inc.**<br>Mr. Homer Berlew<br>14 Marion Street<br>Luzerne, PA 18709<br>homertma@gmail.com<br>T: (570) 283-2444 Ext. 229 | N/A |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785). The Debtors' address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

| | |
|---|---|
| **Dedicated Nursing Associates, Inc.**<br>Ms. Amy Silveri<br>6536 William Penn Highway, Route 22<br>Delmont, PA 15626<br>asilveri@dedicatednurses.com<br>T: (855) 349-6013 | N/A |

Dated: October 25, 2024

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE

By: *\/s/ Marta E. Villacorta*
Marta E. Villacorta
Assistant United States Trustee