**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>(Consolidated)<br><br>Chapter 11 |
| UNITED STATES TRUSTEE,<br><br>Movant,<br><br>-vs-<br><br>NO RESPONDENT. | Doc. No. |

**STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

This Stipulation is made between the above-referenced debtors (the "Debtors") and the United States Trustee for Regions 3 and 9 (the "United States Trustee" and together with the Debtors, the "Parties"), by and through their respective undersigned counsel, with reference to the following facts:

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785).

## RECITALS

1. On October 15, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").[2] Since the commencement of these cases, the Debtors have been operating their businesses as debtors in possession pursuant to sections 1107 and 1108.

2. The Debtors designated themselves as healthcare businesses on their respective Petitions as defined in 11 U.S.C. § 101(27A). *See* Petitions.

3. The Debtors are a private owned organization that operate and manage six skilled nursing facilities in Pennsylvania and the real property upon which the facilities are operated. Through its facilities, the Debtors maintain 925 skilled nursing beds, providing long-term care and rehabilitation services, and employ more than 800 employees. *See* ECF No. 4.

4. The United States Trustee has been advised that the Commonwealth of Pennsylvania offers the PA Long-Term Care Ombudsman who can be appointed as the patient care ombudsman pursuant to 11 U.S.C. § 333.

5. The Parties, through their respective undersigned counsel, have conferred regarding this matter and have agreed to stipulate to the appointment of a patient care ombudsman under 11 U.S.C. § 333.

---

[2] All references to "section" herein are to the Bankruptcy Code, 11 U.S.C. §§ 101, et seq., as amended.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A. Debtors are health care businesses as defined in section 101(27A).

B. The Parties stipulate that the appointment of a patient care ombudsman for the Debtors pursuant to 11 U.S.C. § 333 is appropriate under the circumstances and that the PA Long Term Care Ombudsman shall serve in such capacity in the Debtors' facilities.

C. Pursuant to Bankruptcy Rule 2007.2, a motion is required only if the Court is asked not to appoint a patient care ombudsman in a case. Because the Debtors consent to the appointment of a patient care ombudsman, no motion is needed.

UNITED STATES TRUSTEE
Regions 3 and 9

Dated: October 31, 2024

*/s/ William M. Buchanan*
William Buchanan, Trial Attorney
PA I.D. No. 202843
Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
T: (412) 644-4779
Email: william.buchanan@usdoj.gov

Dated: October 31, 2024

*/s/ Daniel Schimizzi*
Daniel R. Schimizzi
PA I.D. No. 311869
Raines Feldman Littrell LLP
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
T: (412) 899-6474
Email: dschimizzi@raineslaw.com
*Proposed Local Counsel for Debtors*