FILED
11/1/24 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No.: 24-70418 JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*, | (Consolidated) |
| Debtors. | Chapter 11 |
| UNITED STATES TRUSTEE, | Doc. No. 131 |
| Movant, | Related to No. |
| -vs- | |
| NO RESPONDENT. | |

**ORDER GRANTING STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

AND NOW, this 1st day of November, 2024, the Debtors having filed their bankruptcy Petitions on October 15, 2024 indicating that they are health care businesses, and the Debtors and United States Trustee having filed a Stipulation for Order Directing the Appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. § 333 (the "Stipulation"), and the Court finding that the provisions of 11 U.S.C § 333 for appointment of a Patient Care Ombudsman apply, it is ORDERED, ADJUDGED and DECREED that the Stipulation is APPROVED and the United States Trustee shall appoint the PA Long Term Care Ombudsman to serve as patient care ombudsman, with all duties and rights as set forth under 11 U.S.C. § 333(b) and (c).

BY THE COURT:

jsf

Jeffery A. Deller
United States Bankruptcy Judge