# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | | |
|---|---|---|
| CARE PAVILION OPERATING LLC, | ) | BANKRUPTCY NO. 24-70473-JAD |
| | ) | |
| Debtor. | ) | **CONSOLIDATED AT NO. 24-70418-JAD** |
| | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| | ) | JUDGE JEFFREY A. DELLER |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of **Amy E. Bentz, Esquire and the Bentz Law Firm, P.C.** on behalf of **Specialty Rx, Inc., Creditor** in the above-captioned matter.

Respectfully submitted:

BENTZ LAW FIRM, P.C.

By: /s/ Amy E. Bentz
Amy E. Bentz, Esquire
PA I.D. No. 52691

The Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA  15228
412-563-4500
aebentz@bentzlaw.com