| Information to identify the cases: | | | | |
|---|---|---|---|---|
| **Debtor Name** | **Case Number** | **Tax ID Number** | **Former Name(s) Used within the Last 8 Years** | **Mailing Address** |
| Hampton House Operations, LLC | 24-70422-JAD | 86-2678969 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Hampton House Propco, LLC | 24-70423-JAD | 86-3777258 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Kingston Operations, LLC | 24-70420-JAD | 86-2681787 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Kingston Propco, LLC | 24-70421-JAD | 86-3728562 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Pottsville Operations, LLC | 24-70418-JAD | 86-2679467 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Pottsville Propco, LLC | 24-70419-JAD | 86-3778685 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Williamsport North Operations, LLC | 24-70424-JAD | 86-2679927 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Williamsport Propco, LLC | 24-70425-JAD | 86-3802039 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Williamsport South Operations, LLC | 24-70426-JAD | 86-2680298 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Yeadon Operations, LLC | 24-70427-JAD | 86-2679296 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |
| Yeadon Propco, LLC | 24-70428-JAD | 86-3725785 | N/A | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 |

United States Bankruptcy Court for the Western District of Pennsylvania

Date Cases Filed for Chapter 11: October 15, 2024

Jointly Administered at Case Number 24-70418-JAD

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case 10/20

**For each debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice (See line 11 below for more information).

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by Stretto, Inc., the Claims and Noticing Agent for these Chapter 11 Cases, at https://cases.stretto.com/pottsville, at the bankruptcy clerk's office at the address listed below, or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to 855-469-1264 (for U.S. & Canada calls) and 714-586-5713 (for calls originating outside of the U.S.).

**<u>The staff of the bankruptcy clerk's office cannot give legal advice.</u>**

**Do not file this notice with any proof of claim or other filing in this case.**

| | | |
|---|---|---|
| **1. Debtors full names** | Hampton House Operations, LLC<br>Hampton House Propco, LLC<br>Kingston Operations, LLC<br>Kingston Propco, LLC<br>Pottsville Operations, LLC<br>Pottsville Propco, LLC<br>Williamsport North Operations, LLC<br>Williamsport Propco, LLC<br>Williamsport South Operations, LLC<br>Yeadon Operations, LLC<br>Yeadon Propco, LLC | |
| **2. All other names used in the last 8 years** | N/A | |
| **3. Address** | 425 West New England Avenue, Suite 300, Winter Park, Florida 32789 | |
| **4. Debtors' Attorneys**<br><br>Name and Address | RAINES FELDMAN LITTRELL, LLP<br>Daniel R. Schimizzi, Esq.<br>Sarah E. Wenrich, Esq.<br>11 Stanwix Street, Suite 1100<br>Pittsburgh, PA 15222<br>Tel: (412) 899-6474<br>Email: dschimizzi@raineslaw.com<br>swenrich@raineslaw.com | BAKER HOSTETLER LLP<br>Elizabeth A. Green, Esq.<br>Andrew V. Layden, Esq.<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida 32801-3432<br>Tel: (407) 649-4000<br>Fax: (407) 841-0168<br>Email: egreen@bakerlaw.com<br>alayden@bakerlaw.com |

| | | |
|---|---|---|
| **5. Debtors' Claims and Noticing Agent** | Pottsville Operations, LLC, *et al.* Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92062<br>Toll-Free: (855) 469-1264<br>International: +1 (714) 586-5713<br>Email: PottsvilleInquiries@stretto.com<br><br>All documents in this case are available free of charge on the Stretto website at https://cases.stretto.com/pottsville. | |
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court**<br>**5414 U.S. Steel Tower**<br>**600 Grant Street**<br>**Pittsburgh, PA 15219** | Hours Open, Monday – Friday<br>9:00 AM to 4:30 PM (EST)<br>Contact Phone: (412) 644 – 2700 |
| **7. Meeting of Creditors**<br><br>The Debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 16, 2025, at 1:30 PM (EST)**<br><br>Location: 341 Meeting will be conducted by phone: **Toll-Free: 844-767-5651** **Access Code: 4415024**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |
| **8. Proof of Claim Deadline** | **Deadline for filing proof of claim: April 16, 2025**<br><br>Proofs of claim may be filed electronically (no paper claim required) on the Court's ECF system, by accessing the Filing a Claim (ePOC) link (at https://www.pawb.uscourts.gov) or through the claims agent's portal at https://cases.stretto.com/pottsville.<br><br>Paper copies of completed proofs of claim may be submitted to Stretto, Inc., as the official claims agent for these cases, at:<br><br>Pottsville Operations, LLC, *et al.* Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92062<br>Toll-Free: (855) 469-1264<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at https://www.pawb.uscourts.gov/filing-proof-claim, any bankruptcy clerk's office, or on the claims agent's website at https://cases.stretto.com/pottsville. | |

| | |
|---|---|
| | Your claim will be allowed in the amount scheduled unless:<br><br>your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>you file a proof of claim in a different amount; or<br>you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, online at www.pacer.gov, or at the claims agent's website at https://cases.stretto.com/pottsville.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **9. Exception to Discharge**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: March 17, 2025** |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **12. Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |