# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BK Case No. 24-70418-JAD |
| | : | (Jointly Administered) |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | The Honorable Jeffery A. Deller |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[2] | : | |
| Movant | : | Related to Document No. 357, 358, 360 |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | **December 17, 2024 at 2:00 pm** |
| NO RESPONDENTS. | : | |

**LANDLORDS' RESERVATION OF RIGHTS TO CARE PAVILION DEBTORS' MOTION FOR ENTRY OF ORDERS (A) APPROVING SALE OF SUBSTANTIALLY ALL OF THE CARE PAVILION DEBTORS' ASSETS, OTHER THAN ACCOUNTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) APPROVING BIDDING PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF THE CARE PAVILION DEBTORS' ASSETS, OTHER THAN ACCOUNTS, (C) APPROVING STALKING HORSE BID PROTECTIONS, (D) SCHEDULING AUCTION FOR AND HEARING TO APPROVE THE SALE OF THE CARE PAVILION DEBTORS' ASSETS, (E) APPROVING FORM AND MANNER OF NOTICE OF SALE, AUCTION, AND SALE ORDER HEARING, (F) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (G) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES, AND (H) GRANTING RELATED RELIEF</u>**

G&E HC REIT II Care Pavilion SNF, L.P., G&E HC REIT II Maplewood Manor SNF, L.P., G&E HC REIT II Cheltenham York SNF, L.P., G&E HC REIT II Tucker House SNF, L.P.,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "<u>Pottsville Debtors</u>" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "<u>Pottsville Cases</u>") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "<u>Care Pavilion Debtors</u>" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "<u>Care Pavilion Cases</u>"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789

[2] The applicable Debtors for the Motion and this Reservation of Rights thereto are the Care Pavilion Debtors.

G&E HC REIT II Cliveden SNF, L.P., GA HC REIT II Milton SNF, LLC, GA HC REIT II Watsontown SNF, LLC, and GA HC REIT II Royersford SNF, LLC (*collectively*, the "Landlords") tender this Reservation of Rights (the "Reservation") to the *Care Pavilion Debtors' Motion for Entry of Orders (A) Approving Sale of Substantially All of the Care Pavilion Debtors' Assets, Other than Accounts, Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially All of the Care Pavilion Debtors' Assets, Other than Accounts, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve the Sale of the Care Pavilion Debtors' Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief* (DN 357) (the "Motion").

1. The Care Pavilion Debtors commenced these bankruptcy proceedings with the filing of Chapter 11 petitions on November 18, 2024.

2. Pursuant to a first day motion filed by the Care Pavilion Debtors, the Care Pavilion Cases are being jointly administered with each other and with the Pottsville Cases under the above-styled proceeding. *See* Order (I) Authorizing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief (DN 218).

3. On December 10, 2024, the Care Pavilion Debtors filed the Motion and the *Care Pavilion Debtors' Motion to Expedite Hearing to (I) Consider Approval of (A) Bidding Procedures, (B) Bid Protections for the Stalking Horse Bidders, and (C) Form and Manner of Proposed Notices, and (II) Schedule an Auction and Sale Hearing* (DN 358) (the "Motion to Expedite").

4. On that same day, the Court entered an order granting the Motion to Expedite and setting December 16, 2024 as the deadline to file any responses to the request for approval of the

2

Bidding Procedures,[3] Bid Protections, Form and Manner of Proposed Notices, and the Scheduling of an Auction and Sale Hearing and further setting a hearing on the same for December 17, 2024 at 2:00 p.m. *See* DN 360.

5. Given the truncated timeline, the Landlords have not had a full opportunity to review the Motion and fully develop their position on the issues raised.

6. The Landlords own the real estate of eight skilled nursing facilities in Pennsylvania and lease the real property, improvements, and certain personal property of the facilities to Debtor MAPA Operating, LLC ("MAPA") as the master tenant pursuant to two separate but substantively similar leases and associated documents for MAPA and its affiliates to operate as licensed operators (collectively the "Care Pavilion Facilities"). The relevant Care Pavilion Debtors who operate the facilities are: Care Pavilion Operating, LLC, Cliveden Operating, LLC, MAPA Operating, LLC, Maplewood Operating, LLC, Milton Operating, LLC, Parkhouse Operating, LLC, Tucker Operating, LLC, Watsontown Operating, LLC, and York Operating, LLC. The leases are in full force and effect, and the Care Pavilion Debtors continue to operate the facilities during the bankruptcy proceedings and are required to pay rent pursuant to the leases.

7. As noted in the Motion, Landlords have entered into a transaction to sell the real property to the Property Purchasers.

8. The Landlords support the process by which the Care Pavilion Facilities are transferred to the New Operators in connection with the bankruptcy proceedings alongside the sale of the real property to the Property Purchasers.

9. The Landlords hold various rights under the master leases and associated agreements with the Care Pavilion Debtors and related letters of credit. Landlords reserve all rights

---

[3] Capitalized terms not defined herein have the same meaning as in the Motion.

thereunder along with any other rights held by Landlords, including but not limited to all rights in connection with any transaction or other matter related to the properties owned by the Landlords via the Motion or otherwise.

10. The Landlords will remain in communication with the Care Pavilion Debtors regarding the transition process and will continue to work with them to resolve any issues that may arise.

WHEREFORE, the Landlords reserve all rights with respect to the Motion and expressly reserve and preserve all rights to raise any object to the requested relief.

Dated: December 16, 2024

By:

| | |
|---|---|
| */s/ John M. Steiner* <br> John M. Steiner (PA I.D. #79390) <br> LEECH TISHMAN <br> 525 William Penn Place, 28th Floor <br> Pittsburgh, PA 15219 <br> Telephone: 412.261.1600 <br> Facsimile:  412.227.5551 <br> Email: jsteiner@leechtishman.com | Phillip A. Martin (admitted *pro hac vice*) <br> Laura M. Brymer (admitted *pro hac vice*) <br> FULTZ MADDOX DICKENS PLC <br> 101 S. Fifth Street, Ste. 2700 <br> Louisville, KY 40202 <br> Telephone: (502) 588-2000 <br> Facsimile: (502) 588-2020 <br> pmartin@fmdlegal.com <br> lbrymer@fmdlegal.com |

-and-

Michael P. Kruszewski (PA I.D. #91239)
LEECH TISHMAN
1001 State Street, Suite 1400
Erie, PA 16501
Telephone: 814.273.7100
Facsimile:  412.227.5551
Email: mkruszewski@leechtishman.com

## CERTIFICATE OF SERVICE

      I, the undersigned, am an individual eighteen years of age or older, hereby certify that on this 16th day of December, 2024, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

                LEECH TISHMAN FUSCALDO &
                LAMPL, LLC

By: */s/ John M. Steiner*
     John M. Steiner, Esq. (PA I.D. #79390)
     525 William Penn Place, 28th Floor
     Pittsburgh, PA 15219
     Telephone: 412.261.1600
     Facsimile:  412.227.5551
     Email: jsteiner@leechtishman.com

*Counsel for the Landlords*