# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: auto | Date Created: 12/19/2024 |
| Case: 24–70418–JAD | Form ID: pdf900 | Total: 582 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | Oxford Finance LLC | |
| crcm | Official Committee Of Unsecured Creditors | |
| cr | Commonwealth of Pennsylvania, Department of Human Services | |
| cr | Claim Watcher, LLC | |
| cr | Retail, Wholesale and Department Store Union, United Food and Commercial Workers | |
| cr | Local 262, Retail, Wholesale and Department Store Union, United Food and Commercial Workers | |
| cr | Argnt Holdings, LLC | |
| cr | Ventas, Inc. and Its Affiliates | |
| cr | Taylor Buzek | |
| 16444473 | American Express | |
| 16444498 | Best Buy | |
| 16444507 | Button Energy | |
| 16444539 | Comb & Care LLC | |
| 16444590 | Edythe Benn | |
| 16444619 | Franklin Bales | |
| 16444625 | Gary Blakey | |
| 16444735 | Marcia Erthal | |
| 16444740 | Mary Keiderling | |
| 16444828 | Pushman Ltd | |
| 16444898 | Susanne Pahler | |

TOTAL: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| cr | CSU – OUCTS, PA Labor & Industry | ra–li–ucts–bankpitts@state.pa.us |
| aty | Allison Hannah Greene | agreene@peircelaw.com |
| aty | Allison L. Carr | acarr@attorneygeneral.gov |
| aty | Amy E Bentz | aebentz@bentzlaw.com |
| aty | Andrew C. Helman | andrew.helman@dentons.com |
| aty | Andrew V. Layden | alayden@bakerlaw.com |
| aty | Beverly Weiss Manne | bmanne@tuckerlaw.com |
| aty | Corinne S. Brennan | cbrennan@klehr.com |
| aty | Daniel R. Schimizzi | dschimizzi@raineslaw.com |
| aty | Danielle L. Merola | dmerola@bakerlaw.com |
| aty | David K. Boydstun, Jr | david.boydstun@dentons.com |
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Elizabeth Nicolle Boydston | lboydston@gutnicki.com |
| aty | Jeanne S. Lofgren | jlofgren@camlev.com |
| aty | Jimmy D. Parrish | jparrish@bakerlaw.com |
| aty | Jodi Hause | jodi.hause@usdoj.gov |
| aty | John M. Steiner | jsteiner@leechtishman.com |
| aty | John R. Gotaskie, Jr. | jgotaskie@foxrothschild.com |
| aty | Jordan Nicole Kelly | jkelly@raineslaw.com |
| aty | Kate Bradley | kate.m.bradley@usdoj.gov |
| aty | Kevin J. McEleney | kmceleney@uks.com |
| aty | Kyle D Smith | kyle.d.smith@dentons.com |
| aty | Laura M. Brymer | lbrymer@fmdlegal.com |
| aty | Lauren M. Macksoud | lauren.macksoud@dentons.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Mark A. Lindsay | mlindsay@raineslaw.com |
| aty | Michael A. Shiner | mshiner@tuckerlaw.com |
| aty | Michael J. Healey | mike@unionlawyers.net |
| aty | Olivia L Benson | obenson@uks.com |
| aty | Pamela Elchert Thurmond | pamela.thurmond@phila.gov |
| aty | Phillip A. Martin | pmartin@fmdlegal.com |
| aty | Russell Ray Johnson, III | russj4478@aol.com |
| aty | Ryan Allen Hancock | rhancock@wwdlaw.com |
| aty | Sarah Elizabeth Wenrich | swenrich@raineslaw.com |
| aty | Scott E. Prince | sprince@bakerlaw.com |
| aty | Thomas D. Maxson | thomas.maxson@dentons.com |
| aty | William M. Buchanan | william.buchanan@usdoj.gov |

TOTAL: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Pottsville Operations LLC | 22 Dike Drive | Monsey, NY 10952 | |
| op | Stretto | 410 Exchange    Suite 100 | Irvine, CA 92602 | |
| cr | Eden Senior Care, LLC | 8170 McCormick Blvd.    Suite 112 | Skokie, IL 60076 | |

| | | | | |
|---|---|---|---|---|
| cr | PECO Energy Company | Law Firm of Russell R. Johnson III, PLC | 2258 Wheatlands Drive | Manakin Sabot, VA 23103–2168 UNITED STATES |
| cr | Loyal Assistant, Inc. d/b/a Bravo Care | c/o Corinne S. Brennan, Esquire | Klehr Harrison Harvey Branzburg LLP    1835 Market Street    Suite 1400    Philadelphia, PA 19103 | |
| ombh | Margaret Barajas | PA Long–Term Care Ombudsman | Pennsylvania Department of Aging | 555 Walnut Street 5th Floor    Harrisburg, PA 17101 |
| cr | SEIU Healthcare Pennsylvania | 1600 North Second Strreet | Harrisburg, Pa 17102 | |
| cr | c/o Amy E. Specialty Rx, Inc. | BENTZLAWFIRM    The Washington Center Building    680 Washington Road    Pittsburgh, PA 15228 UNITED STATES | | |
| cr | City of Philadelphia | City of Philadelphia Law Dept. | Municipal Services Building    1401 JFK Blvd., 5th Fl.    Philadelphia, PA 19102 | |
| op | SOLIC Capital Advisors, LLC | 425 West New England Ave. Ste. 300 | Winter Park, FL 32789 | |
| br | Meridian Capital Group, LLC | One Battery Park Plaza, 26th Fl. | New York, NY 10004 | |
| op | SOLIC Capital Advisors, LLC | 425 West New England Ave., Suite 300 | Winter Park, FL 32789 | |
| aty | K. Jeff Wang | Cohen, Weiss and Simon, LLP | 909 3rd Avenue    12th Floor    New York, NY | |
| aty | Matthew Stolz | Cohen, Weiss and Simon, LLP | 909 3rd Avenue    12th Floor    New York, NY | |
| aty | Max Schlan | Gutnicki, LLP    45 Rockefeller Plaza    Suite 2000    New York, NY 10111 | | |
| aty | Richard Seltzer | Cohen, Weiss and Simon, LLP | 909 3rd Avenue    12th Floor    New York, NY | |
| 16444442 | 360care | 12910 Shelbyville Rd Ste 300 | Louisville, KY 40253–6149 | |
| 16444443 | 5 Star Heating & Air | 1110 Bunting Street | Pottsville, PA 17901 | |
| 16444444 | A GUARDIANSHIP SERVICE LLC | 201 York Rd    STE 1–416    Jenkintown, PA 19046 | | |
| 16444445 | A/V Solutions LLC | 3137 Biglerville Road | Biglerville, PA 17307 | |
| 16444450 | ACS Consultants, Inc. | 100 W 2nd Street, Suite 200 | Hummelstown, PA 17036 | |
| 16444451 | ACULABS INC | 2 Kennedy Blvd | East Brunswick, NJ 08816–1248 | |
| 16444456 | ADVANTECH INC | 1325 Franklin Avenue | Suite 255    Garden City, NY 11530 | |
| 16444463 | ALH Ageless Beauty | 40 Zelkova Rd | Smyrna, DE 19977 | |
| 16444485 | ATC Healthcare Services, LLC | 107 North Commerce Way | Bethlehem, PA 18017 | |
| 16444486 | ATIS Elevator Inspections, LLC | PO Box 790379 | St. Louis, MO 63179–0379 | |
| 16444446 | Aaron Kelly | 1102 Martins Road | Linden, PA 17744 | |
| 16444447 | Accelerated Care Plus Leasing Inc. | 13828 Collections Center Dr. | Chicago, IL 60693 | |
| 16444448 | Access | P.O. Box 850416 | Minneapolis, MN 55485 | |
| 16444449 | Accretive Software | 124 Cedarhurst Avenue | Cedarhurst, NY 11516 | |
| 16444452 | Adamski Excavating & Paving, Inc | 5 Industrial Drive | Dallas, PA 18612 | |
| 16444453 | Advanced Audiology | 100 Schuylkill Medical Plaza, Suite 203 | Pottsville, PA 17901 | |
| 16444454 | Advanced Door Corporation | P.O. Box No.641666 | Pittsburgh, PA 15264–1666 | |
| 16444455 | Advanced Entry | 5308 13th Ave    Suite #167    Brooklyn, NY 11219 | | |
| 16444457 | Aetna Network Services LLC | Aetna National Ancillary Contracting | 1425 Union Meeting Road    Mail Stop UG2N    Blue Bell, PA 19422 | |
| 16444458 | Affordable Dentures & Implants | 2298 Wilkes–Barre Township | Wilkes Barre, PA 18702 | |
| 16444459 | Agiliti Health, Inc. | P.O. Box 851313    Minneapolis, MN 55485–1313 | | |
| 16444460 | Aircon Service Company Inc. | 275 Buttonwood St. | Larksville, PA 18651 | |
| 16444461 | Airespring | 1801 W. Olympic Blvd | Pasadena, CA 91199 | |
| 16444462 | Aladdin Temp–Rite | PO BOX 8500–3431 | Philadelphia, PA 19178–3431 | |
| 16444464 | All American Healthcare Services, Inc. | 800 Red Brook Boulevard    Suite 400C    Owings Mills, MD 21117 | | |
| 16444465 | All Mechanical Service | P.O. Box 270    Lehman, PA 18627 | | |
| 16444466 | All State Pest Management | 4730 Rt 9    Howell, NJ 07731 | | |
| 16444467 | Allstate Medical | 34 35th Street | Brooklyn, NY 11232 | |
| 16444468 | Ally's Air | 19 Aspen Trail | Factoryville, PA 18419 | |
| 16444469 | Alpha Supply and Services Inc. | 101 Dutch Hill Road | Bloomsburg, PA 17815 | |
| 16444470 | Altus Receivables Management | 2121 Airline Drive Suite 520 | Metairie, LA 70002 | |
| 16444471 | Alyse Miller | 1437 Oak Drive | Shavertown, PA 18708 | |
| 16444472 | Ambrose Hearing Center | 434 East Norwegian Street | Pottsville, PA 17901 | |
| 16444475 | AmeriFactors | PO Box 628328    Orlando, FL 32682–8328 | | |
| 16444474 | American Health Care Association | 1201 L Street, NW    Washington, DC 20005 | | |
| 16444476 | Amerihealth Caritas Health Plan | 8040 Carlson Road    Harrisburg, PA 17112 | | |
| 16444477 | Amp Tech Systems LLC | 760 Elk Road | Monroeville, NJ 08343 | |
| 16444478 | Angela Yakoski | 1548 Sans Souci Parkway | Wilkes–Barre, PA 18706–6028 | |
| 16444479 | Anthony Timpson | Att. To NHA    14 Lincoln Ave    Yeadon, PA 19050 | | |
| 16444480 | Apex Global Solutions LLC | 400 Rella Blvd.    Suite 200    Montebello, NY 10901 | | |
| 16444481 | Apploi Corp | PO Box 22784    New York, NY 10087–2103 | | |
| 16444482 | Aqua Pennsylvania | PO Box 70279    Philadelphia, PA 19176–0279 | | |
| 16444483 | Arjo Inc. | P.O. Box 640799    Pittsburgh, PA 15264–0799 | | |
| 16444484 | Aspen Dental Associates of NEPA PLLC | PO Box 3189    Syracuse, NY 13220 | | |
| 16444487 | Atvivo | 955 Yonkers Ave Suite 19 | Yonkers, NY 10704 | |
| 16444488 | Azeb Beile | 14 Lincoln Ave    Yeadon, PA 19050 | | |
| 16444489 | BA Senior Services, LLC | PO Box 1041    Havertown, PA 19083 | | |
| 16444495 | BERNARD REAVES, ADMINISTRATOR OF THE EST | ATTN REAVES, BERNARD | 1602 ASHURST ROAD    PHILADELPHIA, PA 19151 | |
| 16444496 | BERNARD REAVES, ADMINISTRATOR OF THE EST | ATTN SHERMAN, DAVID B | 8 PENN CENTER    1628 JFK BOULEVARD, SUITE 2200    PHILADELPHIA, PA 19103 | |
| 16444497 | BERNARD REAVES, ADMINISTRATOR OF THE EST | C/O SOLOMON SHERMAN & GABAY    ATTN SPIVACK, GARY I    1628 JFK BLVD    PHILADELPHIA, PA 19103 | | |
| 16471202 | Barker Patterson Nichols, LLP | 1760 Market Street    Suite 1200    Philadelphia, PA 19103 | | |
| 16444490 | Beach Lake Sprinkler | PO Box 37    158 Rosencranse Rd    Beach Lake, PA 18405 | | |
| 16444491 | Bellio Plumbing and Heating | 230 Pringle Street | Kingston, PA 18704 | |
| 16444492 | BenManage | Attn Remittance    8220 Delmar Blvd    Saint Louis, MO 63124 | | |
| 16444493 | Berkenheimer Tax Innovations | 103 S. Duffy Road | Butler, PA 16001 | |

| | | | | |
|---|---|---|---|---|
| 16444494 | Berkshire Hathaway Homestate Companies | PO BOX 844501 | Los Angeles, CA 90084–4501 | |
| 16444499 | Bill Minnich | 9 Wyomissing Crt | Wyomissing, PA 19610 | |
| 16444500 | Bravo Care | 440 E. Huntington Drive, Suite 300 | Arcadia, CA 91006 | |
| 16444501 | Brenda Amos | ATTN AMOS JR, JAMES | 501 DUTTON STREET | ASPEN, PA 19014 |
| 16444502 | Brenda Amos | ATTN AMOS, BRENDA | 501 DUTTON STREET | ASPEN, PA 19014 |
| 16444503 | Brenda Amos | ATTN CULLETON, CHRISTOPHER J | 547 E. WASHINGTON AVE. | NEWTOWN, PA 18940 |
| 16444504 | Bridgeline Global Solutions | 15 Enford Street | Avon, CT 06001 | |
| 16444505 | Briggs HealthCare | 4900 University Ave. Ste 200 | West Des Moines, IA 50266 | |
| 16444506 | Brisk Coffee Roasters USA | 402 N 22nd St | Tampa, FL 33605 | |
| 16444508 | Button Energy | PO Box 8 | Mountain Top, PA 18707 | |
| 16471777 | CCI HEALTHCARE SYSTEMS GROUP CORP | 218 39th St | 2ND FLOOR | BROOKLYN, NY 11232 |
| 16444527 | CILS, Inc. Laundry Equipment Service & S | 36 North 16th Street | Lebanon, PA 17042 | |
| 16444528 | CINTAS FIRE 636525 | P.O Box 636525 | Cincinnati, OH 45263 | |
| 16444535 | CLIA Laboratory Program | PO Box 3056 | Portland, OR 97208–3056 | |
| 16444536 | CMS OF HOLLAND, INC. | PO Box 819 | Holland, OH 43528–0819 | |
| 16444509 | Cambridge Management Group | 327 E Railway Ave | Paterson, NJ 07503 | |
| 16444510 | Cambro Manufacturing Company | 5801 Skylab Road | Huntington Beach, CA 92647–2056 | |
| 16444511 | Cardknox | 465 Oak Glen Rd | Howell Township, NJ 07731 | |
| 16444512 | Care Technology Group | 29 Terri Lee Lane | Spring Valley, NY 10977 | |
| 16444513 | Carl H. Frels | 322 West Main St. | Dalton, PA 18414 | |
| 16444514 | Carl J. Chimi | 240 Clarks Road | Benton, PA 17814 | |
| 16444515 | Carol Miller–Schaeffer | 23 Woodlawn Drive | Schuylkill Haven, PA 17972 | |
| 16444516 | Carolina Speech Pathology, LLC | 130 Salem Towne Court | Apex, NC 27502 | |
| 16444517 | Carter Machinery Company, Inc. | P.O. Box 751053 | Charlotte, NC 28275–1053 | |
| 16444518 | Celisa Filice | 1548 Sans Souci Parkway | Wilkes Barre, PA 18706 | |
| 16444519 | Center City Steaks | 47 E. Bridge St. | Spring City, PA 19475 | |
| 16444520 | Centers for Medicare & Medicaid Services | PO Box 7520 | Baltimore, MD 21207–0520 | |
| 16444521 | Central PA CPR Training | 836 West Third Street | Lock Haven, PA 17745 | |
| 16444522 | Cetronia Ambulance Corps Inc | 4300 Broadway | ALLENTOWN, PA 18104–9564 | |
| 16444524 | Change Healthcare | 424 Church St. #1400 | Nashville, TN 37219–2367 | |
| 16444523 | Change Healthcare | PO Box 736187 | Chicago, IL 60673–6187 | |
| 16444525 | Cholin Corp, Inc | 1427 West Southern Avenue | South Williamsport, PA 17702 | |
| 16444526 | Church of Broken Pieces | 41 N. Front Street | Minersville, PA 17954–1434 | |
| 16444529 | Citizens Security Life Insurance Company | Citizens Security | PO BOX 436149 | Louisville, KY 40253–6149 |
| 16444530 | City of Philadelphia | Water Revenue Bureau | Philadelphia, PA 19101 | |
| 16444531 | City of Pottsville | P.O. Box 50 | Pottsville, PA 17901 | |
| 16444532 | City of Pottsville Tax Collector | Taryn Dagna | 401 N Centre Street | Pottsville, PA 17901 |
| 16444533 | City of Pottsville Tax Collector | Taryn Dagna | 402 N. Centre St., Ste. 1 | Pottsville, PA 17901 |
| 16444534 | Cleanslate Group LLC | PO Box 22628 | New York, NY 10087 | |
| 16444537 | College Publications Inc | Jay Park Box | 315 Dartmouth Dr #845 | Marshalls Creek, PA 18335 |
| 16444538 | Columbia Ancillary Services Inc. | 1388 State Route 487 | Bloomsburg, PA 17815–8953 | |
| 16444540 | Comcast | PO Box 70219 | Philadelphia, PA 19176–0219 | |
| 16444541 | Commonwealth Health EMS | PO Box 266 | Allentown, PA 18105 | |
| 16444542 | Commonwealth of Pennsylvania | Division of Nursing Care Facilities | 2525 7th Street, Suite 210 | Harrisburg, PA 17710 |
| 16444543 | Complete Web | 20 Grove Drive | Lakewood, NJ 08701 | |
| 16444544 | Compliance Consulting Group LLC | 2623 Hooper Ave | Brick, NJ 08723 | |
| 16444545 | Comprehensive Care Solutions LLC | 974 Route 45– Suite 1200 | Irvington, NJ 07111 | |
| 16470880 | Confidence Management Systems | 1420 East Linden Avenue | Linden, NJ 07036 | |
| 16444546 | Contigo Health, LLC | Attn: Legal | 13034 Ballantyne Corporate Place | Charlotte, NC 28277 |
| 16444547 | Copyland Imaging 2012 | 510 Belleview Avenue Suite 3 | Cinnaminson, NJ 08077 | |
| 16444548 | Country Tree & Landscaping | 284 East Broad Street | Nanticoke, PA 18634 | |
| 16444549 | Cowart Dizzia LLP | 45 Rockefeller Plaza, Suite 2000 | New York, NY 10111 | |
| 16444550 | Crest / Good Manufacturing. Co., Inc. | 90 Gordon Drive | Suite A | Syosset, NY 11791 |
| 16444551 | Crest Healthcare Supply | 195 3rd Street S. | Dassel, MN 55325–0727 | |
| 16444552 | Culinary Depot | 67 NY–59 | Spring Valley, NY 10977 | |
| 16444553 | Cummins Sales and Service | 4499 LEWIS RD | Harrisburg, PA 17111 | |
| 16444554 | Curavi Health | 2100 Wharton Street, Suite 510 | Pittsburgh, PA 15203 | |
| 16444555 | D&Z Leasing Corp. | 2 Bedford Road | Monsey, NY 10952 | |
| 16444556 | D.R. Cupp | 77 Academy Rd. | Cogan Station, PA 17728 | |
| 16444558 | DAVID ZOMERFIELD | 200 2nd Ave. | Kingston, PA 18704 | |
| 16444570 | DISA Global Solutions | PO Box 123731 | Williamsport, PA 17701 | |
| 16444560 | DeHaan & Bach | 25 Whitney Drive Suite 106 | Milford, OH 45150 | |
| 16444559 | Dedicated Nursing Associates, Inc. | 6536 William Penn Hwy Rt, 22 | Suite 201 | Delmont, PA 15626–2409 |
| 16444561 | Delaware County Health Department | 1510 Chester Pike | Suite 700 | Eddystone, PA 19022 |
| 16444563 | Delaware County Tax Claim Bureau | 201 West Front Street | Media, PA 19063–8886 | |
| 16444562 | Delaware County Tax Claim Bureau | Government Center | 201 West Front Street | Media, PA 19063 |
| 16444564 | Delaware County Treasurer | PO Box 1886 | Media, PA 19063–8886 | |
| 16444565 | Design Hearing Instruments, Inc. | Susan Wruble | Duryea, PA 18642 | |
| 16444566 | Diane Scott | Jessica Raabe | 2023 Sechler Circle | Williamsport, PA 17701 |
| 16444567 | Direct Mobile Dental Services Inc | P.O Box 2205 | Bala Cynwyd, PA 18642 | |
| 16444568 | Direct Supply | Cornelius Washington | Milwaukee, WI 53288 | |
| 16444569 | Direct Textile Store LLC | 1527 W. State Hwy 114 | Suite 500–273 | Grapevine, TX 76051 |

| | | | | |
|---|---|---|---|---|
| 16444571 | Division of Nursing Care Facilities | Room 526, Health and Welfare Building | Harrisburg, PA 17120–0701 | |
| 16444572 | DocuSign, Inc. | PO Box 735445 | Dallas, TX 75373–5445 | |
| 16444573 | Domain Listings | PO Box 19607 | Las Vegas, NV 89132–0607 | |
| 16444574 | Domain Name Services | 14 Lincoln Ave. | Yeadon, PA 19050 | |
| 16444575 | Domain Networks | PO Box 1280 | Hendersonville, NC 28793 | |
| 16444576 | Donna Achberger | 300 Leader Drive | Williamsport, PA 17701 | |
| 16444577 | Donna Mieczkowski | 1548 Sans Souci Parkway | Wilkes Barre, PA 18706–6028 | |
| 16444578 | Dottie White Mertz Tax Collector | 2132 Northway Road | Williamsport, PA 17701 | |
| 16444579 | Dr. Ibrahim Almeky | 511 Pierce Street | Kingston, PA 18704 | |
| 16444580 | Dr. Kuchemba | 500 Scott Street | Wilkes–Barre, PA 18702 | |
| 16444581 | Draintech Inc. | 719 Demunds Road | Dallas, PA 18612 | |
| 16444582 | Dream Tech Copiers, Inc. | 3464 NW 47th Ave | Coconut Creek, FL 33063 | |
| 16444583 | Dyer Staffing Solutions Group | PO BOX 79175 | Saginaw, TX 76179 | |
| 16444594 | EMMANUEL WALKER | ATTN CULLETON, CHRISTOPHER J | 547 E. WASHINGTON AVE. | NEWTOWN, PA 18940 |
| 16444595 | EMMANUEL WALKER | ATTN STASZKIW, LARISSA K | 547 E. WASHINGTON AVE. | NEWTOWN, PA 18940 |
| 16444596 | EMMANUEL WALKER | ATTN WALKER, EMMANUEL | 2604 W OAKDALE ST | PHILADELPHIA, PA 19132 |
| 16444597 | EMMANUEL WALKER | ATTN WEEDEN, JILL | 4522 N. 13TH STREET | PHILADELPHIA, PA 19140 |
| 16444598 | EMS Training Institute of Nepa | 14 Marion St | Suite 101 | Luzerne, PA 18709 |
| 16444601 | ESTATE OF TANZANIA DONNIE,SIRIAN DONNIE, | ATTN DONNIE ESTATE OF, TANZANIA | 5342 OSAGE AVENUE | PHILADELPHIA, PA 19143 |
| 16444602 | ESTATE OF TANZANIA DONNIE,SIRIAN DONNIE, | ATTN DONNIE, SIRIAN | 5342 OSAGE AVENUE | PHILADELPHIA, PA 19143 |
| 16444603 | ESTATE OF TANZANIA DONNIE,SIRIAN DONNIE, | ATTN HABERMAN, LEONARD P | 1800 JFK BLVD., SUITE 1500–B | PHILADELPHIA, PA 19103 |
| 16444584 | Eagle Risk Services | 202 Caton Ave. | Brooklyn, NY 11218 | |
| 16444585 | EarthBio Technologies | 50 Rices Mill Road | Glenside, PA 19038 | |
| 16444586 | Eastern Elevator of New York | 1236 McDonald Ave | Brooklyn, NY 11230 | |
| 16444587 | Eastern Time, Inc. | PO Box 4425 | Allentown, PA 18105 | |
| 16444588 | Edge Information Management, Inc. | 1682 W. Hibiscus Blvd. | Melbourne, FL 32901 | |
| 16444589 | Edgepark Medical Supplies | 1810 Summit Commerce Park | Twinsburg, OH 44087–2300 | |
| 16444591 | Eldercare Solutions | PO Box 755 | Williamsport, PA 17703 | |
| 16444592 | Elite Revenue Solutions | 200 North River Street | Wilkes–Barre, PA 18711 | |
| 16444593 | Emergency Medical Transport Solutions | PO Box 726 | New Cumberland, PA 17070–0726 | |
| 16444599 | Ernel Compay, Inc. | 554 Heather Lane | Aston, PA 19014 | |
| 16444600 | Eshyft | 4547 Highway 9 North | Suite q | Howell, NJ 07731 |
| 16444604 | Estate Recovery Program | PO Box 8486 | Harrisburg, PA 17105–8486 | |
| 16444605 | Evangelical Medical Services | PO Box 7626 | Lancaster, PA 17604–7626 | |
| 16444606 | Excel Medical Center | 7515 Stenton Ave | Philadelphia, PA 19150 | |
| 16444607 | EzProducts International Inc. | 612 North Florida Ave | Wauchula, FL 33873 | |
| 16444611 | FASTSIGNS | 535 E. Third Street | Williamsport, PA 17701 | |
| 16444608 | Facebook | Attn: Security Department | 1601 S. California Ave | Palo Alto, CA 94304 |
| 16444609 | Family Practice Center, PC | 7 Dock Hill Road | Middleburg, PA 17842 | |
| 16444610 | Fasten Halberstam LLP | 40 Wall Street Suite 3602 | New York, NY 10005 | |
| 16444612 | Fern Office Supplies | 1276 47th Street | Brooklyn, NY 11219 | |
| 16444613 | First Choice Detective Agency | 106 Miles Allen Blvd | Elkland, PA 16920 | |
| 16444614 | First Insurance Funding | PO Box 7000 | Carol Stream, IL 60197–7000 | |
| 16444615 | Fish and Beyond | 420 Nichols Street | Pottsville, PA 17901 | |
| 16444616 | Five Star Mechanical LLC | PO Box 65 | Llewellyn, PA 17944 | |
| 16444617 | For2Fi | PO Box 79428 | North Dartmouth, MA 02747 | |
| 16444618 | Forty Fort Lube & Service Inc. | 1097 Wyoming Ave | Forty Fort, PA 18704 | |
| 16444620 | Frozen Thunder | 1008 Eagle Valley Rd | Beech Creek, PA 16822 | |
| 16444621 | Fry's Fire Protection LLC | PO Box 3155 | Williamsport, PA 17701 | |
| 16444622 | G'Luck Plumbing | 1499 Towers Street | Lakewood, NJ 08701 | |
| 16444646 | GSL Hospital | PO BOX 782377 | Philadelphia, PA 19178 | |
| 16444623 | Gaffney Lawn Care | 17 Carl Lane, | Schuylkill Haven, PA 17972 | |
| 16444624 | Gale Healthcare Solutions | Jodie Smith | Winter Park, FL 32793–4729 | |
| 16444626 | Geisinger | Mail Code: 49–22 | 100 N Academy Ave | Danville, PA 17822–9800 |
| 16444627 | Geisinger Clinic | PO Box 645778 | Cincinnati, OH 45264 | |
| 16444628 | Geisinger EMS | 100 N. Academy Ave | Danville, PA 17822 | |
| 16444629 | Geisinger Revenue Management | 100 N. Academy Ave | Danville, PA 17822 | |
| 16444630 | Geisinger Wyoming Valley | PO Box 1437 | Columbus, GA 31902 | |
| 16444631 | General Healthcare Resources, LLC | 2250 Hickory Road | Suite 240 | Plymouth Meeting, PA 19462 |
| 16444632 | Generations Life Care, LLC | 6 Ponds Edge Rd Suite 2 | Chadds Ford, PA 19317 | |
| 16444633 | Genserve LLC | PO Box 23974 | Sunbury, PA 17801 | |
| 16444634 | Gentell | 1000 Floral Vale Blvd. | Suite 400 | Yardley, PA 19067 |
| 16444635 | George Rittenhouse | 153 South Sherman Street | Wilkes Barre, PA 18702 | |
| 16444636 | Glen Summit Springs Water Co. | PO Box 129 | Mountain Top, PA 18707 | |
| 16444637 | GoDaddy Inc. | 2155 E. GoDaddy Way | Tempe, AZ 85284 | |
| 16444638 | Golden Years Magazine | 1303 Avocado Ave, #240 | Newport Beach, CA 92660 | |
| 16444639 | Goodwill Fire Company | 25 North Street | Minersville, PA 17954 | |
| 16444640 | Grainger | Dept 812951259 | Palatine, IL 60038–0001 | |
| 16444641 | Grandview Brokerage Corp | POB 40317 | Brooklyn, NY 11204 | |

| | | | | |
|---|---|---|---|---|
| 16444642 | Greater Pottsville Area Sewer | 401 N. Centre St. 3rd Fl. | P.O. Box 1163 | Pottsville, PA 17901 |
| 16444643 | Greg Seiger | 23 S Crescent St | Tremont, PA 17981 | |
| 16444644 | Gregory A. Bower, LLC | 959 Factory Road | Cogan Station, PA 17728 | |
| 16444645 | GreySignal, Inc. | One PPG Place, 31st Floor | Pittsburgh, PA 15222 | |
| 16444647 | Guardian Consulting Services | 3333 New Hyde Park Road | New Hyde Park, NY 11042 | |
| 16444648 | Guardian Services of PA | P.O. Box 346 | Media, PA 19063–0346 | |
| 16444652 | HD Supply Facilities Maintenance, Ltd. | P.O. Box 509058 | San Diego, CA 92150 | |
| 16444657 | HNL Lab Medicine | 794 Roble Road | Allentown, PA 18109–9110 | |
| 16444649 | Hamburg Emergency Medical Services | 564 Franklin St | PO Box 186 | Hamburg, PA 19526 |
| 16444650 | Hanger Clinic | 3910 Gaston Ave #150 | Dallas, TX 75246 | |
| 16444651 | Harrell Automatic Sprinkler Company, Inc | Post Office Box M | Mifflinville, PA 18631 | |
| 16444654 | HealthWorks | 400 N. 17th Street | Suite 207 | Allentown, PA 18104 |
| 16444653 | Healthfleet Ambulance | PO Box 47334 | Philadelphia, PA 19160 | |
| 16444655 | Highmark Inc. | FAPHM–144A | 120 Fifth Avenue | Pittsburgh, PA 15222 |
| 16444656 | Highview National Insurance Company | 1 Alpine Ct, Suite 102 | Spring Valley, NY 10977 | |
| 16444658 | Hobart Service; ITW Food Equipment Group | P O BOX 2517 | Carol Stream, IL 60132–2517 | |
| 16444659 | Hoegen & Associates, P.C.Attorney at Law | PO Box 346 | Wilkes Barre, PA 18703–0346 | |
| 16444660 | Holiday Inn Wilkes Barre – East Mountain | 600 Wildflower Drive | Wilkes Barre, PA 18702 | |
| 16444661 | Hospital University of PA | PO BOX 829500 | Philadelphia, PA 19182–9500 | |
| 16444662 | Humphries Casters and Supplies | 4 Kovach Drive | Bldg. 410 | Cincinnati, OH 45215 |
| 16444663 | Hunter & Lomison | 1956 West 4th Street | Williamsport, PA 17701 | |
| 16444675 | IPFS Corporation | 125 S. Wacker Dr. | Suite 1650 | Chicago, IL 60606 |
| 16444677 | IRON MOUNTAIN | PO Box 27128 | New York, NY 10087 | |
| 16444678 | ISS Solutions | PO Box 13700–1066 | Philadelphia, PA 19191–1066 | |
| 16444665 | Indeed, Inc | P.O. Box 660367 | Dallas, TX 75266–0367 | |
| 16444666 | Industrial Chem Labs | 55–G Brook Ave , | Deer Park, NY 11729 | |
| 16444667 | Innovative Supply Group | 585 Prospect Street | Suite 304 | Lakewood, NJ 08701 |
| 16444668 | Integrated Medical Group PC | 82 Tunnel Road | Pottsville, PA 17901–3869 | |
| 16444669 | Integrated Medical Transport, LLC | 1600 Hummel Avenue | Camp Hill, PA 17011 | |
| 16444671 | IntelliLogix | PO Box 936778 | Atlanta, GA 31193–6778 | |
| 16444670 | Intellicomp Technologies | 1700 Reisterstown Road | Suite 203 | Baltinore, MD 21208 |
| 16444672 | IntelyCare, Inc. | P.O. Box 787317 | Pittsburgh, PA | |
| 16444673 | Intermountain Medical Group Inc | PO Box 28053 | Belfast, ME 04915–2032 | |
| 16470182 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 16444674 | Interson Corporation | 7150 Koll Center Pkwy | Pleasonton, CA 94566 | |
| 16444676 | Irene E. Honn | 262 Tollgate Road | Langhorne, PA 19047 | |
| 16444679 | J & J Medical, Inc | 334 Main Street | Suite A | Royersford, PA 19468 |
| 16444682 | JASMINE HENDRI MONTECARLO | 1708 FORT PATTON DRIVE | HARRISBURG, PA 17112 | |
| 16444683 | JASMINE HENDRI MONTECARLO | ATTN JESSICA FOSTER & BRYAN REID | 325 N. ST. PAUL ST, 29 TH FLOOR | DALLAS, TX 75201 |
| 16444685 | JEREMIAH CREW | ATTN CREW, FRANK A | 414 W. DURHAM STREET | PHILADELPHIA, PA 19119 |
| 16444686 | JEREMIAH CREW | ATTN GOVOROV, ANDREI | 1818 MARKET ST, SUITE 3200 | PHILADELPHIA, PA 19103 |
| 16444693 | JSDC Law Offices | 11 E. Chocolate Avenue, Suite 300 | Hershey, PA 19460 | |
| 16444680 | Jack Rich Inc. | 617 Altamont Blvd. | Frackville, PA 17931 | |
| 16444681 | Jackson Therapy Partners LLC | P.O. Box 277637 | Atlanta, GA 30384–7637 | |
| 16444684 | Jason Perry | 101 Leader Drive | Williamsport, PA 17701 | |
| 16444687 | Joanna Bilbay | 1001 Wallace St | Philadelphia, PA 19123 | |
| 16444688 | Joe Stanky | San Souci Hwg | | |
| 16444689 | Joerns Healthcare LLC | PO Box 936446 | Atlanta, GA 31193–6446 | |
| 16444690 | John J. McIntyre Sons Inc. | 514 Knorr Street | Philadelphia, PA 19111–4699 | |
| 16444691 | John Stanky | 320 Espy St. | Nanticoke, PA 18634 | |
| 16444692 | Johnson Controls Fire Protection LP | Dept CH 10320 | Palatine, IL 60055–0320 | |
| 16444694 | Julie Brislin | 200 Second Ave | Kingston, PA 18704–5722 | |
| 16444695 | K & D Factory Service, Inc. | 1833–41 North Cameron Street | Harrisburg, PA 17103–1004 | |
| 16444696 | K&C Denture Center Inc. | 5098 Nittany Valley Drive | Lamar, PA 16848–0267 | |
| 16444700 | KCI USA | PO Box 301557 | Dallas, TX 75303–1557 | |
| 16444710 | KJ Reimensnyder–Wagner | PO Box 77 | Lewisburg, PA 17837 | |
| 16444697 | Karen Nittinger | 1600 Warren Ave | Williamsport, PA 17701 | |
| 16444698 | Kathleen Radspinner | 507 E. Academy St. | Hughesville, PA 17737 | |
| 16444699 | Kaufman Borgeest & Ryan LLP | 875 Third Avenue, 5th Floor | New York, NY 10022 | |
| 16444701 | Keep Safe Transportation Services | 836 West Third Street | Lock Haven, PA 17745 | |
| 16444702 | Kennedy, PC | PO Box 5100 | Harrisburg, PA 17110 | |
| 16444703 | Kensol Airways | 864 3RD St. | | |
| 16444704 | KeyHIE, Inc. | 100 N. Academy Avenue | Danville, PA 17822 | |
| 16444705 | Keystone Collections Group | PO Box 499 | Irwin, PA 15642 | |
| 16444706 | Keystone Fire & Security | PO Box 737545 | Dallas, TX 75373 | |
| 16444707 | Keystone Fire Protection Co. | 433 Industrial Drive | North Wales, PA 19454 | |
| 16444708 | Kimberly Mattox | 101 Leader Drive | Williamsport, PA 17701–1942 | |
| 16444709 | Kingston Ambulance Medic 13 | PO Box 207 | Allentown, PA 18105–0207 | |
| 16444711 | Kleen Air Systems, Inc. | 365 Bennett Street | Luzerne, PA 18709 | |
| 16444723 | LIMBACH | 175 Titus Avenue | Suitre 100 | Warrington, PA 18976 |
| 16444724 | LISA HARGIS | ATTN HARGIS, LISA | 14 LINCOLN AVE. | YEADON, PA 19050 |
| 16444725 | LISA HARGIS | ATTN SOLARZ 861, JORDAN M | 130 NORTH 18TH STREET, SUITE 1600 | ONE LOGAN SQUARE    PHILADELPHIA, PA 19103 |
| 16444728 | LVHN Occ Med | ATTN: Accounts Receivable | 2300 Highland Ave, Bldg. A | Bethlehem, PA 18020 |

| | | | |
|---|---|---|---|
| 16444729 | LVPG | 2300 Highland Ave., Bldg. A | Bethlehem, PA 18020 |
| 16444712 | Laborer's Intl Union of N America | AFL–CIO, Local Union 1310 | 233 S. Washington St.   Wilkes Barre, PA 18701 |
| 16444713 | Lackawanna Mobile X–Ray, Inc. | 1229 Monroe Avenue | Dunmore, PA 18509 |
| 16444714 | Lamar Companies | PO Box 96030 | Baton Rouge, LA 70896 |
| 16444715 | Lamb McErlane, PC | 24 East Market Street | West Chester, PA 19381 |
| 16444716 | Law Offices of Debra G. Speyer | Two Bala Plaza, Suite 300, | Bala Cynwyd, PA 19004 |
| 16444717 | Legend Medical Products | 115 Twinbridge Drive Unit C | Pennsauken, NJ 08110 |
| 16444718 | Lehigh Valley Hospital | Robert Selbi | Pottsville, PA 17901 |
| 16444719 | Lehigh Valley Hospital Cedar Crest | PO Box 780894 | Philadelphia, PA 19178 |
| 16444720 | Leibold Incorporated | 2535 Panther Valley Road | Pottsville, PA 17901 |
| 16444721 | Lester Hirsh | 13 East Fourth Street | Watsontown, PA 17777 |
| 16444722 | Lifeline Medical Services Inc. | 298 Sanford St. | East Orange, NJ 07018 |
| 16444726 | Lock Haven EMS | 21 Liberty St. | Lock Haven, PA 17745 |
| 16444727 | Loren J. Grossman D.M.D. | 375 Pierce St. | Kingston, PA 18704 |
| 16457795 | Luzerne County Tax Claim Bureau | 200 N River St | Wilkes Barre, PA |
| 16444730 | Lycoming Clinton Transportation | 2138 Lincoln St. | Williamsport, PA 17701 |
| 16444731 | Lycoming County Tax Claim Bureau | 48 West Third Street | Williamsport, PA 17701 |
| 16444732 | M&M Medical Equipment Repair,Inc. | PO Box 604 | Beaverdale, PA 15921 |
| 16444734 | MAIN HARDWARE & DISC POOL SUPPLY | 642 South Main Street | Wilkes Barre, PA 18701 |
| 16444745 | MED–PASS | L–3495   Columbus, OH 03103–2705 | |
| 16444755 | MOBILEXUSA | PO BOX 825822 | Philadelphia, PA 19182 |
| 16444733 | MaChere Chiles | 14 Lincoln Ave | Yeadon, PA 19050–2822 |
| 16444736 | Markle's Plumbing & Heating | 1020 Dewey Ave | Williamsport, PA 17701 |
| 16444737 | Marlin Leasing Corp | PO Box 13604 | Philadelphia, PA 19101–3604 |
| 16444738 | Marvil Funeral Home | 1110 Main St | Darby, PA 19023 |
| 16444739 | Mary Jane Dicello | 420 Pulaski Drive | Pottsville, PA 17901 |
| 16444741 | Matura Salon & Spa Management | PO Box 536831 | Pittsburgh, PA 15253–6800 |
| 16444742 | Mechanical Service Company | 1145 Oak Street | Pittston, PA 18640 |
| 16444743 | Med Plus Uniforms & Scrubs | 695 Kidder Street/Pine Mall | Wilkes Barre, PA 18702 |
| 16444744 | Med Stat Ambulance LP | 465 East Chestnut St. | Hazleton, PA 18201 |
| 16444746 | Medexpress Urgent Care | PO Box 7964 | Belfast, ME 04915–7900 |
| 16444750 | MediTelecare | PO Box 1595 | Middletown, CT 06457–8095 |
| 16444751 | MediTelecare of Pennsylvania LLC | PO BOX 2533 | Shelton, CT 06484 |
| 16444747 | Medical Data Analytics | 1482 Ocean Parkway | Brooklyn, NY 11230 |
| 16444748 | Medical Solutions | PO Box 850737 | Minneapolis, MN |
| 16444749 | Medical Solutions Supplier | PO Box 100 | Concordville, PA 19331 |
| 16444752 | Metro Elevator Co., Inc. | P.O Box 558 | West Chester, PA 19381–0558 |
| 16457657 | Michael G. Menkowitz, Esquire | Fox Rothschild LLP   Two Commerce Square   2001 Market Street, Suite 1700   Philadelphia, PA 19103 | |
| 16444753 | Mildred Luba–Tax Collector | 1267 Sans Souci Parkway | Hanover Township, PA 18706 |
| 16444754 | Miller Mechanical Enterprises | 127 Farm View Road | Schuylkill Haven, PA 17972 |
| 16444756 | Movi Healthcare Inc | PO Box 39 | Charleston, SC 29402 |
| 16444757 | Moyer Electronic Supply Co., Inc. | 330 East Norwegian Street | Pottsville, PA 17901–7164 |
| 16444758 | Municipality of Kingston, Tax Collector | 500 Wyoming Avenue | Kingston, PA 18704 |
| 16444759 | N.J./RWDSU/UFCW | Local 262   711 Fairfield Ave | Kenilworth, NJ 07033 |
| 16444764 | NE Dermatopathology Institute | 405 S State St | Clarks Summit, PA 18411–1542 |
| 16444766 | NEPA Aging Network Alliance | PO Box 485 | Chinchilla, PA 18410 |
| 16444767 | NEPA LTCA | PO BOX 3302 | Scranton, PA 18505–0302 |
| 16444776 | NYS Child Support Processing Center | PO Box 15365 | Albany, NY 12212–5365 |
| 16444760 | Nagle Elevator Inspection & Testing | PO Box 221 | Greentown, PA 18426 |
| 16444761 | Nancy J Ramin DPM | 218 Pine Street | Williamsport, PA 17701 |
| 16444762 | National Datacare Corporation | PO Box 222430 | Chantilly, VA 20153 |
| 16444763 | Natl Union of Hospital & | Healthcare Employees Dist. 1199C | 1319 Locust St   Philadelphia, PA 19107 |
| 16444765 | Nelson Installations LLC | 1500 Ridge Rd | Jersey Shore, PA 17740 |
| 16444768 | Net Health Systems, Inc. | PO Box 72046 | Cleveland, OH 44192 |
| 16444769 | Netsmart Technologies, Inc. | P.O. Box 713519 | Philadelphia, PA 19171 |
| 16444770 | New Jersey Respiratory Associates (NJRA) | PO Box 306396 | Nashville, TN 37230 |
| 16444771 | Nicole Medeiros | 914 Ward st | Jessup, PA 18434 |
| 16444772 | Norma Weigel | 21 Cherokee Ln | Williamsport, PA 17701 |
| 16444773 | Normandy Insurance Company | 4800 N Federal Hwy   Suite 320A | Boca Raton, FL 33431 |
| 16444774 | Nova Care Rehabilitation | 1152 Twin Stacks Drive | Dallas, PA 18612–8505 |
| 16444775 | Nursing Angels, Inc. | 37 Twin Pine Rd. | Danville, PA 17821 |
| 16444780 | OTIS ELEVATOR COMPANY | PO Box 73579 | Chicago, IL 60673–3579 |
| 16444777 | Occupational Health Centers of Southwest | P.O. Box 8750 | Elkridge, MD 21075–8750 |
| 16444778 | OneSpan North America Inc | P.O Box 7410768 | Chicago, IL #####–#& |
| 16444779 | Original Italian Pizza | 59 N 2nd St, | Saint Clair, PA 17970 |
| 16444781 | Overhead Door Corporation | P.O.Box No.641666 | Pittsburgh, PA 15264–1666 |
| 16444782 | Oxford Finance LLC, as Agent | 115 S. Union Street   Suite 300 | Alexandria, VA 22314 |
| 16444783 | Oxford Finance, LLC, as Agent | 115 S. Union Street, Suite 300 | Alexandria, VA 22314 |
| 16444784 | PA DEPT OF LABOR & INDUSTRY –B | P.O. Box 68572 | Harrisburg, PA 17121 |
| 16444785 | PA Dept. of Human Services | Office of Long Term Living | PO Box 8025   Harrisburg, PA 17105–8025 |
| 16444786 | PA Health and Wellness | Stephanie Heisler | 5 Penn Center West Suite 300   Pittsburgh, PA 15276 |
| 16444787 | PA Nursing Facility Assessment | 315 N. 2nd St. | Harrisburg, PA 17101 |
| 16444788 | PAMC Consulting LLC | Dike Drive | Wesley Hills, NY 10952 |

| | | |
|---|---|---|
| 16444792 | PCS OF MICHIGAN, INC. | PO Box 72300   Cleveland, OH 44192-0002 |
| 16444793 | PECO   Payment Processing | PO Box 37632   Philadelphia, PA 19101-0629 |
| 16444808 | PLD ASSOCIATES, INC | 292 Scott Street   Wilkes Barre, PA 18702 |
| 16444809 | PODS Enterprise LLC | PO Box 791003   Baltimore, MD 21279-1003 |
| 16444814 | PPL Electric Utilities | 2 North 9th Street CPC-GENN1   Allentown, PA 18101-1175 |
| 16444817 | PRN Staffing, Inc. | PO Box 186   Malvern, PA 19355 |
| 16444789 | Patient Point Hospital Solutions | 11408 Otter Creek South Road   Mabelvale, AR 72103 |
| 16444790 | Patrick Maue | 2007 Mill LN   Williamsport, PA 17701 |
| 16444791 | Paul Romero | 20 Arapahoe Rd   Albrightsville, PA 18210 |
| 16444794 | Peifer's Fire Protection, Inc. | 3439 State Route 25   Millersburg, PA 17061 |
| 16444795 | Penn Fire Protection | 1768 Route 522   Selinsgrove, PA 17870 |
| 16444796 | Pennsylvania American Water | PO BOX 371412   Pittsburgh, PA 15250-7412 |
| 16444797 | Pennsylvania American Water 5490 | P.O. Box 371412   Pittsburgh, PA 15250 |
| 16444798 | Pennsylvania Department of Health | 625 Foster St   Rm 526 Health & Welfare Building   Harrisburg, PA 17120 |
| 16444799 | Pennsylvania Health & Wellness, Inc. | Attn: President   300 Corporate Center Dr.   Camp Hill, PA 17011 |
| 16444800 | Pennsylvania Health Care Association | 315 North Second Street   Harrisburg, PA 17101 |
| 16444801 | PeopleSystems | PO Box 4816   Syracuse, NY 13221-4816 |
| 16444802 | Peter Taney | P.O. Box 579   Shawnee On Delaware, PA 18356 |
| 16444803 | Petite Rose LLC | 2028 E. Willard St.   Philadelphia, PA 19134 |
| 16444804 | Phase Three Capital LLC | 974 Route 45   Suite 1200   Pomona, NY 10970 |
| 16444805 | Phillips Fuel Inc | PO Box 8   Mountaintop, PA 18707-0008 |
| 16444806 | Phoenix Textile Corporation | P. O. Box 219081   Kansas City, MO 64121-5099 |
| 16444807 | Platinum Care (PA6-Disconnect) | 246 52nd Street   Brooklyn, NY 11220 |
| 16444810 | PointClickCare Technologies Inc | PO Box 674802   Detroit, MI 48267-4802 |
| 16444811 | Pottsville Broadcasting Co. | PO Box 540   Pottsville, PA 17901 |
| 16444812 | Pottsville ENT | 26 S. Centre St.   Pottsville, PA 17901 |
| 16444813 | Pottsville Oral Surgery | 2257 West End Ave   Pottsville, PA 17901 |
| 16444815 | Precision Health Inc. | PO Box 2559   Malta, NY 12020-8559 |
| 16444816 | Premier Rx Consulting, LLC | 712 Clay Ave   Scranton, PA 18510 |
| 16444818 | ProAsys | 318 Hendel St.   Shillington, PA 19607 |
| 16444819 | Prof. Healthcare Assoc, Dba NURSTAT | PO box 4729   Winter Park, FL 32793-4729 |
| 16444820 | Professional Development Services | 5 Pfouts Street   Wilkes Barre, PA 18706-3116 |
| 16444821 | Professional Lawn and Landscape co | 8546 Rose Valley Rd   Trout Run, PA 17771 |
| 16444822 | Profility Inc.   Attn: Accounts Receivable | 13 Westside Drive,   Acton, MA 01720 |
| 16444823 | Progressive Vision Institute | 201 E. Laurel Blvd   Pottsville, PA 17901 |
| 16444824 | Propio Language Services | 10801 Mastin St.   Overland Park, KS 08701 |
| 16444825 | PsychoGeriatric Services LLC | 12073 Tech Road, Suite B   Silver Spring, MD 20904 |
| 16444826 | Pure Stream Water | 1545 Laguna Ln   Lakewood, NJ |
| 16444827 | Pure Water Technology | 1200 Corporate Blvd.   Lancaster, PA |
| 16444829 | Quality Air Mechanical, Inc | 76 Terminal Road   Montoursville, PA 17754 |
| 16444830 | Quest Staffing Solutions | 101 Walworth St.   Suite #301   Brooklyn, NY 11205 |
| 16444831 | R. Navarro & Sons Landscaping | P.O. BOX 395   Paoli, PA 19301 |
| 16444832 | RAINBOW LANDSCAPE & HARDSCAPE CONTRACTOR | 4425 Rising Sun Avenue   Philadelphia, PA 19140 |
| 16444845 | RODAN AMBULANCE, INC | P.O. Box 0182   Feasterville Trevose, PA 19053-0182 |
| 16444833 | Ramapost | 382 NY-59, Suite 264   Airmont, NY 10952 |
| 16444834 | Real Time Medical Systems, LLC | PO Box 645852   Pittsburgh, PA 15264-5256 |
| 16444835 | Recruit Secure LLC | 2132 Discovery Way   Toms River, NJ 08755 |
| 16444836 | Refrigeration Service Co. | 225 Valley St.   South Williamsport, PA 17702 |
| 16444837 | Regional Emergency Medical Services Auth | 5010 Frederick Ave Saint Joseph   Evanston, IL 64506-3248 |
| 16444838 | Rehab Advisors by Enhance LLC | 685 River Ave   Lakewood, NJ 08701 |
| 16444839 | Reliant Pro Rehab | PO Box 207773   Dallas, TX 75320-7773 |
| 16444840 | Resident Essentials | 65 Mathewson Drive   Suite A   Weymouth, MA 02189 |
| 16444841 | Resident Fund Management Service | P.O. Box 222430   Chantilly, VA 20153-2430 |
| 16444842 | Richter Healthcare Consultants | 8948 Canyon Falls Blvd   Ste 400   Twinsburg, OH 44087 |
| 16444843 | Ricky Koons | 452 N 2nd Street   Sunbury, PA 17801 |
| 16444844 | Robert Troisi | 12910 Shelbyville RD   Suite 128   Louisville, KY 40243-2404 |
| 16444846 | Romed Ambulance | 2860 Hedley St   Suite 101   Philadelphia, PA 19137-1919 |
| 16444847 | Rosie Connectivity Solutions | PO Box 14409   Savannah, GA 31416 |
| 16444848 | Roto-Rooter Service Company | 5672 Collections Center Drive   Chicago, IL 60693-0056 |
| 16444849 | S&S Worldwide, Inc | P.O BOX 845825   Boston, MA 02284-5825 |
| 16444850 | S. Patrick Magical Entertainment | 208 Washington St #1   E. Stroudsburg, PA 18301 |
| 16444851 | S.A. Comunale Co., Inc. | 2900 Newpark Drive   Barberton, OH 44203 |
| 16444855 | SBV Workforce Management, Inc. | 2 Kile Court   Airmont, NY 10952 |
| 16444856 | SC & BP Services Inc. | 1420 East Linden Avenue   Linden, NJ 07036 |
| 16444863 | SCP Care Management | P.O. Box 346   Media, PA 19063-0346 |
| 16444866 | SEIU | 6345 Flank Drive   Suite 400   Harrisburg, PA 17112 |
| 16444867 | SEIU Healthcare PA CTW, CLC | 1500 N. 2nd St.   Harrisburg, PA 17102 |
| 16444868 | SEIU Healthcare Pennsylvania CTW, CLC | 1500 N. 2nd St.   Harrisburg, PA 17102 |
| 16444869 | SEIU National Industry Pension Fund | P.O Box 5361   Carol Stream, IL 60197-5361 |
| 16444870 | SHARON ENGLE | 180 Tavern Road   Hunlock Creek, PA 18621 |
| 16444881 | SOLJEN Enterprises, LLC | 10210 Isle Wynd Ct.   Boynton Beach, FL 33437 |
| 16444883 | SPECIALTY MEDICAL PRODUCTS, INC. | 50 Pennsylvania Ave   Malvern, PA 19355 |
| 16444885 | SPECTROTEL | PO BOX 1949   Newark, NJ 07101-1949 |
| 16444887 | ST Lukes Hospital Bethleh | PO Box 784161   Philadelphia, PA 19178 |

| | | | | |
|---|---|---|---|---|
| 16444888 | STAMPS.COM INC | PO BOX 202921 | DALLAS, TX 75320-2921 | |
| 16444852 | Sam Wexler Plumbing, Inc | 368 Dunksferry Road | Bensalem, PA 19020 | |
| 16444853 | Sanpro, LLC | PO Box 336 | Lakewood, NJ 08701 | |
| 16444854 | Sarah Labarbera | 808 Lake Henry Road | Lake Ariel, PA 18436 | |
| 16444857 | Schindler Elevator Corporation | P.O. Box 93050 | Chicago, IL 60673-3050 | |
| 16444858 | Schuylkill Chamber of Commerce | 1 Progress Circle | Suite 201 | Pottsville, PA 17901 |
| 16444859 | Schuylkill County Municipal Authority | PO BOX 960 | Pottsville, PA 17901-0960 | |
| 16444860 | Schuylkill EMS | 320 N. 9th St | Pottsville, PA 17901 | |
| 16444861 | Schuylkill Mobile Fone, Inc. | 210 West Market Street | Pottsville, PA 17901 | |
| 16444862 | Schuylkill Plus! | PO Box 60 | Wilburton, PA 17888-0060 | |
| 16444864 | Scrubs On Wheels | 1730 Gateway Ct. | Elkhart, IN 46514 | |
| 16444865 | Securitas Healthcare, LLC | PO Box 646045 | Pittsburgh, PA 15264-6045 | |
| 16444871 | Shawn R Branton, D.M.D. | 301 Washington Blvd. | Williamsport, PA 17701 | |
| 16444872 | Sherwin Williams | 23 E Chelten Ave | Philadelphia, PA 19144-2130 | |
| 16444873 | ShiftKey | P.O. Box 735913 | Dallas, TX 75373-5913 | |
| 16444874 | ShiftMed, LLC | 7925 Jones Branch Drive | Mc Lean, VA 22102 | |
| 16444875 | Shirley Anderson | 25 North Frazier Street | Philadelphia, PA 19131 | |
| 16444876 | Signature Staff Resources LLC | 1460 T L Townsend Dr | #104 | Rockwall, TX 75032 |
| 16456515 | Signature Staff Resources, LLC | The Law Office of Vincent T. Norwillo, LLC | 1309 Ridge Rd., Suite 1 | Hinckley, OH 44233 |
| 16444877 | Silver Streak Logistics | 3012 AVENUE L | Brooklyn, NY 11210 | |
| 16444878 | Sipvoice LLC | 70 E. Sunrise Highway | Suite 500 | Valley Stream, NY 11581 |
| 16444879 | Social Security Administration | Attn: Ms Gordon | 4240 Market St | Philadelphia, PA 19104 |
| 16444880 | Soli F Tavaria MD PC | 105 N Delaware Ave | Minersville, PA 17954 | |
| 16444882 | Special Care Hearing of PA LLC | 12910 Shelbyville Rd | Suite 128 | Louisville, KY 40243-2404 |
| 16444884 | SpecialtyRx | 2 Bergen Turnpike | Ridgefield Park, NJ 07660 | |
| 16444886 | Sphere Mobile Digital Imaging Services | 270 Pierce St. Ste 106 | Kingston, PA 18704 | |
| 16444889 | Stanley Access Technologies | 65 Scott Swamp Road | Farmington, CT 06032 | |
| 16444890 | Stanley Healthcare | Dept CH10504 | Palatine, IL 60055 | |
| 16444891 | Stellar Private Cable Systems, Inc. | 975 E Tallmadge Avenue | Akron, OH 44310 | |
| 16444892 | Stephen M. Lawrence | 500 Third Ave | Kingston, PA 18704 | |
| 16444893 | Steven Fischer | 15 Lewin Ave | Lakewood, NJ 08701 | |
| 16444894 | Suburban Geriatrics | 2901 Jolly Road | Plymouth Meeting, PA 19462 | |
| 16444895 | Sun-Gazette | PO BOX 1509 | Charleston, WV 25325 | |
| 16444896 | Sunset Staffing LLC | 157 Sheffield Drive | Sunbury, PA 17801 | |
| 16444897 | Superior Plus Propane | 5917 State Route 61 | Paxinos, PA 17860 | |
| 16444899 | Susquehanna Fire Protection Company | P.O. Box 209 | Dewart, PA 17730 | |
| 16444900 | Susquehanna Physician Service | 1201 Grampian Blvd | Williamsport, PA 17701-1900 | |
| 16444901 | Synergy Orthopedics, LLC | 920 Germantown Pike | Suite 210 | Plymouth Meeting, PA 19462 |
| 16444902 | TAYLOR BUZEK | ATTN BUZEK, TAYLOR | 1 THIMBELBERRY LANE | LEVITTOWN, PA 19054 |
| 16444903 | TAYLOR BUZEK | ATTN KARDON ESQ, MARTIN S | 1617 JFK BLVD, SUITE 1080 | PHILADELPHIA, PA 19103 |
| 16444904 | TAYLOR BUZEK | C/O BARATTA LAW, LLC | ATTN BARATTA, ANTHONY J | 3500 READING WAY   HUNTINGDON VALLEY, PA 19006 |
| 16444905 | TAYLOR BUZEK | C/O BARATTA LAW, LLC | ATTN MCCURDY, BRENNEN A | 3500 READING WAY   HUNTINGDON VALLEY, PA 19006 |
| 16444906 | TAYLOR BUZEK | C/O KANTER, BERNSTEIN & KARDON, PC | ATTN SEGAL, DAWN A | 1617 JOHN F. KENNEDY BLVD, SUITE 1080   PHILADELPHIA, PA 19103 |
| 16444921 | TUSTIN MECHANICAL SERVICES | 2555 Industry Lane | Norristown, PA 19403 | |
| 16444907 | Telemedicine Solutions LLC | PO Box 5276 | Vernon Hills, IL 60061 | |
| 16444908 | Teresa Jane Harris | 1356 Route 973 East | Cogan Station, PA 08701 | |
| 16444909 | The Eye Center of Central Pa | 66 Enterprise Blvd. | Allenwood, PA 17810 | |
| 16444910 | The Gentell Building | 2701 Bartram Road | Bristol, PA 19007 | |
| 16444911 | The Rawlings Company | PO Box 2020 | Lagrange, KY 40031-2020 | |
| 16444912 | The Sherwin Williams Company | 23 E Chelten Ave | Philadelphia, PA 19144-2130 | |
| 16444913 | Think Click Media (PA6-Do not Use) | 16 Rodeo Drive | Jackson, NJ 08527 | |
| 16444914 | Tiffany Becker | 501 West Washington Street | Shenandoah, PA 17976 | |
| 16444915 | Tom Rogo | 214 Depot St.# 1 | Clarks Summit, PA 18411 | |
| 16444916 | Tracy L. Rose | 615 E Norwegian St | Pottsville, PA 17901 | |
| 16444917 | Trans-Med Ambulance Inc. | 14 Marion Street | Luzerne, PA 18709 | |
| 16444918 | Tremont Transport Service Inc. | 49 North Street | Tremont, PA 17981 | |
| 16444919 | Triad Lifts, LLC | 1608 Walnut Street, 14th Floor | Philadelphia, PA 19103 | |
| 16444920 | TridentCare Vascular Services | PO Box 746350 | Atlanta, GA 30374-6350 | |
| 16444922 | TwoMagnets Inc. | P.O. Box 103125 | Pasadena, CA 91189-3125 | |
| 16444923 | UGI Energy Services, LLC | PO Box 827032 | Philadelphia, PA 19182 | |
| 16444924 | UGI Utilities Inc. | PO Box 15503 | Wilmington, DE 19886-5503 | |
| 16444925 | UHP Administrators | 1662 61st Street | Brooklyn, NY 11204 | |
| 16444929 | UPMC - Williamsport | PO Box 371601 | Pittsburgh, PA 15251-7601 | |
| 16444930 | UPMC Health Plan, Inc. | Attn: Commercial Plans | U.S. Steel Tower | 600 Grant Street   Pittsburgh, PA 15219 |
| 16444926 | United Health Plus Admin | 975 NY - 45 | #1200 | Pomona, NY 10970 |
| 16444927 | United HealthCare Services, Inc. | Attn: Mark Olson | MN102-0600-11020 Optum Circle | Eden Prairie, MN 55344 |
| 16444928 | UnitedHealthcare Insurance Company | 11020 Optum Circle | MN102-0400 | Eden Prairie, MN 55344 |
| 16444931 | Verizon | P.O. Box 15043 | Albany, NY 12212 | |

| ID | Name | Address | | |
|---|---|---|---|---|
| 16456514 | Vincent T. Norwillo | The Law Office of Vincent T. Norwillo, LLC | 1309 Ridge Rd, Suite 1 | Hinckley, OH 44233 |
| 16444932 | Virtair Inc. | 101 Nassau Terminal Road | New Hyde Park, NY 11040 | |
| 16444935 | WBRE | PO Box 419779 | Boston, MA 02241–9779 | |
| 16444945 | WM Compactor Solutions, Inc. | PO Box 29661 | Dept #2008 | Phoenix, AZ 85038–9661 |
| 16444946 | WYOU | PO Box 419779 | Boston, MA 02241–9779 | |
| 16444933 | Waste Management | PO BOX 13648 | Philadelphia, PA 19101–3648 | |
| 16444934 | Waste Wanted Solutions LLC | 95 Chestnut Ridge Road | Unit 2 | Montvale, NJ 07645 |
| 16444936 | WebstaurantStore | 40 Citation Lane | Lititz, PA 17543 | |
| 16444937 | WellSky | PO Box 200086 | Dallas, TX 75320–0086 | |
| 16444938 | Wilkes Barre General Hospital | PO Box 411005 | Boston, MA 02241–1005 | |
| 16444939 | William Campbell | 1412 White Deer Pike | New Columbia, PA 17856 | |
| 16444940 | William Penn School District | PO Box 71530 | Philadelphia, PA 19176–1530 | |
| 16444941 | Williamsport Area Ambulance Service | 700 High Street | Williamsport, PA 17701 | |
| 16444942 | Williamsport Mirror & Glass Co. | 317 Railway St. | Williamsport, PA 17701 | |
| 16444943 | Williamsport Municipal Water Authority | 253 W Fourth St. | Williamsport, PA 17701 | |
| 16444944 | Williamsport/Lycoming Chamber of Commerc | 102 W. Fourth St. | Williamsport, PA 17701 | |
| 16444947 | Xfinity | Comcast | PO Box 70219 | Philadelphia, PA 19176–0219 |
| 16444948 | Yeadon Borough Tax Collector | C/O Republic Bank | Philadelphia, PA 19176–6202 | |
| 16444949 | Yeosock Funeral Home, Inc. | 40 S Main St | Plains, PA 18705 | |
| 16444950 | Yolanda R. Hughes | Borough County Tax Collector | PO Box 71202 | Philadelphia, PA 19176–6202 |
| 16444951 | Yurkanin Foot & Ankle Reconstructive Cen | Dr. Gabriela M. Yurkanin, DPM | 201 N Main St | Plains, PA 18705 |
| 16444952 | Zeller Electric, LLC | Commercial–Industrial–Institutional | 3 9th Avenue | Nesquehoning, PA 18240 |
| 16444557 | d/b/a The Standard–Journal | Karen Hendricks | Milton, PA 17847 | |
| 16444664 | iHeartMedia | PO BOX 419499 | Boston, MA 02241–9499 | |

TOTAL: 524