**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DEFAULT O/E JAD

| | |
|---|---|
| **In Re:**<br><br>**POTTSVILLE OPERATIONS, LLC,** ***et al.,***[1]<br><br>**Debtors.** | **Case No.: 24-70418-JAD**<br><br>**Chapter 11**<br>***Jointly Administered***<br><br>**Doc. No.:** 451 |
| **CARE PAVILION DEBTORS,** ***et al.,***<br><br>**Movants,**<br><br>**-vs-**<br><br>**NO RESPONDENTS,**<br><br>**Respondents.** | **Related to Document No.:**<br><br>**Hearing Date: January 16, 2025**<br><br>**Hearing Time: 10:00 a.m. (EST)**<br><br>**Response Deadline: 4:00 p.m. (EST) on January 9, 2025** |

FILED
1/10/25 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER ESTABLISHING DEADLINES FOR (A) SUBMITTING PROOFS OF CLAIM AND (B) COMMENCING DISCHARGEABILITY PROCEEDINGS, (II) APPROVING MANNER OF NOTICE THEREOF**

Upon the motion (the "Motion")[2] of the Care Pavilion Debtors for entry of an order (this "Order"), pursuant to sections 501, 502 and 503 of the Bankruptcy Code, Bankruptcy Rules 2002,

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

[2] Capitalized terms not defined herein are defined in the Motion.

3002 and 3003, and Local Rules 3002-1 and 3003-1: (i) setting April 16, 2025, as the Care Pavilion Claims Bar Date; (ii) setting March 17, 2025 as the Care Pavilion Dischargeability Bar Date; and (iii) approving the manner of notice of the Care Pavilion Bar Dates; and the Court finding that: the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; notice of the Motion and the hearing thereon was sufficient under the circumstances; the relief sought in the Motion is in the best interests of the Care Pavilion Debtors, its estate, creditors, and all parties in interest; and the legal and factual bases set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

2. Unless otherwise ordered by the Court, all persons and entities intending to commence a dischargeability proceeding pursuant to Section 523(c) of the Bankruptcy Code must commence such proceeding **on or before the Care Pavilion Dischargeability Bar Date of March 17, 2025**.

3. Unless otherwise ordered by the Court, all persons and entities including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts that assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Care Pavilion Debtors that arose prior to the Petition Date shall file a Proof of Claim **so as to be *actually received* on or before the Care Pavilion Claims Bar Date of April 16, 2025**.

4. Except as otherwise provided herein, all persons and entities that assert a Claim against the Care Pavilion Debtors that arose from the Care Pavilion Debtors amending or supplementing their Schedules to (a) designate a claim as disputed, contingent, or unliquidated; (b) change the amount of a claim reflected therein; (c) change the priority of a claim reflected

therein; or (d) add a claim that was not listed on the Schedules shall file a Proof of Claim. The deadline for any holder of such claim so designated, changed, or added to file a Proof of Claim on account of such amended claim would be the later of (i) the Care Pavilion Claims Bar Date or (ii) the Supplemental Care Pavilion Claims Bar Date, which is thirty (30) days after the date on which the Care Pavilion Debtors serves notice of the amendment or supplement.

5. All proofs of claim shall be submitted using Official Form B410 or a claim form that substantially conforms to such official form. Proof of claim forms may be obtained: (i) by visiting https://cases.stretto.com/pottsville or https://www.uscourts.gov/forms-rules/forms/proof-claim-0; or (ii) by contacting the Debtors' Claims and Noticing Agent, Stretto, Inc., by telephone (Toll-Free: (855) 469-1264 International: +1 (714) 586-5713) or by electronic mail (PottsvilleInquiries@stretto.com). Proofs of claim shall be submitted electronically in accordance with the instructions set forth on the Care Pavilion Commencement Notice.

6. **Consequences of Failing to File a Proof of Claim. Pursuant to Bankruptcy Rule 3003(c)(2), any holder of a prepetition claim who is required to file but fails to file such claim in accordance with the foregoing requirements and procedures before Care Pavilion Claims Bar Date shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution in these cases.**

7. The notice procedures set forth in the Motion are **APPROVED**.

8. The Care Pavilion Debtors are authorized and directed to complete the Care Pavilion Commencement Notice with the Care Pavilion Bar Dates, file the completed Care Pavilion Commencement Notice on the docket in the Care Pavilion Cases, and serve, or cause Stretto to serve, the Care Pavilion Commencement Notice on all creditors and parties in interest in the Care Pavilion Cases **within three (3) business days of the entry of this Order**.

9. The Care Pavilion Debtors are authorized and directed to publish, or cause Stretto to publish, the Care Pavilion Commencement Notice in accordance with the Extension Order **within five business days of the entry of this Order.**

10. The Care Pavilion Debtors and Stretto are authorized and empowered to take such steps and perform such actions as may be necessary to implement and effectuate the terms of this Order.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. This Court shall retain jurisdiction over all matters arising out of or related to the Motion and this Order.

**IT IS SO ORDERED**.

Prepared by:

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Local Counsel to the Debtors

BY THE COURT:

Date: January 10, 2025

jsf

The Honorable Jeffery A. Deller
United States Bankruptcy Judge