## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Case No.: 24-70418-JAD** |
| **POTTSVILLE OPERATIONS, LLC, _et al._,[1]** | **Chapter 11** |
| **Debtors.** | |
| | _Jointly Administered_ |
| **POTTSVILLE OPERATIONS, LLC, _et al._,[2]** | **Doc. No.:** |
| **Movants,** | **Related to Document No.** |
| **v.** | **Hearing Date:** |
| **ARGNT HOLDINGS, INC., BANKFINANCIAL, N.A., AND SPECIALTY RX INC.,** | **Hearing Time:** |
| | **Response Deadline:** |
| **Respondents.** | |

## NOTICE OF EXECUTORY CONTRACTS THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE TRANSACTION

**PLEASE TAKE NOTICE** that on December 10, 2024, the Care Pavilion Debtors, by and through their undersigned counsel filed the _Care Pavilion Debtors' Motion for Entry of Orders (A) Approving the Sale of Substantially All of the Care Pavilion Debtors' Assets, Other than_

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

[2] The applicable Debtors in the Notice are the Care Pavilion Debtors.

*Accounts, Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially all of the Care Pavilion Debtors' Assets, other than Accounts, Free and Clear of all Liens, Claims, Encumbrances, and Interests, (C) Approving Stalking Horse Bid Protection, (D) Scheduling Auction for and Hearing to Approve Sale of Substantially all of the Care Pavilion Debtors' Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief* [Doc. No. 357] (the "<u>Motion</u>").[3]

**PLEASE TAKE FURTHER NOTICE** that under the Motion, the Care Pavilion Debtors seek authority to, among other things, assume and assign certain executory contracts and unexpired leases under section 365 of the Bankruptcy Code. If you are a counterparty to any contract or lease with the Care Pavilion Debtors, you should check **<u>Schedule 1</u>** to determine if your contract or lease is listed.

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2024, the United States Bankruptcy Court for the Western District of Pennsylvania (the "<u>Court</u>") entered its *Order (A) Approving Bidding Procedures for Sale of Substantially all of the Care Pavilion Debtors' Assets, other than Accounts, Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Approving Stalking Horse Bid Protection, (C) Scheduling Auction for and Hearing to Approve Sale of Substantially all of the Care Pavilion Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (E) Approving Assumption and Assignment Procedures, (F) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (G) Granting Related Relief* [Doc. No. 439] (the "<u>Bidding Procedures Order</u>"). The Bidding Procedures Order approved the bidding procedures (the "<u>Bidding Procedures</u>") attached as Exhibit 1 to the Bidding Procedures Order. The Bidding Procedures set the key dates and times related to the sale of the Transferred Assets and assumption and assignment of the executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, all related exhibits, including the Bidding Procedures, and any other filings related to the foregoing are available for free on the website of Care Pavilion Debtors' notice agent, Stretto, Inc., at https://cases.stretto.com/pottsville.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the Care Pavilion Debtors seek to sell substantially all of their assets (the "<u>Transferred Assets</u>") to the Stalking Horse Bidders or any other Successful Bidder free and clear of all liens, claims, encumbrances, and other interests to the fullest extent permitted under 11 U.S.C. § 363(f) and other applicable law. For ease of reference, the Care Pavilion Debtors are identified in **<u>Exhibit A</u>** by reference to the nursing facilities they respectively own and operate.

---

[3] Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms as set forth in the Motion.

4898-4304-3342.1

**PLEASE TAKE FURTHER NOTICE** that the deadline by which all Qualified Bids for the Transferred Assets must be actually received by the parties specified in the Bidding Procedures is February 7, 2025, at 12:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, if one or more Qualified Bids (in addition to the Stalking Horse Bid) are received by the Bid Deadline, an auction (the "Auction") to sell the Transferred Assets will take place at 10:00 a.m. (prevailing Eastern Time) on February 10, 2025 at the offices of: (a) Raines Feldman Littrell LLP, 11 Stanwix St., Suite 1100, Pittsburgh, Pennsylvania 15222, (b) via in person or a virtual platform, such as Zoom or GoToMeeting, or (c) such other location, in each case as the Care Pavilion Debtors designate and shall be timely communicated to all persons entitled to attend the Auction. The Care Pavilion Debtors may cancel the Auction pursuant to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, if the Care Pavilion Debtors do not timely receive more than one Qualified Bid, the Care Pavilion Debtors will not conduct the Auction and, instead, will (a) file a notice with the Court identifying the OTAs as the Successful Bid for the Transferred Assets and (b) promptly seek the Court's approval of the sale of the Transferred Assets to the Stalking Horse Bidders free and clear of all liens, claims, encumbrances, and other interests to the fullest extent permitted under 11 U.S.C.§ 363(f) and other applicable law.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Transferred Assets to the Successful Bidder (the "Sale Order Hearing") before the United States Bankruptcy Court for the Western District of Pennsylvania, Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 either on (i) February 12, 2025, at 10:00 a.m. (prevailing Eastern Time) if no objections to the Sale are received, or (ii) February 18, 2025, at 10:00 a.m. (prevailing Eastern Time) if one or more objections to the Sale are received, or at such time thereafter as counsel may be heard or at such other time as the Court may determine. The Sale Order Hearing may be adjourned from time to time without further notice to creditors or parties in interest by filing a notice on the Court's docket for these Care Pavilion Cases or the making of an announcement at the Sale Order Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale, if any, (i) must be in writing, (ii) conform to the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (iii) state with particularity the legal and factual basis for the objection, and (iv) be filed with the Court no later than January 31, 2025, at 5:00 p.m. (prevailing Eastern Time) by the Court.

**FAILURE TO ABIDE BY THE BIDDING PROCEDURES, THE BIDDING PROCEDURES ORDER, OR ANY OTHER ORDER OF THE COURT IN THE CARE PAVILION CASES MAY RESULT IN THE REJECTION OF YOUR BID FOR THE TRANSFERRED ASSETS.**

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES**

**ORDER SHALL BE DEEMED TO HAVE CONSENTED TO THE SALE(S) AND FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE(S), INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS TO THE SUCCESSFUL BIDDER FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS THAT SUCH PARTY OR ENTITY MAY HAVE AGAINST THE CARE PAVILION DEBTORS OR THE TRANSFERRED ASSETS.**

Dated: January 10, 2024
Pittsburgh, Pennsylvania

Respectfully submitted:

**RAINES FELDMAN LITTRELL, LLP**

By: */s/ Sarah E. Wenrich*
Daniel R. Schimizzi (PA ID No. 311869)
Mark A. Lindsay (PA ID No. 89487)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6462
Email: dschimizzi@raineslaw.com
mlindsay@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com

*Local Counsel to the Debtors and Debtors in Possession*

-      and -

**BAKER & HOSTETLER LLP**

Elizabeth A. Green, Esq.
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq.
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 540-7920
Facsimile: (407) 841-0168

*Counsel for the Debtors and Debtors in Possession*

4898-4304-3342.1

10448328.1

## <u>EXHIBIT A</u>

Facility List

| Facility | Address |
|---|---|
| Milton Rehabilitation & Nursing Center | 743 Mahoning Street Milton, PA 17847 |
| Watsontown Nursing & Rehabilitation Center | 245 East Eighth Street Watsontown, PA 17777 |
| Care Pavilion Nursing & Rehabilitation Center | 6212 Walnut Street Philadelphia, PA 19139 |
| Cliveden Nursing & Rehabilitation Center | 6400 Greene Street Philadelphia, PA 19119 |
| Bedrock Rehabilitation & Nursing Center at Maplewood | 125 W. Schoolhouse Lane Philadelphia, PA 19144 |
| Parkhouse Nursing & Rehabilitation Center | 1600 Black Rock Road Royersford, PA 19468 |
| Bedrock Rehabilitation & Nursing Center at Tucker House | 1001 Wallace Street Philadelphia, PA 19123 |
| Bedrock Rehabilitation & Nursing Center at York | 7101 Old York Road Philadelphia, PA 19126 |

## **Schedule 1**

Executory Contracts and Unexpired Leases Subject to Assumption and Assignment

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 1 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | CARE PAVILION OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 2 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | CLIVEDEN OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 3 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | MAPLEWOOD OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 4 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | MILTON OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 5 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | PARKHOUSE OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 6 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | TUCKER OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 7 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | WATSONTOWN OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 8 | ALL CURRENT RESIDENTS OF FACILITY | [ADDRESSES ON FILE] | YORK OPERATING, LLC | RESIDENT AGREEMENTS | $0.00 |
| 9 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 10 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 11 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 12 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | MILTON OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 13 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 14 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | TUCKER OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 15 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |
| 16 | AMTRUST INSURANCE COMPANY | 800 SUPERIOR AVE EAST 21ST FL CLEVELAND, OH 44114 | YORK OPERATING, LLC | INSURANCE POLICY - WORKERS COMPENSATION (WWC3743106) | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 17 | CHANIEKA GRAHAM | C/O BOCHETTO & LENTZ, P.C. ATTN: MATTHEW L. MINSKY 1524 LOCUST ST PHILADELPHIA, PA 19102 | CARE PAVILION OPERATING, LLC | SETTLEMENT AGREEMENT AND GENERAL RELEASE | $0.00 |
| 18 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 19 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 20 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 21 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | MILTON OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 22 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 23 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | TUCKER OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 24 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 25 | CINCINNATI INSURANCE COMPANY | PO BOX 145496 CINCINNATI, OH 45250-5496 | YORK OPERATING, LLC | INSURANCE POLICY - PROPERTY (ECO 072 54 88) | $0.00 |
| 26 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 27 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 28 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 29 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | MILTON OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 30 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |

Schedule 1 - Contracts

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 31 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | TUCKER OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 32 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 33 | CLEAR BLUE SPECIALTY INSURANCE COMPANY | 2626 COLE AVENUE SUITE 170 DALLAS, TX 75204 | YORK OPERATING, LLC | INSURANCE POLICY - GLPL (CZ08PAPL0051-00) | $0.00 |
| 34 | CURASPAN HEALTH GROUP, INC. | 210 WESTWOOD PL, STE 400 BRENTWOOD, TN 37027 | CARE PAVILION OPERATING, LLC | SUBSCRIPTION AGREEMENT | $0.00 |
| 35 | CURASPAN HEALTH GROUP, INC. | 210 WESTWOOD PL, STE 400 BRENTWOOD, TN 37027 | MAPLEWOOD OPERATING, LLC | SUBSCRIPTION AGREEMENT | $0.00 |
| 36 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | CLIVEDEN OPERATING, LLC | MEMORANDUM OF AGREEMENT – LICENSED PRACTICAL NURSES BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFLCIO | $0.00 |
| 37 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | CLIVEDEN OPERATING, LLC | MEMORANDUM OF AGREEMENT – SERVICE AGREEMENT BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFL-CIO | $0.00 |
| 38 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | MAPLEWOOD OPERATING, LLC | MEMORANDUM OF AGREEMENT – LICENSED PRACTICAL NURSES BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFLCIO | $0.00 |
| 39 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | MAPLEWOOD OPERATING, LLC | MEMORANDUM OF AGREEMENT – SERVICE AGREEMENT BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFL-CIO | $0.00 |
| 40 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | TUCKER OPERATING, LLC | MEMORANDUM OF AGREEMENT – LICENSED PRACTICAL NURSES BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFLCIO | $0.00 |
| 41 | DISTRICT 1199C NUHHCE, AFL-CIO | 1319 LOCUST ST PHILADELPHIA, PA 19107 | TUCKER OPERATING, LLC | MEMORANDUM OF AGREEMENT – SERVICE AGREEMENT BETWEEN BEDROCK (MAPLEWOOD, TUCKER HOUSE AND CLIVEDEN) AND DISTRICT 1199C NUHHCE, AFL-CIO | $0.00 |
| 42 | ECOLAB INC. | PEST ELIMINATION DIVISION 1 ECOLAB PL EGH/6 ST. PAUL, MN 55102 | CARE PAVILION OPERATING, LLC | PEST ELIMINATION SERVICES AGREEMENT | $5,127.44 |
| 43 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | CARE PAVILION OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 44 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | CARE PAVILION OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 45 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | CLIVEDEN OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 46 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | MAPLEWOOD OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 47 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | MILTON OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 48 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | PARKHOUSE OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 49 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | TUCKER OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 50 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | WATSONTOWN OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 51 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062 | YORK OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 52 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | CARE PAVILION OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 53 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | CLIVEDEN OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 54 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | MAPLEWOOD OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 55 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | MILTON OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 56 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | PARKHOUSE OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 57 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | TUCKER OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 58 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | WATSONTOWN OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |
| 59 | FOCUS HEALTH NETWORK, LLC | 1600 BLACK ROCK RD ROYERSFORD, PA 19468 | YORK OPERATING, LLC | MANAGEMENT AGREEMENT | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 60 | G&E HC REIT II CARE PAVILION SNF, L.P. | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR CARE PAVILION NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 61 | G&E HC REIT II CHELTENHAM YORK SNF, L.P. | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR YORK NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 62 | G&E HC REIT II CLIVEDEN SNF, L.P. | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR CLIVEDEN NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 63 | G&E HC REIT II MAPLEWOOD MANOR SNF, L.P. | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR MAPLEWOOD NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 64 | G&E HC REIT II TUCKER HOUSE SNF, L.P. | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR TUCKER HOUSE NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 65 | GA HC REIT II MILTON SNF, LLC | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR MILTON NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 66 | GA HC REIT II ROYERSFORD SNF, LLC | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR PARKHOUSE NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 67 | GA HC REIT II WATSONTOWN SNF, LLC | C/O VENTAS, INC. 500 N. HURSTBOURNE PKWY. LOUISVILLE, KY 40222 | MAPA OPERATING, LLC | MASTER LEASE FOR WATSONTOWN NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 68 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 69 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 70 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 71 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | MILTON OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 72 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 73 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | TUCKER OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 74 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 75 | GREAT AMERICAN FIDELITY INSURANCE COMPANY | PROPERTY & CASUALTY GROUP GREAT AMERICAN INSURANCE GROUP TOWER 301 E FOURTH ST CINCINNATI, OH 45202 | YORK OPERATING, LLC | INSURANCE POLICY - CYBER (CYP F252558-00) | $0.00 |
| 76 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | ATTN KIMBERLY BRANDON 200 CONNELL DRIVE, SUITE 5000 BERKELEY HEIGHTS, NJ 07922 | MAPA OPERATING, LLC | BUSINESS LEASE AGREEMENT NUMBERS 5653709978345413USA1, 5653709978357210USA2, 5653709978357213USA3, AND 5653709978357338USA4 | $1,858.97 |
| 77 | IPFS CORPORATION | 125 S. WACKER DRIVE, SUITE 1650 CHICAGO, IL 60606 | CARE PAVILION OPERATING, LLC | INSURANCE FINANCING AGREEMENT | $0.00 |
| 78 | KEYHIE, INC. [KEYSTONE HEALTH INFORMATION EXCHANGE, INC.] | 100 N. ACADEMY AVENUE DANVILLE, PA 17822 | BEDROCK CARE LLC | KEYSTONE HEALTH INFORMATION EXCHANGE | $0.00 |
| 79 | LOCAL 1034, RWDSU- UFCW | ATTN O'NEILL CONSULTING CORP 485 DEVON PARK DR, SUITE 102 WAYNE, PA 19087 | YORK OPERATING, LLC | COLLECTIVE BARGAINING AGREEMENT | $0.00 |
| 80 | LOCAL 262 OF NJ RWDSU/UFCW | 245 E 8TH ST WATSONTOWN, PA 17777 | WATSONTOWN OPERATING, LLC | LABOR AGREEMENT BETWEEN WATSONTOWN REHAB AND NURSING CENTER AND LOCAL 262 RWDSU – UFCW | $0.00 |
| 81 | LOCAL 262 RWDSU - UFCW | 743 MAHONING ST MILTON, PA 17847 | MILTON OPERATING, LLC | LABOR AGREEMENT BETWEEN MILTON REHAB AND NURSING CENTER AND LOCAL 262 RWDSU – UFCW | $0.00 |
| 82 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | CARE PAVILION OPERATING, LLC | FACILITY SUB-LEASE FOR CARE PAVILION NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 83 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | CLIVEDEN OPERATING, LLC | FACILITY SUB-LEASE FOR CLIVEDEN NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |

Schedule 1 (Contracts)

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 84 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | MAPLEWOOD OPERATING, LLC | FACILITY SUB-LEASE FOR MAPLEWOOD NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 85 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | MILTON OPERATING, LLC | FACILITY SUB-LEASE FOR MILTON NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 86 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | PARKHOUSE OPERATING, LLC | FACILITY SUB-LEASE FOR PARKHOUSE NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 87 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | TUCKER OPERATING, LLC | FACILITY SUB-LEASE FOR TUCKER HOUSE NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 88 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | WATSONTOWN OPERATING, LLC | FACILITY SUB-LEASE FOR WATSONTOWN NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 89 | MAPA OPERATING, LLC | 425 W. NEW ENGLAND AVE., SUITE 300 WINTER PARK, FL 32789 | YORK OPERATING, LLC | FACILITY SUB-LEASE FOR YORK NURSING AND REHABILITATION CENTER | AMOUNT TO BE DETERMINED |
| 90 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | CARE PAVILION OPERATING, LLC | SURETY BOND (PA5273641) | $0.00 |
| 91 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | CLIVEDEN OPERATING, LLC | SURETY BOND (PA5273647) | $0.00 |
| 92 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | MAPLEWOOD OPERATING, LLC | SURETY BOND (PA5273722) | $0.00 |
| 93 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | MILTON OPERATING, LLC | SURETY BOND (PA5273727) | $0.00 |
| 94 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | PARKHOUSE OPERATING, LLC | SURETY BOND (PA5273733) | $0.00 |
| 95 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | TUCKER OPERATING, LLC | SURETY BOND (PA5273740) | $0.00 |
| 96 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | WATSONTOWN OPERATING, LLC | SURETY BOND (PA5270538) | $0.00 |
| 97 | MERCHANTS BONDING COMPANY (MUTUAL) | PO BOX 14498 DES MOINES, IA 50306-3498 | YORK OPERATING, LLC | SURETY BOND (PA5273712) | $0.00 |
| 98 | NET HEALTH SYSTEMS, INC. | PO BOX 72046 CLEVELAND, OH 44192 | BEDROCK CARE LLC | PURCHASE SCHEDULE | $0.00 |
| 99 | PROGRESSIVE INSURANCE CO | 6300 WILSON MILLS ROAD MAYFIELD VILLAGE, OH 44143 | MILTON OPERATING, LLC | INSURANCE POLICY - COMMERCIAL AUTO (986016869) | $0.00 |
| 100 | PROGRESSIVE INSURANCE CO | 6300 WILSON MILLS ROAD MAYFIELD VILLAGE, OH 44143 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - COMMERCIAL AUTO (986017456) | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 101 | PROGRESSIVE INSURANCE CO | 6300 WILSON MILLS ROAD MAYFIELD VILLAGE, OH 44143 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - COMMERCIAL AUTO (986016611) | $0.00 |
| 102 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | CARE PAVILION OPERATING, LLC | THERAPY SERVICES AGREEMENT | $381,039.15 |
| 103 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | CLIVEDEN OPERATING, LLC | THERAPY SERVICES AGREEMENT | $233,384.26 |
| 104 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | MAPLEWOOD OPERATING, LLC | THERAPY SERVICES AGREEMENT | $213,597.77 |
| 105 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | MILTON OPERATING, LLC | THERAPY SERVICES AGREEMENT | $421,907.27 |
| 106 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | PARKHOUSE OPERATING, LLC | THERAPY SERVICES AGREEMENT | $562,750.00 |
| 107 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | TUCKER OPERATING, LLC | THERAPY SERVICES AGREEMENT | $322,683.42 |
| 108 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | WATSONTOWN OPERATING, LLC | THERAPY SERVICES AGREEMENT | $385,790.60 |
| 109 | RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION | ATTN: LEGAL DEPARTMENT 5800 GRANITE PKWY, STE 1000 PLANO, TX 75024 | YORK OPERATING, LLC | THERAPY SERVICES AGREEMENT | $357,588.84 |
| 110 | RRC CHELTENHAM, LLC | C/O RELIANT RENAL CARE, INC. ROSE TREE CORPORATE CENTER, BLDG. II ATTN: ROBERT J. KRAUS 1400 N PROVIDENCE ROAD, SUITE 1040 MEDIA, PA 19063 | YORK OPERATING, LLC | AGREEMENT OF SUBLEASE | AMOUNT TO BE DETERMINED |
| 111 | RWDSU LOCAL 108 | 1576 SPRINGFIELD AVE MAPLEWOOD, NJ 07040 | YORK OPERATING, LLC | AGREEMENT BETWEEN YORK AND LOCAL 108R | $0.00 |
| 112 | SEIU HEALTHCARE PENNSYLVANIA | 1500 SECOND STREET HARRISBURG, PA 17102 | CARE PAVILION OPERATING, LLC | TENTATIVE AGREEMENT BETWEEN BEDROCK CARE PAVILION AND SEIU HEALTHCARE PENNSYLVANIA | $0.00 |
| 113 | SPECIALTY RX, INC. | ATTN: COMPLIANCE OFFICER 2 BERGEN TURNPIKE RIDGEFIELD PARK, NJ 07660 | PARKHOUSE OPERATING, LLC | DEFICIT REDUCTION ACT OF 2005 ("DRA") REQUIREMENTS FOR CONTRACTORS AND AGENTS | $340,693.25 |

Schedule 1 - Contracts

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 114 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 115 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 116 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 117 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | MILTON OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 118 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 119 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | TUCKER OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 120 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 121 | TRAVELERS CASUALTY & SURETY | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM ONE TOWER SQUARE MN06 HARTFORD, CT 06183 | YORK OPERATING, LLC | INSURANCE POLICY - CRIME (108123628) | $0.00 |
| 122 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | CARE PAVILION OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025652 00) | $0.00 |
| 123 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | CLIVEDEN OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025654 00) | $0.00 |

| Row ID | Counterparty Name | Counterparty Address | Debtor Entity | Contract Name or Description | Cure Amount |
|---|---|---|---|---|---|
| 124 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | MAPLEWOOD OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025651 00) | $0.00 |
| 125 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | MILTON OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025649 00) | $0.00 |
| 126 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | PARKHOUSE OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025648 00) | $0.00 |
| 127 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | TUCKER OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025655 00) | $0.00 |
| 128 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | WATSONTOWN OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025650 00) | $0.00 |
| 129 | WESCO INSURANCE | 800 SUPERIOR AVENUE EAST 21ST FLOOR CLEVELAND, OH 44114 | YORK OPERATING, LLC | INSURANCE POLICY - EPLI (EUW2025653 00) | $0.00 |