# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 24-bk-70482-JAD |
| **POTTSVILLE OPERATIONS, LLC,** *et al.,* [1] | Chapter 11 |
| Debtors. | *Jointly Administered* |
| | Doc. No.: |
| **POTTSVILLE DEBTORS and CARE PAVILION DEBTORS,** | Related to Document No. |
| Movant, | Hearing Date: |
| v. | Hearing Time: |
| **NO RESPONDENTS,** | Response Deadline: |
| Respondents. | |

## NOTICE OF ANNUAL RATE INCREASE OF BAKER & HOSTETLER LLP

On December 9, 2024, this Court entered an order authorizing the Debtors to retain Baker & Hostetler LLP ("BakerHostetler") as co-counsel to the Pottsville Debtors *Nunc Pro Tunc* to October 15, 2024 [Docket No. 144]. On December 13, 2024, this Court entered an order

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

authorizing the Care Pavilion Debtors to retain BakerHostetler as co-counsel to the Care Pavilion Debtors *Nunc Pro Tunc* to November 18, 2024 [Docket No. 383]. Effective January 1, 2025, BakerHostetler has implemented firm-wide rate increases. BakerHostetler hereby provides notice of the following hourly rates:

| Timekeeper | Title | 2024 Hourly Rate | 2025 Hourly Rate |
|---|---|---|---|
| Ernessa B. Brawley | Partner | $990 | $1,080 |
| Christopher J. Carolan | Partner | $1,250 | $1,365 |
| Elizabeth A. Green | Partner | $895 | $975 |
| Andrew V. Layden | Partner | $605 | $660 |
| Patrick M. Muldowney | Partner | $650 | $715 |
| Jimmy D. Parrish | Partner | $765 | $835 |
| Jacqueline S. Best | Counsel | $590 | $645 |
| Kathryn P. Jones | Counsel | $615 | $675 |
| Danielle L. Merola | Counsel | $560 | $625 |
| Nathalie A. Freeman | Associate | $615 | $715 |
| Scott E. Prince | Associate | $560 | $610 |
| Benjamin R. Taylor | Associate | $520 | $520 |
| Maxine M. Nugent | Paralegal | $305 | $320 |
| Melissa A. Vander Weide | Paralegal | $360 | $380 |
| Tami E. Whaley | Paralegal | $350 | $370 |
| Michael H. McDonald | Litigation Support Project Manager | $325 | $340 |

The increase noticed herein is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as it is applied firm-wide, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

Dated: January 21, 2025
      Pittsburgh, PA

**RAINES FELDMAN LITTRELL, LLP**

By:*/s/ Daniel R. Schimizzi*
Mark A. Lindsay (PA ID No. 89487)
Daniel R. Schimizzi (PA ID No. 311869)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6462
Email: mlindsay@raineslaw.com
dschimizzi@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com

*Local Counsel to the Debtors and Debtors in Possession*

- and -

**BAKER & HOSTETLER LLP**

Elizabeth A. Green, Esq.
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq.
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 540-7920
Facsimile: (407) 841-0168

*Counsel for the Debtors and Debtors in Possession*

3