## **<u>AMENDED EXHIBIT A</u>**



Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME  04101
United States

dentons.com

Mr. Monte Green, Chairman
Official Committee of Unsecured Creditors of Pottsville Operations, LLC *et al.*
c/o Reliant Rehabilitation
(sent by e-mail only)

Invoice Date:  January 21, 2025
Invoice No.:    141555.1.1224

### SUMMARY INVOICE AND MONTHLY FEE STATEMENT
### SERVICES RENDERED IN DECEMBER 2024
### (POTTSVILLE)

| Time Period | Debtors | Fees (100%) | Expenses | Total |
|---|---|---|---|---|
| 11/01/2024 – 12/31/2024 | Pottsville | $41,542.50 | $3,764.28 | $45,306.78 |
| **TOTAL DUE** | | **$41,542.50** | **$3,764.28** | **$45,306.78** |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Dkt. No. 350] (the "Interim Compensation Order"), entered in the pending chapter 11 cases of Pottsville Operations, LLC et al. (the "Debtors"), the Debtors shall pay 80% of fees and 100% of expenses in the absence of a timely objection served within fourteen (14) calendar days after service of this Monthly Fee Statement.  Such amounts are set forth below:

| Time Period | Debtors | Fees (80%) | Expenses | Total |
|---|---|---|---|---|
| 11/01/2024 – 12/31/2024 | Pottsville | $33,234.00 | $3,764.28 | $36,998.28 |
| **INTERIM AMOUNT DUE** | | **$33,234.00** | **$3,764.28** | **$36,998.28** |

This summary invoice sets forth the outstanding balance as of the date hereof of fees and expenses incurred with Dentons (the "Firm") for the time periods set forth above.  Detailed time entries are provided in the invoices enclosed herewith.  Multiple firms combined to create Dentons, but internal accounting systems are not yet fully integrated.  As a result, multiple invoices are provided for each time period.

*Payment instructions are on the following page*

24528547.v1



dentons.com

**Payments by check should be sent in U.S. Dollars to:**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009

**Payments by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name: Dentons Bingham
Greenebaum LLP
Account Number: 4622345343
ABA/Routing #: Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires:
PNCCUS33

**\*Please Reference Account Number 1415551.1124**

24528547.v1

**DENTONS**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Pottsville Operations LLC Committee of Unsecured
Creditors
c/o Reliant Pro Rehab, LLC
Mr. Monte Green
5800 Granite Parkway, Suite 325
Planto TX 75025

Account No.: 141555.000001
Invoice No.: 4598474
Invoice Date: January 18, 2025

**IN RE: POTTSVILLE OPERATIONS LLC COMMITTEE OF UNSECURED CREDITORS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2024:

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 12/02/24 | ACH | 0.40 | B110 | Communication/call with R. Seltzer, counsel to unions, regarding sale process and other case admin matters. | 330.00 |
| 12/02/24 | ACH | 0.40 | B110 | Communication/call (23 minutes) with E. Green regarding case status and committee formation issues. | 330.00 |
| 12/03/24 | ACH | 0.40 | B110 | Call with UST and Dentons co-counsel regarding committee formation and expanded role with Care PAvilion. | 330.00 |
| 12/05/24 | SMH2 | 0.20 | B110 | Review and analyze filings with Court and calendar key dates for the same. | 60.00 |
| 12/06/24 | ACH | 0.20 | B110 | Call with K. Smith, D. Boydstun, and S. Hayes re workflow in Pottsville cases. | 165.00 |
| 12/06/24 | KDS | 0.20 | B110 | Call with A. Helman, D. Boydstun, and S. Hayes re workflow in Pottsville cases (0.2). | 99.00 |
| 12/12/24 | SMH2 | 0.20 | B110 | Analyze docket entries regarding response deadline; meeting of creditors and proof of claim deadlines; calendar same. | 60.00 |
| 12/17/24 | SMH2 | 0.10 | B110 | Analyze docket entries regarding hearing for contracts and employment and calendar same. | 30.00 |
| 12/18/24 | SMH2 | 0.20 | B110 | Analyze docket entries regarding motion for relief from stay and contract and calendar email regarding same. | 60.00 |
| 12/23/24 | SMH2 | 0.10 | B110 | (NO CHARGE) Calendar extension in Lien Challenge deadline | 30.00 |
| 12/03/24 | ACH | 0.90 | B120 | Analysis of issues related to insider investigation in advance of meeting with W. | 742.50 |

Dentons Bingham Greenebaum LLP

Invoice No.:       4398474
Invoice Date:   January 18, 2025
Page                   2

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000001

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | Ong and FTI. | |
| 12/03/24 | ACH | 0.40 | B120 | Meeting/Zoom with W. Ong and FTI regarding insider investigation. | 330.00 |
| 12/03/24 | ACH | 0.80 | B120 | Meet with debtors' professionals regarding insider investigation. | 660.00 |
| 12/03/24 | WO | 0.30 | B120 | Review two email strings among creditors lawyers, Reliant and UST regarding various matters including issues between two bankruptcy filings, creditors' counsel, management of nursing homes, Bedrock, DIP, Eden and others; discussion on how to manage issues going forward | 240.00 |
| 12/04/24 | ACH | 1.00 | B120 | Call with debtors' counsel and Solic regarding asset tracing and recovery issues (.8); pre/post call with Dentons working group regarding same (.2). | 825.00 |
| 12/04/24 | WO | 2.10 | B120 | Creditors' call with CRO and debtors counsel to discuss various issues concerning relationship between PA 6 and PA 8, identifying assets, movement of money through homes and various business entities, financial statements, organizational charts, pending litigation, various issues surrounding accounting, vendors (1.6); conversation among creditors counsel before and after to discuss questions for CRO and debtors counsel, how to approach information learned going forward (.5) | 1,680.00 |
| 12/06/24 | ACH | 0.30 | B120 | Communication/call with L. Macksoud and W. Ong regarding investigation of claims. | 247.50 |
| 12/06/24 | WO | 0.30 | B120 | Telephone call with L. Macksoud about various issues in identifying assets, business structures, ownership, and movement of money between debtor and others, value and movement of money regarding real estate, discuss thoughts and strategies in identifying possible squandering of debtor's assets with vendors | 240.00 |
| 12/09/24 | ACH | 0.60 | B120 | Multiple calls with W. Ong and FTI regarding investigation. | 495.00 |
| 12/09/24 | WO | 1.30 | B120 | Review and analyze SOFA for potential latent assets, follow up email to J. Margolies for additional information (.8); research and phone call to explore investigative options | 1,040.00 |

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000001

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | for further analysis of potential latent claims, identifying and interviewing debtor employees (.3); follow up phone call with FTI requesting further analysis of employees at debtor's places of business (.3) | |
| 12/11/24 | ACH | 0.30 | B120 | Phone call with W. Ong following up on previous day email outlining potential sources of assets, discuss best strategies for following up on leads on assets, potential resources within firm for assistance. | 247.50 |
| 12/11/24 | WO | 0.30 | B120 | Review email and attachments including additional SOFA, sent by trustee recently posted on Stretto, for potential latent assets, forward all to J. Margolies with request for more detailed analysis | 240.00 |
| 12/16/24 | WO | 0.80 | B120 | Exchange several emails with J. Margolies regarding recently updated SOFAs and identifying lawsuits against debtors, review spreadsheets developed on same issue, for leads on potential latent assets | 640.00 |
| 12/18/24 | ACH | 0.40 | B120 | Communications with T. Maxson et al. regarding lien challenge and initial results of same. | 330.00 |
| 12/19/24 | ACH | 0.20 | B120 | Communications with W. Ong regarding insider investigation. | 165.00 |
| 12/19/24 | WO | 0.30 | B120 | Draft and send email to A. Helman after gathering and reviewing data from SOFA and other sources outlining thoughts and suggestions on identifying potential assets for recovery | 240.00 |
| 12/20/24 | ACH | 0.30 | B120 | Call with L. Macksoud regarding lien review. | 247.50 |
| 12/20/24 | WO | 0.30 | B120 | Phone call with A. Helman following up on previous day email outlining potential sources of assets, discuss best strategies for following up on leads on assets, potential resources within firm for assistance | 240.00 |
| 12/03/24 | ACH | 0.30 | B130 | Review stipulation to consensual order modifying certain bid procedures. | 247.50 |
| 12/02/24 | ACH | 0.50 | B150 | Attend weekly meeting with committee members. | 412.50 |
| 12/02/24 | KDS | 0.50 | B150 | Participate in weekly UCC meeting with Dentons and FTI teams (0.5). | 247.50 |

Dentons Bingham Greenebaum LLP

Invoice No.:      4598474
Invoice Date:     January 18, 2025
Page              4

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000001

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 12/09/24 | ACH | 0.40 | B150 | [SPLIT ENTRY] Regular meeting for case update with the Committee. (0.4). | 330.00 |
| 12/09/24 | ACH | 0.20 | B150 | [SPLIT ENTRY] Review operational update from FTI regarding Pottsville cases. (0.2) | 165.00 |
| 12/09/24 | DKB | 0.60 | B150 | Attend and participate in weekly update call with committee members. | 270.00 |
| 12/16/24 | ACH | 0.20 | B150 | Review operational update regarding Pottsville, as prepared by FTI. | 165.00 |
| 12/18/24 | ACH | 0.10 | B150 | (SPLIT ENTRY) Communication to Committee regarding outcome of hearing and implications. | 82.50 |
| 12/19/24 | ACH | 0.20 | B150 | Review operational update from FTI regarding Pottsville. | 165.00 |
| 12/23/24 | ACH | 0.20 | B150 | (SPLIT ENTRY) Review operational update regarding Pottsville as prepared by FTI for the Committee. | 165.00 |
| 12/04/24 | ACH | 0.20 | B160 | Review supplemental disclosures filed by debtors' counsel. | 165.00 |
| 12/04/24 | SMH2 | 0.20 | B160 | Review deadlines for filing and service of supplemental retention documents for Dentons as counsel for Committee, and send to Dentons team for review. | 60.00 |
| 12/05/24 | SMH2 | 0.70 | B160 | Review names of creditors run in conflicts and send additional names (.1); draft Supplemental Declaration of A. Helman. | 210.00 |
| 12/06/24 | SMH2 | 0.70 | B160 | Review, revise and send supplemental declaration of A. Helman to capture additional debtors to K. Smith for review. | 210.00 |
| 12/09/24 | ACH | 0.20 | B160 | Review orders approving retention of SOLIC, Banker, et al. | 165.00 |
| 12/10/24 | SMH2 | 0.40 | B160 | Check on additional names given by UST to see if they were run for conflicts. | 120.00 |
| 12/11/24 | SMH2 | 1.10 | B160 | Analyze review and revise Helman Supplemental declaration re Pottsville and revise proposed order with UST recommendations. | 330.00 |
| 12/12/24 | ACH | 0.40 | B160 | (SPLIT ENTRY) Work on supplemental declaration and information regarding retention in response to communications with UST. | 330.00 |
| 12/16/24 | ACH | 0.20 | B160 | Communications with W. Buchanan | 165.00 |

Dentons Bingham Greenebaum LLP

| | | | |
|---|---|---|---|
| Invoice No.: | 4398474 |
| Invoice Date: | January 18, 2025 |
| Page | 5 |

Pottsville Operations LLC Committee of Unsecured
Creditors

141555.000001

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | regarding UST motion to extend deadline to object to retention of committee professionals and review of same. | |
| 12/03/24 | SMH2 | 0.50 | B170 | Review docket for certificate of service on retention application for Dentons and FTI; email to Stretto regarding the same for confirmation. | 150.00 |
| 12/04/24 | SMH2 | 1.20 | B170 | (DISCOUNT 50%) Draft template for notice of monthly fee statement (.8); review invoices for privilege and compensation procedures (. 4). | 360.00 |
| 12/05/24 | SMH2 | 0.60 | B170 | Review and revise narratives on invoices for all Dentons professionals for privilege and to comply with Courts pending compensation procedures. | 180.00 |
| 12/06/24 | SMH2 | 1.10 | B170 | Begin templates for Pottsville Committee Interim Fee Applications and Notice of Monthly Fee Statement. | 330.00 |
| 12/03/24 | ACH | 0.40 | B190 | Confer with T. Maxson regarding interim compensation procedures. | 330.00 |
| 12/03/24 | DKB | 0.90 | B190 | Draft and revise client update to committee regarding meeting held 12/2. | 405.00 |
| 12/20/24 | ACH | 0.20 | B190 | (SPLIT ENTRY) Review/consider motion to enlarge removal deadline. | 165.00 |
| 12/23/24 | DKB | 0.20 | B190 | Review and analyze operational update from FTI team. | 90.00 |
| 12/20/24 | ACH | 0.40 | B211 | Review MORs for Pottsville debtors. | 330.00 |
| 12/12/24 | ACH | 0.10 | B230 | Review weekly variance reporting. | 82.50 |
| 12/02/24 | DKB | 0.20 | B310 | Research claims bar date in PVO case. | 90.00 |

### TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 2.40 | 1,494.00 |
| B120 | Asset Analysis & Recovery | 10.90 | 8,850.00 |
| B130 | Asset Sales and Other Disposition of Assets | 0.30 | 247.50 |
| B150 | Meetings & communications w/Debtor or Committee | 2.90 | 2,002.50 |
| B160 | Employment Applications | 4.10 | 1,755.00 |

Dentons Bingham Greenebaum LLP

Invoice No.:     4598474
Invoice Date:    January 18, 2025
Page             6

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000001

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B170 | Fee Applications | 3.40 | 1,020.00 |
| B190 | Litigation and Contested Matters | 1.70 | 990.00 |
| B211 | Financial Rprts(Mo.Operating Reports & Schedules & Stm | 0.40 | 330.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 0.10 | 82.50 |
| B310 | Claims Administration and Objections | 0.20 | 90.00 |
|      |                 | 26.40 | 16,861.50 |

| | |
|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $   16,861.50 |
| LESS ADJUSTMENTS: | $      (210.00) |
| ADJUSTED FEES | $   16,651.50 |
| INVOICE TOTAL  (USD) | $   16,651.50 |
| PRIOR UNPAID BALANCE | $   133,643.97 |
| BALANCE DUE | $   150,295.47 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Andrew C. Helman | 10.80 | 825.00 | 8,910.00 |
| Winfield Ong | 5.70 | 800.00 | 4,560.00 |
| Kyle D. Smith | 0.70 | 495.00 | 346.50 |
| David. K. Boydstun | 1.90 | 450.00 | 855.00 |
| Samantha Hayes | 7.30 | 300.00 | 2,190.00 |
|                    | 26.40 |      | 16,861.50 |

DENTONS

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Reliant Pro Rehab, LLC
Mr. Monte Green
5800 Granite Parkway, Suite 325
Planto TX 75025

Account No.: 141555.000001
Invoice No.: 4598474
Invoice Date: January 18, 2025

---

**IN RE: POTTSVILLE OPERATIONS LLC COMMITTEE OF UNSECURED CREDITORS**

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL (USD) | $ | 16,651.50 |
| PRIOR UNPAID BALANCE | $ | 133,643.97 |
| BALANCE DUE | $ | 150,295.47 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/17/25 | 4598454 | 133,643.97 | 0.00 | 133,643.97 |
| Total | | | | 133,643.97 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**Payments by check should be sent in U.S. Dollars to:**
Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL  60677-3009

OR

**Payment by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name:  Dentons Bingham Greenebaum LLP
Account Number: 4622345343
ABA/Routing #:  Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires: PNCCUS33

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:        25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785968
039523.0001
T D MAXSON

---

RE:    In re: Pottsville Operations LLC Committee of Unsecured
       Creditors WTM UB141555.000001

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 12/02/24 | B110 | MIC | RECEIVE AND DOWNLOAD RECORD OWNER LIEN CERTIFICATES AND CORRESPONDING RECORDINGS RECEIVED FROM CHICAGO TITLE FOR PA PROPERTIES LOCATED IN LUZERNE COUNTY, DELAWARE COUNTY AND SCHUYLKILL COUNTY | 0.50 |
| 12/03/24 | B110 | TDM | CONFERENCE WITH ANDREW H AND LAUREN M RE ADDING PAVILION CASES TO REPRESENTATION | 0.10 |
| 12/03/24 | B110 | TDM | CONF WITH K. BRADLEY, ANDREW H AND LAUREN M RE PAVILION CASES COMMITTEE AND MECHANICS OF ONE COMMITTEE FOR ALL DEBTORS | 0.40 |
| 12/03/24 | B170 | TDM | WORK WITH ANDREW H ON ADDRESSING PROFESSIONAL FEE PROCEDURES MOTION AT 12-12 HEARING | 0.40 |
| 12/04/24 | B120 | TDM | CONFERENCE WITH DEBTOR'S COUNSEL, DEBTOR'S FINANCIAL ADVISOR AND DENTONS TEAM RE BUSINESS PRACTICES OF DEBTOR AND CASH FLOW | 0.80 |
| 12/05/24 | B110 | MIC | RECEIVE/REVIEW THE RECORD OWNER LIEN CERTIFICATE FOR LYCOMING CO | 0.30 |
| 12/09/24 | B150 | TDM | JOIN MEETING OF COMMITTEE AND FTI IN PROGRESS TO DISCUSS BUDGETS V ACTUAL FOR PAVILION AND POTTSVILLE CASES | 0.30 |
| 12/09/24 | B110 | SAD | REVIEW MORTGAGES FOR DEFICIENCIES | 1.10 |
| 12/10/24 | B190 | TDM | REVIEW OF FOUR TITLE CERTIFICATES FOR PROPCOS TO DETERMINE LIEN PRIORITY | 0.40 |
| 12/10/24 | B190 | TDM | REVIEW OF TITLE AND LIEN CERTIFICATES FROM TITLE COMPANY ON 4 OF 5 PROPERTIES AND STEFAN DANN'S ANALYSIS OF SAME | 0.50 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:       25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785968
039523.0001
T D MAXSON

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 12/10/24 | B110 | SAD | REVIEW RECORDED MORTGAGES, PREPARE SUMMARY REGARDING SAME | 2.70 |
| 12/11/24 | B110 | TDM | REVIEW FTI FINDINGS RELATED TO SCHEDULES AND SOFA QUESTIONS | 0.20 |
| 12/12/24 | B190 | TDM | REVIEW TITLE AND LIEN INFORMATION FROM TITLE INSURANCE COMPANY | 0.30 |
| 12/12/24 | B190 | TDM | EMAIL CORRESPONDENCE WITH STEFAN D RE MORTGAGE LIEN ANALYSIS | 0.20 |
| 12/13/24 | B110 | SAD | REVIEW MORTGAGES, REVIEW LEGAL DESCRIPTIONS IN MORTGAGES AGAINST THOSE IN TITLE WORK | 1.40 |
| 12/17/24 | B190 | TDM | CONFERENCE WITH ANDREW H RE LIEN CHALLENGE AND POTENTIAL MORTGAGE ISSUES | 0.10 |
| 12/17/24 | B190 | TDM | REVIEW MORTGAGE AND DEED LEGAL DESCRIPTION FOR WILLIAMSPORT PROPERTY | 0.20 |
| 12/17/24 | B110 | MIC | ASSIST ATTORNEY HELMAN WITH HEARING PREPARATIONS | 0.40 |
| 12/18/24 | B190 | TDM | REVIEW CASELAW ON DESCRIPTION ISSUES WITH MORTGAGES | 0.30 |
| 12/18/24 | B190 | TDM | CONFERENCE WITH ANDREW H RE MORTGAGE LIEN ISSUE | 0.20 |
| 12/18/24 | B190 | TDM | WORK WITH S DANN ON MORTGAGE LEGAL DESCRIPTION ISSUE | 0.10 |
| 12/18/24 | B190 | TDM | EMAIL CORRESPONDENCE WITH DENTONS TEAM RE LIEN CHALLENGE ISSUES | 0.20 |
| 12/18/24 | B110 | SAD | CONFER WITH T. MAXSON, COMMUNICATE WITH TITLE COMPANY REGARDING MORTGAGE QUESTION | 0.20 |
| 12/19/24 | B110 | TDM | REVIEW WEEK 9 BUDGET VARIANCE PREPARED BY FTI | 0.20 |
| 12/19/24 | B190 | TDM | CONFERENCE WITH M SHINER RE POTENTIAL ISSUE WITH WILLIAMSPORT MORTGAGE | 0.10 |
| 12/19/24 | B190 | TDM | EMAIL CORRESPONDENCE WITH OXFORD COUNSEL EXPLAINING MORTGAGE DISCREPANCY AND REQUESTING CHALLENGE EXTENSION | 0.20 |
| 12/20/24 | B190 | TDM | WORK ON LEGAL SUPPORT FOR POSSIBLE DEC ACTION ON MISSING LOT IN MORTGAGE | 0.40 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:     (412) 209-1975
TIN:         25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785968
039523.0001
T D MAXSON

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 12/20/24 | B190 | TDM | REVIEW DIP ORDER FOR PROVISIONS ON LIEN CHALLENGE EXCEPTION | 0.20 |
| 12/20/24 | B190 | TDM | CONSIDER EFFECT OF LIEN CHALLENGE ON DIP LENDER POSITION AND NOTICE REQUIREMENTS RE DEADLINE EXTENSION REQUEST | 0.30 |
| 12/20/24 | B190 | TDM | EMAIL CORRESPONDENCE WITH OXFORD COUNSEL RE LIEN CHALLENGE DEADLINE EXTENSION | 0.10 |
| 12/20/24 | B110 | SAD | COMMUNICATE WITH TITLE COMPANY REGARDING MORTGAGE LIEN, COMMUNICATE WITH T. MAXSON REGARDING SAME | 0.70 |
| 12/20/24 | B110 | MIC | CORRESPONDENCE WITH CHICAGO TITLE COMPANY REGARDING STATUS OF RECORD OWNER LIEN CERTIFICATE ON LUZERNE COUNTY PROPERTY | 0.20 |
| 12/22/24 | B400 | CBF | CONFER WITH ATTORNEY STEFAN DANN IN PREPARATION TO PROVIDE ASSISTANCE TO LIEN MATTERS | 0.10 |
| 12/23/24 | B190 | TDM | BEGIN REVIEW OF ANALYSIS BY CAMPBELL F RE MISSING DEED LANGUAGE | 0.20 |
| 12/23/24 | B190 | TDM | REVIEW DEED COMPARISON BETWEEN MORTGAGES AND DEEDS | 0.30 |
| 12/23/24 | B110 | SAD | CONFER WITH C. FLAHERTY REGARDING EFFECT OF IMPROPER LEGAL DESCRIPTION, REVIEW RESEARCH REGARDING SAME | 0.50 |
| 12/23/24 | B400 | CBF | RESEARCH PENNSYLVANIA MORTGAGE STATUTES AND CASE LAW | 3.00 |
| 12/23/24 | B400 | CBF | CONFER WITH ATTORNEY STEFAN DANN REGARDING LIEN RESEARCH | 0.70 |
| 12/24/24 | B400 | CBF | REVIEW INTERNAL COMMUNICATIONS REGARDING LIEN CHALLENGE | 0.10 |
| 12/27/24 | B211 | TDM | REVIEW ACTUAL V BUDGET COMPARISON FROM FTI | 0.20 |
| 12/30/24 | B110 | SAD | REVIEW LEGAL DESCRIPTION OF KINGSTON, PA PROPERTY AND COMPARE SAME TO INFORMATION FROM TITLE COMPANY, COMMUNICATE WITH T. MAXSON REGARDING SAME | 0.80 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX: (412) 209-1975
TIN: 25-1491692

| | |
|---|---|
| Pottsville Operations LLC Committee of Unsecured Creditors | January 15, 2025 |
| Andrew Helman, Dentons Bingham Greenebaum LLP | Invoice No.: 785968 |
| One City Center | 039523.0001 |
| Suite 11100 | T D MAXSON |
| Portland ME 04101 | |
| United States | |

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 12/31/24 | B130 | TDM | REVIEW REPORT FROM FTI ON MARKETING STATUS FOR ASSET SALE | 0.10 |
| 12/31/24 | B190 | TDM | CONTINUE REVIEW OF LIEN ANALYSIS CASE LAW FROM CAMPBELL F ON WILLIAMSPORT MORTGAGE | 0.40 |
| 12/31/24 | B400 | CBF | CONFER WITH ATTORNEY TOM MAXSON REGARDING PENNSYLVANIA CASE LAW | 0.20 |

| Task Code | Task Description | Bill Hours | Bill Amount |
|---|---|---|---|
| B110 | Case Administration | 9.70 | $ 7,338.50 |
| B120 | Asset Analysis & Recovery | 0.80 | $ 668.00 |
| B130 | Asset Sales and other Disposition of Assets | 0.10 | $ 83.50 |
| B150 | Meeting & Communications with Debtor o | 0.30 | $ 250.50 |
| B170 | Fee Applications | 0.40 | $ 334.00 |
| B190 | Litigation and Contested Matters | 4.70 | $ 3,924.50 |
| B211 | Financial Rprts(Mo.Operating Reports) | 0.20 | $ 167.00 |
| B400 | General Bankruptcy Advice | 4.10 | $ 1,394.00 |
| | | | |
| TOTAL | | 20.30 | $ 14,160.00 |

TOTAL FOR PROFESSIONAL SERVICES                                    $14,160.00

--------------------SUMMARY BY ATTORNEY----------------------

| | | | | |
|---|---|---|---|---|
| T D MAXSON | 7.40 | hours at $ | 835.00 = | 6,179.00 |
| S A DANN | 7.40 | hours at $ | 805.00 = | 5,957.00 |
| C B FLAHERTY | 4.10 | hours at $ | 340.00 = | 1,394.00 |
| M I GRAEB | 1.40 | hours at $ | 450.00 = | 630.00 |

TOTAL ATTORNEY HOURS          20.30                          14,160.00

ITEMIZED EXPENSES

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:       25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785968
039523.0001
T D MAXSON

---

| | |
|---|---:|
| LIEN SEARCH | 3,750.00 |
| POSTAGE | 14.28 |
| TOTAL EXPENSES | $3,764.28 |

CURRENT AMOUNT DUE SUMMARY SECTION

| | |
|---|---:|
| CURRENT FEES DUE | $14,160.00 |
| CURRENT EXPENSES DUE | $3,764.28 |
| CURRENT TOTAL DUE | $17,924.28 |
| TOTAL THIS INVOICE | $17,924.28 |

DUE DATE:  2/14/2025

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:     (412) 209-1975
TIN:        25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785968
039523.0001
T D MAXSON

---

**REMITTANCE COPY**

**CHECK REMITTANCE ADDRESS:**

DENTONS COHEN & GRIGSBY P.C.
P.O.BOX 641014
PITTSBURGH, PA 15264-1014

**WIRE TRANSFER REMITTANCE:**

| | |
|---|---|
| BANK: | PNC BANK, N.A. |
| ADDRESS: | 225 5TH AVENUE |
| | PITTSBURGH, PA 15222 |
| ACCOUNT NO.: | 0002790755 |
| BANK ABA: | 043000096 |
| SWIFT CODE: | PNC CUS33 |
| REFERENCE: | INVOICE NO. 785968 |

TOTAL CURRENT FEES                                                          14,160.00

TOTAL CURRENT EXPENSES                                                      $3,764.28

TOTAL THIS INVOICE                                                          $17,924.28

DUE DATE:  2/14/2025



Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

dentons.com

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center
Suite 11100
Portland  04101

January 21, 2025

**Invoice No. 2814469**

Client/Matter: 15816455-000001

In re Pottsville Operations LLC Committee of Unsecured
Creditors (UB141555.000001)

Payment Due Upon Receipt

Total This Invoice                                    $          10,521.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
L. Macksoud
at 1 212 768 6700

Pottsville Operations LLC Committee of Unsecured Creditors    January 21, 2025
Matter: 15816455-000001
Invoice No.: 2814469

Client/Matter:  15816455-000001

In re Pottsville Operations LLC Committee of Unsecured
Creditors (UB141555.000001)

_____

For Professional Services Rendered through December 31, 2024:

Matter:        15816455-000001
             In re Pottsville Operations LLC Committee of Unsecured
             Creditors (UB141555.000001)

### B110   - Case Administration

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 12/02/24 | L. Macksoud | 0.30 | 285.00 | B110 | Confer with debtor re proposed revisions to bid procedures order. |
| 12/03/24 | L. Macksoud | 0.30 | 285.00 | B110 | Review and sign off on final stipulation relating to bid procedures order. |
| 12/03/24 | L. Macksoud | 0.50 | 475.00 | B110 | Call with US Trustee's office regarding appointment in second debtor case. |
| 12/09/24 | L. Macksoud | 0.20 | 190.00 | B110 | Review docket and confer with A. Helman in preparation for committee call. |
| | Subtotal | 1.30 | 1,235.00 | | |

### B120   - Asset Analysis and Recovery

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 12/03/24 | L. Macksoud | 3.40 | 3,230.00 | B120 | Review Oxford-Premier loan documents as part of lien investigation. |
| 12/04/24 | L. Macksoud | 1.00 | 950.00 | B120 | Call with debtors' counsel and financial advisor to discuss asset tracing and recovery issues (.8); pre and post call with Dentons working group re same (.2). |
| 12/04/24 | L. Macksoud | 2.20 | 2,090.00 | B120 | Continue to review loan documents and conduct lien investigation. |
| 12/06/24 | L. Macksoud | 0.40 | 380.00 | B120 | Call with W. Ong to discuss discovery issues and potential avoidance action claims. |

**DENTONS**

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

dentons.com

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center
Suite 11100
Portland  04101

January 21, 2025

**Invoice No. 2814469**

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 12/10/24 | J. Margolies | 0.60 | 279.00 | B120 | Review email from W. Ong with inquiry regarding omission of resident lawsuits in schedules and statement of financial affairs, review schedules and statement of financial affairs as necessary to understand and respond to inquiry, and email W. Ong response with thoughts and suggestions. |
| 12/11/24 | L. Macksoud | 0.30 | 285.00 | B120 | Review questions on SOALS and SOFAs in preparation for call with debtors on same. |
| 12/16/24 | J. Margolies | 1.50 | 697.50 | B120 | Review schedules and statements of financial affairs filed by debtors for civil lawsuits pending against debtors and email W. Ong conveying all noteworthy information. |
| | Subtotal | 9.40 | 7,911.50 | | |

B150   - Meetings of and Communications with Creditors

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 12/02/24 | L. Macksoud | 0.50 | 475.00 | B150 | Participate in weekly committee call. |
| 12/09/24 | L. Macksoud | 0.50 | 475.00 | B150 | Participate in committee call. |
| | Subtotal | 1.00 | 950.00 | | |

B180   - Avoidance Action Analysis

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 12/04/24 | J. Margolies | 0.30 | 139.50 | B180 | Check docket for schedules and statement of financial affairs and email W. Ong regarding same. |
| 12/20/24 | L. Macksoud | 0.30 | 285.00 | B180 | Confer with A. Helman re lien review and investigation. |
| | Subtotal | 0.60 | 424.50 | | |

**DENTONS**

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

dentons.com

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center
Suite 11100
Portland  04101

January 21, 2025

**Invoice No. 2814469**

### SUMMARY OF AMOUNT DUE BY TASK CODE

| Task Code | Task Code Name | Fees |
|---|---|---|
| B110 | Case Administration | 1,235.00 |
| B120 | Asset Analysis and Recovery | 7,911.50 |
| B150 | Meetings of and Communications with Creditors | 950.00 |
| B180 | Avoidance Action Analysis | 424.50 |
| | Total Fees | $10,521.00 |
| | | |
| | Total This Matter | $10,521.00 |

### Time & Fee Summary

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Macksoud | $950.00 | 9.90 | $9,405.00 |
| J. Margolies | $465.00 | 2.40 | $1,116.00 |
| Totals | | 12.30 | $10,521.00 |

4



Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

dentons.com

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center
Suite 11100
Portland  04101
Client/Matter  #: 15816455-000001

      January 21, 2025

      In re Pottsville Operations LLC Committee of Unsecured
      Creditors (UB141555.000001)

---

Statement of Account

According to our records, as of January 21, 2025, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/06/24 | 2805412 | $ 41,674.00 | $ 0.00 | $ 41,674.00 |
| 01/21/25 | 2814469 | $ 10,521.00 | $ 0.00 | $ 10,521.00 |
| | | Total Outstanding Invoices | | $ 52,195.00 |



Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland, ME  04101
United States

dentons.com

Mr. Monte Green, Chairman
Official Committee of Unsecured Creditors of Pottsville Operations, LLC *et al.*
c/o Reliant Rehabilitation
(sent by e-mail only)

Invoice Date:  January 21, 2025
Invoice No.:    141555.2.1224

### SUMMARY INVOICE AND MONTHLY FEE STATEMENT
### SERVICES RENDERED IN DECEMBER 2024
### (CARE PAVILION)

| Time Period | Debtors | Fees (100%) | Expenses | Total |
|---|---|---|---|---|
| 11/01/2024 – 12/31/2024 | Care Pavilion | $112,903.00 | $0.00 | $112,903.00 |
| **TOTAL DUE** | | **$112,903.00** | **$0.00** | **$112,903.00** |

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Dkt. No. 350] (the "Interim Compensation Order"), entered in the pending chapter 11 cases of Pottsville Operations, LLC *et al.* (the "Debtors"), the Debtors shall pay 80% of fees and 100% of expenses in the absence of a timely objection served within fourteen (14) calendar days after service of this Monthly Fee Statement.  Such amounts are set forth below:

| Time Period | Debtors | Fees (80%) | Expenses | Total |
|---|---|---|---|---|
| 11/01/2024 – 12/31/2024 | Care Pavilion | $90,322.40 | $0.00 | $90,322.40 |
| **INTERIM AMOUNT DUE** | | **$90,322.40** | **$0.00** | **$90,322.40** |

This summary invoice sets forth the outstanding balance as of the date hereof of fees and expenses incurred with Dentons (the "Firm") for the time periods set forth above.  Detailed time entries are provided in the invoices enclosed herewith.  Multiple firms combined to create Dentons, but internal accounting systems are not yet fully integrated.  As a result, multiple invoices are provided for each time period.

*Payment instructions are on the following page*

24528581.v1



dentons.com

**Payments by check should be sent in U.S. Dollars to:**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009

**Payments by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name: Dentons Bingham
Greenebaum LLP
Account Number: 4622345343
ABA/Routing #: Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires:
PNCCUS33

**\*Please Reference Account Number 141555.2.1224**

24528581.v1

**DENTONS**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Pottsville Operations LLC Committee of Unsecured
Creditors
c/o Reliant Pro Rehab, LLC
Mr. Monte Green
5800 Granite Parkway, Suite 325
Planto TX 75025

Account No.: 141555.000002
Invoice No.: 4598455
Invoice Date: January 17, 2025

**IN RE: CARE PAVILLION DEBTORS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2024:

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| 12/02/24 | SMH2 | 0.40 | B110 | Review and analyze pleadings filed regarding employment of Meridian Capital as brokers; retention of Dentons and FTI, and calendar key dates regarding the same. | 120.00 |
| 12/11/24 | ACH | 0.20 | B110 | Call with K. Smith, D. Boydstun, and S. Hayes re workflow in Pottsville cases. | 165.00 |
| 12/11/24 | ACH | 1.40 | B130 | Review and analysis of sale motion and related documents as well as consideration of strategic options for response. | 1,155.00 |
| 12/15/24 | ACH | 1.20 | B130 | Work on revisions to objection to sale motion and bid procedures, including further review of sale and marketing procedures. | 990.00 |
| 12/16/24 | ACH | 1.10 | B130 | Analysis of sale motion and proposed order. | 907.50 |
| 12/16/24 | ACH | 1.30 | B130 | Revisions to objection to bid procedures motion. | 1,072.50 |
| 12/02/24 | DKB | 0.40 | B150 | Weekly update call w/ committee members and FTI team to discuss case updates. | 180.00 |
| 12/09/24 | ACH | 0.20 | B150 | [SPLIT ENTRY] Review operational update from FTI regarding Care Pavilion cases. | 165.00 |
| 12/09/24 | ACH | 0.40 | B150 | [SPLIT ENTRY] Regular meeting for case update with the Committee. | 330.00 |
| 12/09/24 | DKB | 0.50 | B150 | Attend and participate in weekly update call with committee members. | 225.00 |
| 12/12/24 | ACH | 0.30 | B150 | Written communications with committee members regarding DIP and other issues. | 247.50 |
| 12/16/24 | ACH | 0.80 | B150 | Teams with Committee, Dentons, and FTI for weekly status update and planning related to case strategy and pending issues | 660.00 |

Dentons Bingham Greenebaum LLP

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000002

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| | | | | with focus on DIP and sale procedures (call exclusive to Care Pavilion). | |
| 12/16/24 | ACH | 0.20 | B150 | Review FTI's operational update on Care Pavilion. | 165.00 |
| 12/16/24 | DKB | 0.80 | B150 | Attend and participate in standing call to update committee on case status and progress. | 360.00 |
| 12/17/24 | DKB | 0.60 | B150 | Draft update to committee members regarding the DIP and sale motion hearing. | 270.00 |
| 12/18/24 | ACH | 0.10 | B150 | (SPLIT COMMUNICATION) Communication to Committee regarding outcome of hearing and implications. | 82.50 |
| 12/18/24 | DKB | 0.40 | B150 | Review and revise committee update regarding DIP, Sale Motion, and bid procedures hearing with redlines from final bid procedure order. | 180.00 |
| 12/19/24 | ACH | 0.20 | B150 | Review operational update on Care Pavilion. | 165.00 |
| 12/23/24 | ACH | 0.20 | B150 | (SPLIT ENTRY) Review operational update regarding Care Pavilion as prepared by FTI for the Committee. | 165.00 |
| 12/27/24 | DKB | 0.10 | B150 | Consult with FTI team regarding holding weekly meeting with committee members on 12/30. | 45.00 |
| 12/17/24 | ACH | 1.50 | B155 | Attending continued first day hearings. | 1,237.50 |
| 12/17/24 | ACH | 0.40 | B155 | Meet with T. Maxson to prepare for hearings. | 330.00 |
| 12/17/24 | DKB | 0.90 | B155 | Attend hearing on DIP Motion and sale motion and bid procedures. | 405.00 |
| 12/02/24 | ACH | 0.40 | B160 | Call with D. Boydstun regarding supplemental information in support of retention for committee professionals. | 330.00 |
| 12/03/24 | KDS | 0.90 | B160 | Communication with A. Helman and S. Hayes re expanded committee and procedures for same (0.4); consider interim compensation procedures and fee applications for expanded committee (0.5). | 445.50 |
| 12/04/24 | KDS | 1.70 | B160 | Review S. Hayes email re procedures for Pottsville and Care Pavilion monthly statements and fee applications (0.2); discussion with S. Hayes re same (0.3); draft and revise email re same (0.9). | 841.50 |

Dentons Bingham Greenebaum LLP

Invoice No.:     4598455
Invoice Date:    January 17, 2025
Page             3

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000002

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 12/04/24 | KDS | 0.30 | B160 | Review and consider time line for filing of supplemental retention application, and changes necessary based on expanded scope of committee (0.3). | 148.50 |
| 12/06/24 | KDS | 1.70 | B160 | Review and analyze first day filings re potential issues and objections | 841.50 |
| 12/11/24 | ACH | 0.40 | B160 | (NO CHARGE) Communication with K. Smith and S. Hayes regarding expanded committee and procedures for same. | 330.00 |
| 12/11/24 | ACH | 0.10 | B160 | (NO CHARGE) Communication with W. Buchanan et al. regarding retention of committee professionals. | 82.50 |
| 12/12/24 | ACH | 0.40 | B160 | (SPLIT ENTRY) Work on supplemental declaration and information regarding retention in response to communications with UST. | 330.00 |
| 12/12/24 | DKB | 0.20 | B160 | Consult with FTI team regarding supplemental retention applications. | 90.00 |
| 12/23/24 | ACH | 0.70 | B160 | Review and work on supplemental information for retention of FTI as financial advisor. | 577.50 |
| 12/27/24 | DKB | 0.20 | B160 | Review supplemental declaration of C. Zucker. | 90.00 |
| 12/31/24 | DKB | 0.50 | B160 | Review and file FTI supplemental retention application and documents. | 225.00 |
| 12/31/24 | DKB | 0.40 | B160 | Call with A. Helman to discuss supplemental retention applications for Dentons and FTI. | 180.00 |
| 12/31/24 | DKB | 0.70 | B160 | Review and revise Dentons Supplemental retention application and support documents. | 315.00 |
| 12/31/24 | DKB | 1.30 | B160 | Draft and revise FTI supplemental retention application and supporting documents. | 585.00 |
| 11/18/24 | ACH | 2.70 | B190 | [SPLIT TIME ENTRY] Review first day filings of Care Pavilion debtors to understand the same and consider implications of motions. | 2,227.50 |
| 11/18/24 | ACH | 0.30 | B190 | [SPLIT TIME ENTRY] Review written decision in Guardian regarding residential/commercial nature of leased property for the purpose of 365(d)(3). | 247.50 |

Dentons Bingham Greenebaum LLP

Invoice No.:   4598455
Invoice Date:   January 17, 2025
Page   4

Pottsville Operations LLC Committee of Unsecured Creditors
141555.000002

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 11/19/24 | DKB | 3.20 | B190 | Review first day motions in care pavilion case and draft summary of each to circulate to committee members and professionals. | 1,440.00 |
| 11/26/24 | DKB | 2.20 | B190 | Review and analyze certain first day filings and proposed orders by new Care Pavilion Debtors. | 990.00 |
| 12/02/24 | ACH | 0.20 | B190 | Communication with D. Boydstun regarding upcoming contested matters and action items. | 165.00 |
| 12/02/24 | DKB | 0.20 | B190 | Review documents from FTI regarding weekly operational update. | 90.00 |
| 12/03/24 | DKB | 3.60 | B190 | Review and analyze first day motions and proposed orders filed by Debtors. | 1,620.00 |
| 12/04/24 | DKB | 1.10 | B190 | Review and analyze DIP financing motion and accompanying documents. | 495.00 |
| 12/04/24 | DKB | 0.20 | B190 | Review and analyze debtors' counsel's updated retention declarations. | 90.00 |
| 12/06/24 | DKB | 1.90 | B190 | Review and analyze DIP financing motion, proposed order, and accompanying documents. | 855.00 |
| 12/06/24 | DKB | 0.20 | B190 | Call with K. Smith, A. Helman, and S. Hayes to discuss upcoming contested matters and strategy regarding same. | 90.00 |
| 12/06/24 | DKB | 0.20 | B190 | Call with K. Smith to discuss upcoming contested matters and division of work regarding same. | 90.00 |
| 12/09/24 | ACH | 0.40 | B190 | Call with A. Layden regarding status of pending motions and disputes. | 330.00 |
| 12/10/24 | ACH | 0.20 | B190 | Call with debtors' local counsel regarding status of proposed filing. | 165.00 |
| 12/10/24 | DKB | 0.20 | B190 | Consult with A. Helman regarding upcoming contested matters and action items. | 90.00 |
| 12/10/24 | DKB | 1.40 | B190 | Draft and revise committee's objection to DIP financing motion. | 630.00 |
| 12/10/24 | DKB | 0.10 | B190 | Coordinate filing of committee's objection to DIP motion and order. | 45.00 |
| 12/11/24 | ACH | 0.40 | B190 | Call with D. Boydstun to discuss drafting upcoming committee objections to DIP Financing, sale motion, bid procedures, and strategy regarding the same. | 330.00 |

Dentons Bingham Greenebaum LLP

Invoice No.:      4598455
Invoice Date:   January 17, 2025
Page            5

Pottsville Operations LLC Committee of Unsecured Creditors
141555.000002

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 12/11/24 | ACH | 0.20 | B190 | Call with K. Smith, D. Boydstun, and S. Hayes to discuss upcoming contested matters and strategy regarding same. | 165.00 |
| 12/11/24 | ACH | 3.60 | B190 | Extensive and detailed review/edit of interim DIP order to analyze issues for Committee and incorporate proposed resolutions. | 2,970.00 |
| 12/11/24 | DKB | 0.40 | B190 | Call with A. Helman to discuss drafting upcoming committee objections to DIP Financing, sale motion, bid procedures, and strategy regarding the same. | 180.00 |
| 12/11/24 | DKB | 0.20 | B190 | Consult with FTI team regarding FTI's call with SOLIC and debtor's counsel to discuss the debtors' schedules and sofas. | 90.00 |
| 12/11/24 | DKB | 1.20 | B190 | Review and analyze debtors sale motion and bid procedures. | 540.00 |
| 12/11/24 | DKB | 0.20 | B190 | Call with L. Macksoud to discuss debtors sale motion and bid procedures. | 90.00 |
| 12/12/24 | DKB | 2.00 | B190 | Draft committee's objection to sale motion and bidding procedures. | 900.00 |
| 12/12/24 | DKB | 0.20 | B190 | Call with A. Helman to discuss commitee's objection to DIP financing motion. | 90.00 |
| 12/12/24 | DKB | 6.20 | B190 | Draft and revise committee's objection to DIP financing motion. | 2,790.00 |
| 12/12/24 | DKB | 0.10 | B190 | Call with A. Helman to discuss debtor's budget and committee carveout. | 45.00 |
| 12/13/24 | DKB | 3.70 | B190 | Draft and revise committee's object to debtor's sale motion and bid procedures. | 1,665.00 |
| 12/13/24 | DKB | 1.00 | B190 | Review and revise committee's objection to debtors' DIP financing motion. | 450.00 |
| 12/13/24 | DKB | 0.10 | B190 | Consult with FTI team regarding the status of debtors' data room. | 45.00 |
| 12/14/24 | DKB | 2.40 | B190 | Draft and revise committee's objection to sale motion and bidding procedures. | 1,080.00 |
| 12/15/24 | DKB | 0.60 | B190 | Review and revise committee's objection to sale motion and bidding procedures. | 270.00 |
| 12/16/24 | ACH | 1.50 | B190 | Multiple conferences working with T. Maxson on technical drafting and negotiation issues in resolution of disputes regarding DIP motion and sale procedures motion. | 1,237.50 |

Dentons Bingham Greenebaum LLP

Invoice No.:        4598455
Invoice Date:       January 17, 2025
Page                6

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000002

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|------|---------------------|-------|-----------|-------------|--------|
| 12/16/24 | ACH | 0.80 | B190 | Teams with Dentons co-counsel (T. Maxson, L. Macksoud, and D. Boydstun) regarding analysis and strategy for pending objection to be filed and approach to relationship with other matters for tomorrow's hearing. | 660.00 |
| 12/16/24 | ACH | 1.30 | B190 | Review and consider revised proposed DIP order incorporating comments of DIP Lender and Debtors in order to formulate recommendations and response. | 1,072.50 |
| 12/16/24 | ACH | 3.00 | B190 | Preparation for potential contested hearings on DIP motion and sale procedures motion. | 2,475.00 |
| 12/16/24 | DKB | 0.80 | B190 | Call with Dentons team to discuss the revisions to the committee's objection to the debtors' sale motion and bid procedures. | 360.00 |
| 12/17/24 | ACH | 5.00 | B190 | Meetings with various professionals of the Debtors, DIP Lender, and Committee to do page-turns and negotiations to resolve disputes related to DIP motion and sale procedures motion. | 4,125.00 |
| 12/17/24 | ACH | 0.50 | B190 | Call with L. Macksoud regarding outcome of hearings and strategic implications. | 412.50 |
| 12/18/24 | ACH | 0.50 | B190 | Call with T. Maxson regarding hearings and strategic issues resulting from the same. | 412.50 |
| 12/20/24 | ACH | 0.20 | B190 | (SPLIT ENTRY) Review/consider motion to enlarge removal deadline. | 165.00 |
| 12/20/24 | ACH | 0.30 | B190 | Review bar date motion. | 247.50 |
| 12/23/24 | DKB | 0.20 | B190 | Review and analyze operational update from FTI team. | 90.00 |
| 12/15/24 | ACH | 8.00 | B195 | (DISCOUNT 50%) Non-working travel to hearings. | 6,600.00 |
| 12/17/24 | ACH | 8.00 | B195 | (DISCOUNT 50%) Non-working return travel. | 6,600.00 |
| 12/20/24 | ACH | 0.40 | B211 | Review/consider Care Pavilion MORs. | 330.00 |
| 11/11/24 | ACH | 0.80 | B230 | Written communications throughout the day with Baker working on resolution of DIP objection and related budget matters. | 660.00 |
| 12/06/24 | ACH | 0.20 | B230 | Review weekly variance reporting and related communications from M. Rubin. | 165.00 |
| 12/09/24 | ACH | 0.80 | B230 | Analysis of DIP order compared to DIP order of Pottsville cases to identify | 660.00 |

Dentons Bingham Greenebaum LLP

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000002

| | | | | Invoice No.: | 4598455 |
| | | | | Invoice Date: | January 17, 2025 |
| | | | | Page | 7 |

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | similarities and differences in formulating committee position. | |
| 12/09/24 | ACH | 0.50 | B230 | Multiple calls (10 minutes and 18 minutes) with L. Macksoud regarding first day motions and resolution of committee issues regarding same. | 412.50 |
| 12/10/24 | ACH | 0.50 | B230 | Prepare reservation of rights and limited objection to Care Pavilion DIP motion. | 412.50 |
| 12/12/24 | ACH | 0.50 | B230 | Review, revise, edit limited objection to DIP. | 412.50 |
| 12/12/24 | ACH | 0.20 | B230 | Review weekly variance reporting. | 165.00 |
| 12/12/24 | ACH | 3.80 | B230 | Detailed review, revise, edit of DIP order, including analysis of issues from the Committee's perspective as well as revisions to the document to resolve same. | 3,135.00 |
| 12/12/24 | ACH | 0.20 | B230 | Call with L, Macksoud regarding DIP order. | 165.00 |
| 12/13/24 | ACH | 0.70 | B230 | Preparation for call with DIP Lender and Debtors counsel regarding DIP order and Committee objections to same. | 577.50 |
| 12/13/24 | ACH | 1.80 | B230 | Participate in detailed Teams with counsel for DIP Lender, counsel for Debtors, and Dentons partner T. Maxson for page-turn of Committee's proposed edits to DIP order and discussion about resolving same. | 1,485.00 |
| 12/13/24 | ACH | 0.90 | B230 | Analysis of further revisions to DIP order as part of work to resolve disputes. | 742.50 |
| 12/13/24 | ACH | 0.80 | B230 | Further review, revise, edit to DIP objection. | 660.00 |
| 12/13/24 | ACH | 1.10 | B230 | Multiple calls with T. Maxson (23, 15, 25, and 5 minutes) related to the DIP order and negotiations with parties regarding the same. | 907.50 |
| 12/18/24 | ACH | 0.60 | B230 | Review post-hearing revisions to DIP order to get final sign off for filing. | 495.00 |
| 12/18/24 | ACH | 0.70 | B230 | Continued e-mail communications with Baker, Raines, Tucker regarding revisions to sale order for entry after the hearing. | 577.50 |
| 12/09/24 | DKB | 0.40 | B310 | Research claims bar date and draft correspondence to H. Berlew detailing research findings. | 180.00 |

TASK SUMMARY

Dentons Bingham Greenebaum LLP

| | | | Invoice No.: | 4598455 |
|---|---|---|---|---|
| | | | Invoice Date: | January 17, 2025 |
| | | | Page | 8 |

Pottsville Operations LLC Committee of Unsecured
Creditors
141555.000002

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 0.60 | 285.00 |
| B130 | Asset Sales and Other Disposition of Assets | 5.00 | 4,125.00 |
| B150 | Meetings & communications w/Debtor or Committee | 5.20 | 3,240.00 |
| B155 | Court Hearings | 2.80 | 1,972.50 |
| B160 | Employment Applications | 9.90 | 5,412.00 |
| B190 | Litigation and Contested Matters | 54.90 | 32,617.50 |
| B195 | Non-Working Travel | 16.00 | 13,200.00 |
| B211 | Financial Rprts(Mo.Operating Reports & Schedules & Stm | 0.40 | 330.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 14.10 | 11,632.50 |
| B310 | Claims Administration and Objections | 0.40 | 180.00 |
| | | 109.30 | 72,994.50 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 72,994.50 |
| LESS ADJUSTMENTS: | $ | (7,012.50) |
| ADJUSTED FEES | $ | 65,982.00 |
| INVOICE TOTAL  (USD) | $ | 65,982.00 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Andrew C. Helman | 63.10 | 825.00 | 52,057.50 |
| Kyle D. Smith | 4.60 | 495.00 | 2,277.00 |
| David. K. Boydstun | 41.20 | 450.00 | 18,540.00 |
| Samantha Hayes | 0.40 | 300.00 | 120.00 |
| | 109.30 | | 72,994.50 |

DENTONS

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Reliant Pro Rehab, LLC
Mr. Monte Green
5800 Granite Parkway, Suite 325
Planto TX 75025

Account No.: 141555.000002
Invoice No.: 4598455
Invoice Date: January 17, 2025

**IN RE: CARE PAVILLION DEBTORS**

**REMITTANCE PAGE**

INVOICE TOTAL (USD)                                    $    65,982.00

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**Payments by check should be sent in U.S. Dollars to:**

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL  60677-3009

OR

**Payment by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Account Name:  Dentons Bingham Greenebaum LLP
Account Number: 4622345343
ABA/Routing #:  Wire Transfers 041000124
ACH Transfers 071921891
Swift Code for International Wires: PNCCUS33

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:       25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

RE:    IN RE: CARE PAVILLION DEBTORS
       WTM UB141555.000002

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 11/18/24 | B110 | TDM | REVIEW FIRST DAY AFFIDAVIT | 0.60 |
| 11/19/24 | B110 | TDM | CONTINUE REVIEW OF FIRST DAY AFFIDAVIT | 0.60 |
| 11/19/24 | B110 | TDM | REVIEW PETITION | 0.20 |
| 11/20/24 | B155 | TDM | ATTEND FIRST DAY HEARINGS FOR CARE PAVILION GROUP OF CASES | 1.40 |
| 12/02/24 | B110 | TDM | CONFERENCE WITH ANDREW H RE 12-12 HEARING AND ISSUES RELATING TO FIRST DAY MOTIONS | 0.40 |
| 12/02/24 | B150 | TDM | CONFERENCE WITH KATE B FROM US TRUSTEE'S OFFICE, ANDREW H, COMMITTEE MEMBERS AND LAUREN M RE NEW CASE AND OVERLAP ISSUES FOR COMMITTEE | 0.40 |
| 12/04/24 | B150 | TDM | CONFERENCE WITH DEBTOR'S COUNSEL, DEBTOR'S FINANCIAL ADVISOR AND DENTONS TEAM RE BUSINESS PRACTICES OF DEBTOR AND CASH FLOW | 0.80 |
| 12/06/24 | B110 | TDM | BEGIN REVIEW OF CASE MANAGEMENT MOTION | 0.20 |
| 12/08/24 | B230 | TDM | REVIEW DIP AND CASH COLLATERAL MOTION | 1.70 |
| 12/09/24 | B150 | TDM | JOIN MEETING OF COMMITTEE AND FTI IN PROGRESS TO DISCUSS BUDGETS V ACTUAL FOR PAVILION AND POTTSVILLE CASES | 0.30 |
| 12/10/24 | B130 | TDM | CONFERENCE WITH ANDREW H RE EXPEDITED NATURE OF SALE MOTION | 0.10 |
| 12/10/24 | B130 | TDM | REVISE LANGUAGE FOR STIPULATED EXPEDITED HEARING SCHEDULING | 0.20 |
| 12/10/24 | B230 | TDM | REVIEW AND REVISE LIMITED OBJECTION AND ROFR TO DIP MOTION | 0.40 |
| 12/10/24 | B230 | TDM | CONFERENCE WITH ANDREW H RE DIP OBJECTIONS | 0.10 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:     (412) 209-1975
TIN:       25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 12/10/24 | B110 | MIC | ELECTRONICALLY FILE RESERVATION OF RIGHTS/LIMITED OBJECTION TO CARE PAVILLION'S POST PETITION FINANCING MOTION | 0.30 |
| 12/10/24 | B110 | MIC | EMAIL CORRESPONDENCE TO CLAIMS AGENT STRETTO REGARDING POSSIBLE SERVICE OF OBJECTION | 0.20 |
| 12/10/24 | B110 | MIC | SERVICE OF OBJECTION VIA ELECTRONIC MAIL | 0.20 |
| 12/11/24 | B155 | TDM | PREPARE FOR HEARINGS SCHEDULED FOR 12-12 | 0.60 |
| 12/11/24 | B155 | TDM | REVIEW DOCKET AND REVISED CALENDAR INDICATING ORDERS ENTERED ON MOTIONS SCHEDULED FOR 12-12 HEARING | 0.20 |
| 12/12/24 | B130 | TDM | REVIEW SALE MOTION AND BID PROCEDURES | 1.30 |
| 12/12/24 | B211 | TDM | REVIEW FTI COMPARISON BETWEEN ACTUAL AND BUDGET FOR WEEK 3 | 0.30 |
| 12/12/24 | B230 | TDM | REVIEW AND REVISE PROPOSED FINAL DIP ORDER | 1.30 |
| 12/12/24 | B230 | TDM | REVIEW AND REVISE FIRST DRAFT OF OBJECTIONS TO DIP MOTION | 1.00 |
| 12/12/24 | B250 | TDM | REVIEW PLEADINGS TO ANALYZE VENTAS L/C DRAWS AND POTENTIAL RECOVERY | 0.40 |
| 12/13/24 | B230 | TDM | CONFERENCE WITH A HELMAN RE DIP AND SALE ISSUES | 0.80 |
| 12/13/24 | B230 | TDM | REVIEW AND REVISE OBJECTION TO DIP MOTION | 1.00 |
| 12/13/24 | B230 | TDM | PREPARE FOR CONF WITH DEBTOR AND DIP LENDER COUNSEL TO DISCUSS ISSUES WITH PROPOSED FINAL DIP ORDER | 0.50 |
| 12/13/24 | B230 | TDM | REVIEW INTERIM DIP ORDER | 0.40 |
| 12/13/24 | B230 | TDM | CONFERENCE WITH A HELMAN RE REVISIONS TO DIP OBJECTION AND RELATED ISSUES | 0.40 |
| 12/13/24 | B230 | TDM | CONFERENCE WITH DIP LENDER COUNSEL, A HELMAN AND DEBTOR COUNSEL TO GO OVER UCC ISSUES WITH PROPOSED FINAL DIP ORDER | 1.20 |
| 12/13/24 | B250 | TDM | REVIEW AND ANALYZE PAYMENTS TO LANDLORD FROM LETTER OF CREDIT | 0.50 |
| 12/13/24 | B110 | MIC | ELECTRONICALLY FILE LIMITED OBJECTION TO DEBTORS' DIP MOTION | 0.30 |
| 12/13/24 | B110 | MIC | REVIEW/REVISE OBJECTION TO DIP MOTION PER LOCAL BANKRUPTCY PROCEDURE | 0.40 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:        25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 12/13/24 | B110 | MIC | COORDINATE SERVICE ON PARTIES VIA EMAIL AND US MAIL | 0.30 |
| 12/16/24 | B130 | TDM | REVIEW SCHEDULING ORDER FOR OBJECTION DEADLINE TO SALE MOTION | 0.10 |
| 12/16/24 | B130 | TDM | CONF WITH ANDREW H RE SALE OBJECTIONS | 0.20 |
| 12/16/24 | B130 | TDM | CONFERENCE WITH LAUEREN M AND ANDREW H RE SALE MOTION AND OBJECTION | 0.80 |
| 12/16/24 | B130 | TDM | REVIEW AND REVISE ASSET SALE BID PROCEDURE OBJECTIONS | 2.30 |
| 12/16/24 | B130 | TDM | WORK WITH M GRAEB RE INCORPORATION OF CHANGES FROM OTHERS TO FINAL BID PROCEDURES OBJECTION | 0.30 |
| 12/16/24 | B211 | TDM | CONFERENCE WITH FTI AND COMMITTEE RE BUDGET V ACTUAL (JOINED LATE) | 0.10 |
| 12/16/24 | B110 | MIC | ASSIST ATTORNEYS WITH FINALIZING OBJECTION TO SALE MOTION | 1.10 |
| 12/16/24 | B110 | MIC | ELECTRONICALLY FILE OBJECTION TO SALE MOTION | 0.30 |
| 12/16/24 | B110 | MIC | SERVICE OF OBJECTION VIA EMAIL | 0.30 |
| 12/17/24 | B155 | TDM | APPEAR FOR COMMITTEE AT FINAL DIP AND BID PROCEDURES HEARING | 1.40 |
| 12/17/24 | B230 | TDM | MEET AND NEGOTIATE WITH DEBTORS COUNSEL OVER DIP ODER AND OBJECTIONS | 2.50 |
| 12/17/24 | B230 | TDM | MEET WITH DEBTORS COUNSEL AND DIP LENDER COUNSEL TO NEGOTIATE BIDDING PROCEDURES ORDER AND MOTION OBJECTIONS | 1.00 |
| 12/18/24 | B130 | TDM | REVIEW REVISED BID PROCEDURES ORDER | 0.50 |
| 12/18/24 | B130 | TDM | CONFERENCE WITH ANDREW H RE REVISED BIDDING PROCEDURES ORDER FILED | 0.10 |
| 12/18/24 | B230 | TDM | REVIEW REVISED DIP ORDER | 0.60 |
| 12/18/24 | B230 | TDM | CONFERENCE WITH ANDREW H RE REVISED DIP ORDERS FILED | 0.30 |
| 12/18/24 | B230 | TDM | REVIEW CHANGES TO DIP ORDER MADE BY DIP LENDER TO REFLECT AGREEMENT | 0.30 |
| 12/19/24 | B150 | TDM | REVIEW DRAFT UPDATE TO COMMITTEE MEMBERS AND FINAL VERSION | 0.20 |

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:     (412) 209-1975
TIN:      25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

| DATE | TASK | ATTY | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 12/23/24 | B211 | TDM | REVIEW BUDGET VARIANCE REPORT FROM FTI | 0.10 |

| Task Code | Task Description | Bill Hours | Bill Amount |
|-----------|------------------|-----------|-------------|
| B110 | Case Administration | 5.40 | $ 3,200.00 |
| B130 | Asset Sales and other Disposition of Assets | 5.90 | $ 4,926.50 |
| B150 | Meeting & Communications with Debtor o | 1.70 | $ 1,419.50 |
| B155 | Court Hearings | 3.60 | $ 3,006.00 |
| B211 | Financial Rprts(Mo.Operating Reports) | 0.50 | $   417.50 |
| B230 | Financing Cash Collections | 13.50 | $11,272.50 |
| B250 | Real Estate | 0.90 | $   751.50 |
| | | | |
| TOTAL | | 31.50 | $24,993.50 |

TOTAL FOR PROFESSIONAL SERVICES                                   $24,993.50

--------------------SUMMARY BY ATTORNEY-----------------------

| T D MAXSON | 28.10 | hours at $ | 835.00 | = | 23,463.50 |
|------------|-------|-----------|--------|---|-----------|
| M I GRAEB | 3.40 | hours at $ | 450.00 | = | 1,530.00 |

TOTAL ATTORNEY HOURS          31.50                          24,993.50

CURRENT AMOUNT DUE SUMMARY SECTION

CURRENT FEES DUE                    $24,993.50

CURRENT TOTAL DUE                   $24,993.50

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:    (412) 209-1975
TIN:       25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

TOTAL THIS INVOICE                    $24,993.50

DUE DATE:  2/14/2025

# DENTONS COHEN & GRIGSBY P.C.

625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

PHONE: (412) 297-4900
FAX:     (412) 209-1975
TIN:      25-1491692

Pottsville Operations LLC Committee of Unsecured Creditors
Andrew Helman, Dentons Bingham Greenebaum LLP
One City Center
Suite 11100
Portland ME 04101
United States

January 15, 2025
Invoice No.: 785969
039523.0002
T D MAXSON

## REMITTANCE COPY

**CHECK REMITTANCE ADDRESS:**

DENTONS COHEN & GRIGSBY P.C.
P.O.BOX 641014
PITTSBURGH, PA 15264-1014

**WIRE TRANSFER REMITTANCE:**

BANK:             PNC BANK, N.A.
ADDRESS:       225 5TH AVENUE
                       PITTSBURGH, PA 15222
ACCOUNT NO.:  0002790755
BANK ABA:       043000096
SWIFT CODE:    PNC CUS33
REFERENCE:     INVOICE NO. 785969

TOTAL CURRENT FEES                                                        24,993.50

TOTAL THIS INVOICE                                 $24,993.50

DUE DATE:  2/14/2025



Dentons US LLP                     dentons.com
1221 Avenue of the Americas
New York, NY  10020-1089

For your Information - Open Invoices

Pottsville Operations LLC Committee of Unsecured Creditors                     January 21, 2025
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center, Suite 11100
Portland  04101
United States
Client/Matter  #: 15816455-000002
            Care Pavilion Debtors
            UB141555.000002

Total This Invoice                                              $        14,915.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:                Payment by wire transfer/ACH should be sent to:
Dentons US LLP                                              Citi Private Bank
Dept. 3078                              OR              227 West Monroe, Chicago, IL 60606
Carol Stream, IL  60132-3078                        ABA Transit # 271070801
                                                            Account #: 0801051693
                                                        Account Name: Dentons US LLP
                                                            Swift Code: CITIUS33
                                                    Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
L. Macksoud
at 1 212 768 6700



Dentons US LLP                    dentons.com
1221 Avenue of the Americas
New York, NY  10020-1089

For your Information - Open Invoices

Pottsville Operations LLC Committee of Unsecured Creditors                    January 21, 2025
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center, Suite 11100
Portland  04101
United States
Client/Matter  #: 15816455-000002
              Care Pavilion Debtors
              UB141555.000002


Client/Matter:   15816455-000002

Care Pavilion Debtors
UB141555.000002

---

### B230   - Financing/Cash Collections

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 12/04/24 | L. Macksoud | 1.00 | 950.00 | B230 | Call with debtors' counsel and financial advisor to discuss asset tracing and recovery issues (.8); pre and post call with Dentons working group re same (.2). |
| 12/06/24 | L. Macksoud | 2.20 | 2,090.00 | B230 | Care Pavilion: review first day motions and orders in preparation for second day hearing. |
| 12/09/24 | L. Macksoud | 0.20 | 190.00 | B230 | Care Pavilion: Review docket and confer with A. Helman in preparation for committee call. |
| 12/09/24 | L. Macksoud | 0.50 | 475.00 | B230 | Care Pavilion: Participate in call with committee. |
| 12/09/24 | L. Macksoud | 1.50 | 1,425.00 | B230 | Care Pavilion: review DIP motion and order (1.1); confer with A. Helman re objection to same (.4). |
| 12/10/24 | L. Macksoud | 0.50 | 475.00 | B230 | Care Pavilion: confer with A. Helman re DIP issues and bid procedures time line. |
| 12/10/24 | L. Macksoud | 0.20 | 190.00 | B230 | Care Pavilion: review and comment on draft DIP ROR. |
| 12/10/24 | L. Macksoud | 1.10 | 1,045.00 | B230 | Care Pavilion: review bid procedures motion, motion to expedite and order granting same. |
| 12/11/24 | L. Macksoud | 0.50 | 475.00 | B230 | Care Pavilion: calls and emails with Dentons working group regarding bid procedures objection. |



Dentons US LLP                    dentons.com
1221 Avenue of the Americas
New York, NY 10020-1089

For your Information - Open Invoices

Pottsville Operations LLC Committee of Unsecured Creditors                    January 21, 2025
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center, Suite 11100
Portland  04101
United States
Client/Matter #: 15816455-000002
            Care Pavilion Debtors
            UB141555.000002

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 12/12/24 | L. Macksoud | 1.10 | 1,045.00 | B230 | Care Pavilion: review and comment on draft DIP order (.9); confer with A. Helman re same (.2). |
| 12/16/24 | L. Macksoud | 0.50 | 475.00 | B230 | Care Pavilion: review consulting agreements and summary thereof (.4); confer with FTI re same (.1). |
| 12/16/24 | L. Macksoud | 0.80 | 760.00 | B230 | Care Pavilion: participate in meeting with Committee members and FTI. |
| 12/16/24 | L. Macksoud | 0.80 | 760.00 | B230 | Care Pavilion: follow up call with Dentons working group to strategize on DIP and sale negotiations and to discuss objects to be finalized for both. |
| 12/16/24 | L. Macksoud | 3.20 | 3,040.00 | B230 | Care Pavilion: review and revise draft sale objection (2.5); confer with Dentons working group to finalize same (.4); review objection filed by landlords (.3). |
| 12/17/24 | L. Macksoud | 1.60 | 1,520.00 | B230 | Call with Dentons working group regarding DIP and bid procedures objection and possible settlement (.3); review proposed revisions to DIP order (.3); participate in second day hearing (1.0). |
|  | Subtotal | 15.70 | 14,915.00 |  |  |



Dentons US LLP                        dentons.com
1221 Avenue of the Americas
New York, NY  10020-1089

For your Information - Open Invoices

Pottsville Operations LLC Committee of Unsecured Creditors                        January 21, 2025
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center, Suite 11100
Portland  04101
United States
Client/Matter  #: 15816455-000002
            Care Pavilion Debtors
            UB141555.000002

### SUMMARY OF AMOUNT DUE BY TASK CODE

| Task Code | Task Code Name | Fees |
|---|---|---|
| B230 | Financing/Cash Collections | 14,915.00 |
| | Total Fees | $14,915.00 |
| | Total This Matter | $14,915.00 |

Time & Fee Summary

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Macksoud | $950.00 | 15.70 | $14,915.00 |
| Totals | | 15.70 | $14,915.00 |



Dentons US LLP
dentons.com
Avenue of the Americas
New York, NY  10020-1089

For your Information - Open Invoices

Pottsville Operations LLC Committee of Unsecured Creditors
c/o Dentons Bingham Greenebaum LLP
Attn: Andrew Helman
One City Center, Suite 11100
Portland  04101
United States
Client/Matter  #: 15816455-000002

January 21, 2025

Care Pavilion Debtors
UB141555.000002

---

Statement of Account

According to our records, as of January 21, 2025, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|-----------------------|---------------|
| 01/21/25 | 2814470 | $ 14,915.00 | $ 0.00 | $ 14,915.00 |
| | | Total Outstanding Invoices | | $ 14,915.00 |

Questions should be directed to:
L. Macksoud
at 1 212 768 6700

Federal Tax I.D. Number 36-1796730