IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 24-70418-JAD |
| **POTTSVILLE OPERATIONS, LLC,** *et al.,*[1] | Chapter 11 |
| | *Jointly Administered* |
| **Debtors.** | Doc. No.: |
| **POTTSVILLE OPERATIONS, LLC,** *et al.,* | Related to Document Nos.: 671, 672, 673, 696, 702 and 724 |
| **Movants,** | Hearing Date: February 25, 2025 |
| -vs - | Hearing Time: 10:00 AM (EST) |
| **NO RESPONDENTS.** | Response Deadline: 4:00 PM (EST) on February 24, 2025 |

**NOTICE OF FINAL AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 25, 2025 AT 10:00 A.M. (EST)**

**I.    MATTERS GOING FORWARD**

1. *Care Pavilion Debtors' Motion for Entry of an Order (I) Authorizing the Care Pavilion Debtors to Borrow Additional Funds Under the existing DIP Facility, With Certain Modifications, and (II) Granting Related Relief* [Doc. No. 671]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

10473455.1

Objection / Response Deadline:

    a. February 24, 2025 at 4:00 p.m. (EST)

Objections / Responses Filed:

    a. The objection deadline has not passed.

Related Documents:

    a. *Care Pavilion Debtors' Motion to Expedite Hearing to Consider Care Pavilion Debtors' Motion for Entry of an Order (I) Authorizing the Care Pavilion Debtors to Borrow Additional Funds under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief* [Doc. No. 672]

    b. *Order Setting Expedited Hearing and Response Deadline Regarding Care Pavilion Debtors' Motion to Expedite Hearing to Consider Care Pavilion Debtors' Motion for Entry of an Order (I) Authorizing the Care Pavilion Debtors to Borrow Additional Funds under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief* [Doc. No. 673]

    c. Certificate of Service relating to Document Numbers 671, 672, and 673 [Doc. No. 696]

    d. *Declaration of Neil Luria in Support of Care Pavilion Debtors' Motion for Entry of an Order (I) Authorizing the Care Pavilion Debtors to Borrow Additional Funds Under the existing DIP Facility, With Certain Modifications, and (II) Granting Related Relief* [Doc. No. 702]

    e. *Care Pavilion Debtors' Emergency Motion to Permit Witnesses to Testify Remotely* [Doc. No. 724 ]

Status: This matter is going forward.

## II. ADDITIONAL INFORMATION

All documents filed in these Chapter 11 Cases may be reviewed, free of charge, on the website created by Stretto, Inc., the Claims and Noticing Agent for these Chapter 11 Cases, at https://cases.stretto.com/pottsville.  Inquiries may be directed by telephone to 855-469-1264 (for U.S. & Canada calls) and 714-586-5713  (for calls originating outside of the U.S.) or by email to PottsvilleInquiries@stretto.com.

10473455.1

| | |
|---|---|
| Dated: February 21, 2025<br>Pittsburgh, Pennsylvania | Respectfully submitted:<br><br>**RAINES FELDMAN LITTRELL, LLP**<br><br>By: /s/ Daniel R. Schimizzi<br>Daniel R. Schimizzi (PA ID No. 311869)<br>Mark A. Lindsay (PA ID No. 89487)<br>Jordan N. Kelly (PA ID No. 328896)<br>Sarah E. Wenrich (PA ID No. 325834)<br>11 Stanwix Street, Suite 1100<br>Pittsburgh, PA 15222<br>Telephone: 412-899-6474<br>Email: mlindsay@raineslaw.com<br>dschimizzi@raineslaw.com<br>jkelly@raineslaw.com<br>swenrich@raineslaw.com<br><br>*Local Counsel to the Debtors and Debtors in Possession*<br><br>- and -<br><br>**BAKER & HOSTETLER LLP**<br><br>Elizabeth A. Green, Esq.<br>FL Bar No.: 0600547<br>Email: egreen@bakerlaw.com<br>Andrew V. Layden, Esq.<br>FL Bar No.: 86070<br>E-mail: alayden@bakerlaw.com<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida 32801-3432<br>Telephone: (407) 540-7920<br>Facsimile: (407) 841-0168<br>*Counsel for the Debtors and Debtors in Possession* |

10473455.1