## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | ) | Case No. 24-70418-JAD |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| _____ | X | |

## SIGN-IN SHEET FOR ATTORNEYS APPEARING VIA ZOOM AT THE HEARING ON APRIL 3, 2025

| Attorney Name | Law Firm | Representing |
|---|---|---|
| Danielle Merola | Baker Hostetler | Debtor |
| Olivia Mandella | FTI | UCC |
| Richard Seltzer | Cohen Weiss & Simon | Local 262 RWDSU |
| Ryan Hancock | | SEIU Healthcare |
| Peter Leung | | Declarant |
| Jodi Hause | DOJ | US Trustee |
| Lauren Macksoud | Dentons | UCC |
| David Boydstun | Dentons | UCC |
| Olivia Benson | Updike Kelly & Spellacy | Oxford Finance |
| Allison Carr | PA Atty General | Dept. of Human Services |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785); Bedrock Care LLC (9115); Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

| | | |
|---|---|---|
| Jordan Kelly | Raines Feldman Littrell | Debtors |
| Andrew Costa-Kelser | | Pension Fund for Nursing and Healthcare Employees- Philly |
| Mackenzie Davis | FTI | UCC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Attorney Name | Law Firm | Representing |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | ) | Case No. 24-70418-JAD |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| _____ X | | |

### SIGN-IN SHEET FOR ATTORNEYS APPEARING IN-PERSON AT THE HEARING ON APRIL 3, 2025

| Attorney Name | Law Firm | Representing |
|---|---|---|
| Dan Schimizzi | Raines Feldman Littrell | Debtors |
| Elizabeth Green | Baker Hostetler | " |
| Jimmy Parrish | " | " |
| Andrew Layden | " | " |
| Benjamin Taylor | " | " |
| Neil Luria | Solic Capital Advisors | " |
| Matthew Rubin | " | " |
| Michael Healey | Healey Block | Local 268, RWDSU |
| Richard Seltzer | By Video | " " |
| Mike Kruszewski | Leech Tishman | Ventas |
| Ron Roteman | Stonecipher Law | Proposed new operator |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785); Bedrock Care LLC (9115); Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

| Attorney Name | Law Firm | Representing |
|---|---|---|
| Phil Militin | Fultz Maddox Dickens | Ventis, Inc. |
| Maribeth Thomas | Tucker Arensberg | DIP Lender |
| Michael Shiner | Tucker Arensberg | DIP Lender |
| Andrew Helman | Dentons | Committee |
| Ion Maxson | Dentons | Committee |
| Brandon S. Williams | Capozzi Adler | Labor Counsel – Proposed New Operators |
| Harry Epstein | | Representative of Proposed New Operators |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |