**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**POTTSVILLE OPERATIONS, LLC et al[1],** **Bankruptcy No. 24-70418-JAD**

**Debtor.** **Chapter 11**

**Jointly Administered**

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Jacob Zahler, an Interested Party and Creditor, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Date: April 22, 2025

Respectfully submitted,

*/s/Ryan J. Cooney*

RYAN J. COONEY
PA I.D. #319213
Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email: rcooney@cooneylawyers.com

Attorney for Creditor and Interested Party,
Jacob Zahler

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pittsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); Yeadon Propco, LLC (5785); Care Pavilion Operating, LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2751).