# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | Case No.: 24-70418-JAD |
| **POTTSVILLE OPERATIONS, LLC,** *et al.,*[1] | Chapter 11 |
| | *Jointly Administered* |
| **Debtors.** | |
| | Doc. No.: |
| **POTTSVILLE OPERATIONS, LLC,** *et al.,* | Related to Document Nos.: See Below |
| Movants, | Hearing Date:  May 6, 2025 |
| -vs - | Hearing Time:  10:00 AM (EST) |
| **NO RESPONDENTS.** | Response Deadlines:  See Below |

## NOTICE OF PRELIMINARY AGENDA FOR MATTERS SCHEDULED FOR HEARING ON MAY 6, 2025, AT 10:00 AM (EST)

**I.   MATTERS GOING FORWARD**

1. Omnibus Motion of Migdalla Rivera, Administrator *Ad Prosequendum* of the Estate of German Rivera-Perez, Deceased; Andrea Barnes, Executrix of the Estate of Percy Hutchings, Deceased; Davida Floyd, Administrator of the Estate of Belinda M. Floyd, Deceased; and Veronica Saunders, Administratrix of the Estate of Veora Saunders,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

Deceased, for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 850] filed March 21, 2025

Objection/Response Deadline:

a. 4:00 PM (EST) on April 9, 2025
April 16, 2025 (Debtors Only)

Objections/Responses Filed:

a. Debtors' Reservation of Rights with Respect to Motions for Relief from the Automatic Stay [Doc. No. 918] filed April 9, 2025

b. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Doc. No. 955] filed April 16, 2025

Related Documents:

a. Notice of Zoom Hearing with Response Deadline Regarding Omnibus Motion to Lift Stay of Settled Cases [Doc. No. 852] filed March 21, 2025

b. Text Order Rescheduling Hearing [Doc. No. 916] entered April 7, 2025

c. Text Order Rescheduling Hearing [Doc. No. 1001] entered on April 22, 2025

Status: The Debtors and Movant are continuing to discuss and negotiate a proposed order and resolution on this Motion but have not yet reached a resolution. If not resolved, the Debtors intend to move forward with their objection or request a continued hearing on the motion.

2. Motion of Frank A. Crew, Administrator of the Estate of Jeremiah Crew for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 853] filed March 21, 2025

Objection/Response Deadline:

a. 4:00 PM (EST) on April 9, 2025
April 16, 2025 (Debtors Only)

Objections/Responses Filed:

a. Debtors' Reservation of Rights with Respect to Motions for Relief from the Automatic Stay [Doc. No. 918] filed April 9, 2025
b. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Doc. No. 955] filed April 16, 2025

Related Documents:

    a. Notice of Zoom Hearing with Response Deadline Regarding Omnibus Motion to Lift Stay of Settled Cases [Doc. No. 855] filed March 21, 2025

    b. Text Order Rescheduling Hearing [Doc. No. 916] entered April 7, 2025

    c. Text Order Rescheduling Hearing [Doc. No. 1001] entered on April 22, 2025

Status: The Debtors and Movant are continuing to discuss and negotiate a proposed order and resolution on this Motion but have not yet reached a resolution. If not resolved, the Debtors intend to move forward with their objection or request a continued hearing on the motion.

3. Motion of Paulette Midgette, Administratix of the Estate of Ida Mae Midgette for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 856] filed March 21, 2025

Objection/Response Deadline:

    a. 4:00 PM (EST) on April 9, 2025
       April 16, 2025 (Debtors Only)

Objections/Responses Filed:

    a. Debtors' Reservation of Rights with Respect to Motions for Relief from the Automatic Stay [Doc. No. 918] filed April 9, 2025

    b. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Doc. No. 955] filed April 16, 2025

    c. Text Order Rescheduling Hearing [Doc. No. 1001] entered on April 22, 2025

Related Documents:

    a. Notice of Zoom Hearing with Response Deadline Regarding Omnibus Motion to Lift Stay of Settled Cases [Doc. No. 858] filed March 21, 2025

    b. Text Order Rescheduling Hearing [Doc. No. 916] entered April 7, 2025

Status: The Debtors and Movant are continuing to discuss and negotiate a proposed order and resolution on this Motion but have not yet reached a resolution. If not resolved, the Debtors intend to move forward with their objection or request a continued hearing on the motion.

4. Motion for Relief from Automatic Stay [Doc. No. 940] filed on April 11, 2025

   Objection/Response Deadline:

   a. 4:00 PM (EST) on April 28, 2025

   Objections/Responses Filed:

   d. Debtors' Objection to Motion for Relief from the Automatic Stay filed by Kerriann Bailey, Administratrix of the Estate of Hopeton D. Bryan [Doc. No. 1016] filed April 28, 2025

   Related Documents:

   c. Notice of Zoom Hearing with Response Deadline Regarding Motion of Kerriann Bailey, Administratrix of the Estate of Hopeton D. Bryan, Administratix of the Estate of Hopeton D. Bryan, Deceased For Relief from Automatic Stay [Doc. No. 940] filed on April 11, 2025

   Status: The Debtors and Movant are continuing to discuss and negotiate a proposed order and resolution on this Motion but have not yet reached a resolution. If not resolved, the Debtors intend to move forward with their objection or request a continued hearing on the motion.

5. Motion of Yvonne Watson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 650] filed on February 11, 2025

   Objection / Response Deadline:

   a. February 28, 2025

   Objections / Responses Filed:

   a. Debtors' Objection and Reservation of Rights to Motion of Yvonne Wayson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from Stay and (II) Related Relief [Doc. No. 745] filed February 28, 2025

   Related Documents:

   a. Notice of Hybrid Hearing with Response Deadline Regarding Motion of Yvonne Watson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from Stay and (II) Related Relief [Doc. No. 652] filed on February 11, 2025

      b. Certificate of Service [Doc. No. 653] filed February 11, 2025

      c. Text Order Rescheduling Hearing [Doc. No. 785] entered March 11, 2025

      d. Text Order Rescheduling Hearing [Doc. No. 916] entered April 7, 2025

      e. Text Order Rescheduling Hearing [Doc. No. 996] entered on April 22, 2025

Status: The Debtors and Movant are continuing to discuss and negotiate a proposed order and resolution on this Motion but have not yet reached a resolution and have agreed to continue this matter until the May 29, 2025 Omnibus Hearing date.

6. Status Conference Regarding (i) Objection and Reservation of Rights to the Care Pavilion Debtors' Notice of Executory Contracts That May Be Assumed and Assigned filed by Local 262, Retail, Wholesale and Department Store Union, United Food and Commercial Workers, Retail, Wholesale and Department Store Union, United Food and Commercial Workers [Doc. No. 631] filed on January 31, 2025; and (ii) Objection and Reservation of Rights to the Care Pavilion Debtors' Notice of Executory Contracts That May Be Assumed and Assigned filed by Local 262, Retail, Wholesale and Department Store Union, United Food and Commercial Workers, Retail, Wholesale and Department Store Union, United Food and Commercial Workers [Doc. No. 633] filed on January 31, 2025.

Status: By Text Order entered at Doc. No. 1056, based on the colloquy on the record at the hearing held on April 30, 2025, on the Care Pavilion Debtors' Sale Motion [Doc. No. 357], the Court continued the status conference for May 6, 2025, to provide the parties with additional time to resolve the objections [Doc. No. 631 and 633] filed by Local 262.

## II.    ADDITIONAL INFORMATION

All documents filed in these Chapter 11 Cases may be reviewed, free of charge, on the website created by Stretto, Inc., the Claims and Noticing Agent for these Chapter 11 Cases, at https://cases.stretto.com/pottsville. Inquiries may be directed by telephone to 855-469-1264 (for U.S. & Canada calls) and 714-586-5713 (for calls originating outside of the U.S.) or by email to PottsvilleInquiries@stretto.com.

<table>
<tr><td>

Dated: April 30, 2025
Pittsburgh, Pennsylvania

</td><td>

Respectfully submitted:

**RAINES FELDMAN LITTRELL, LLP**

By: /s/ Daniel R. Schimizzi
Daniel R. Schimizzi (PA ID No. 311869)
Mark A. Lindsay (PA ID No. 89487)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6474
Email: mlindsay@raineslaw.com
dschimizzi@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com
*Local Counsel to the Debtors and Debtors in Possession*

- and -

**BAKER & HOSTETLER LLP**

Elizabeth A. Green, Esq.
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq.
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 540-7920
Facsimile: (407) 841-0168
*Counsel for the Debtors and Debtors in Possession*

</td></tr>
</table>