**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/5/25 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| **In Re:**<br><br>**POTTSVILLE OPERATIONS, LLC, *et al.*,[1]**<br><br>**Debtors.** | **Case No.: 24-70418-JAD**<br><br>**Chapter 11**<br>***Jointly Administered***<br><br>**Doc. No.:** 1066 |
| **CLAIM WATCHER, LLC., AND POTTSVILLE OPERATIONS, LLC, *et al.*,**<br><br>**Movants,**<br><br>**-vs-**<br><br>**NO RESPONDENTS.** | **Related to Document No.: 417**<br><br>**Hearing Date:**<br><br>**Hearing Time:**<br><br>**Response Deadline:** |

**STIPULATION AND CONSENT ORDER RESOLVING MOTION TO (I) COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND (II) COMPEL PAYMENT OF ADMINISTRATIVE CLAIM**

Pottsville Operations, LLC, et. al. (the "Debtors"), and Claim Watcher, LLC ("Claim Watcher") (collectively, the "Parties"), by and through their undersigned counsel, file this *Stipulation and Consent Order* (the "Stipulation") resolving the *Motion to (I) Compel Assumption*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

*or Rejection of Executory Contract and (II) Compel Payment of Administrative Claim* [Doc. No. 417] (the "Motion"), and in support hereof, aver as follows.

**RECITALS**

WHEREAS, the Debtors commenced the above-captioned jointly administered cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under chapter 11 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court");

WHEREAS, the Debtors are continuing to operate their businesses and manage their assets as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code;

WHEREAS, though no trustee or examiner has been appointed, on December 4, 2024, the U.S. Trustee appointed an Official Committee of Unsecured Creditors [Doc. No. 328];

WHEREAS, on December 17, 2024, Claim Watcher filed its Motion, seeking, among other things: (i) to compel assumption or rejection of that certain Joinder Agreement (the "Executory Contract") by and among Claim Watcher, Debtor Bedrock Care, LLC ("Bedrock"), and UHP Administrators; and (ii) allowance and payment of an asserted administrative expense claim arising thereunder;

WHEREAS, the Debtors have responded to the Claim Watcher Motion [Doc. No. 517];

WHEREAS, prior to the hearing held on April 22, 2025, the Parties reached an agreement to resolve the Motion, which the Parties announced at the hearing held April 22, 2025;

WHEREAS, the Parties enter into this *Stipulation* to memorialize their agreement and obtain approval of the same from this Court.

NOW THEREFORE, in consideration of the foregoing Recitals, each of which the Parties incorporate by reference, and for other good and valuable consideration, the receipt and sufficiency

of which the Parties acknowledge, *and intending to be legally bound hereby*, the Parties stipulate and agree as follows:

1. The Executory Contract shall be deemed REJECTED as of the date when an order approving this Stipulation is entered on the docket of this bankruptcy case.

2. Claim Watcher reserves all rights to assert an administrative expense claim arising under 11 U.S.C. § 503(b) against the Debtors.

3. The Debtors reserve all rights to contest, dispute, or otherwise challenge any administrative claim asserted by Claim Watcher against the Debtors' estates.

4. The Court retains jurisdiction to interpret, implement, and enforce any Order approving this Stipulation.

**STIPULATED AND AGREED TO THIS 1st DAY OF MAY, 2025**

**FOX ROTHSCHILD LLP**
By: */s/ John R. Gotaskie, Jr.*
John R. Gotaskie, Jr., Esquire (No. 81143)
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
Phone (412) 391-1334
jgotaskie@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire (No. 60412)
Matthew A. Skolnick, Esquire (No. 333936)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Phone (215) 299-2000
mmenkowitz@foxrothschild.com
mskolnick@foxrothschild.com
*Counsel for Claim Watcher, LLC*

**RAINES FELDMAN LITTRELL, LLP**
*By: /s/ Daniel R. Schimizzi*
Mark A. Lindsay (PA ID No. 89487)
Daniel R. Schimizzi (PA ID No. 311869)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6462
Email: mlindsay@raineslaw.com
dschimizzi@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com
*Local Counsel to the Debtors and Debtors in Possession*

- and –

**BAKER & HOSTETLER LLP**
Elizabeth A. Green, Esq. FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq. FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 540-7920
*Counsel for the Debtors and Debtors in Possession*

SO ORDERED this 5th Day of May, 2025

jsf

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE