**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, *et al.*,<br><br>Movant,<br><br>-vs-<br><br>NO RESPONDENTS. | Document No. ____<br><br>Related Docket No. 1552<br><br>Hearing Date: October 22, 2025 at 10:00 a.m.<br>Response Date: October 6, 2025 |

**NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT, (II) SCHEDULING A COMBINED HEARING ON THE PLAN AND DISCLOSURE STATEMENT, (III) APPROVING THE SOLICITATION AND VOTING PROCEDURES AND DATES, DEADLINES, AND NOTICES RELATED THERETO, AND (IV) GRANTING RELATED RELIEF**

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.
5358814.v1

1

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than **October 6, 2025**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on **October 22, 2025, at 10:00 a.m.** before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above.

**Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.**

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

5358814.v1

Dated: September 16, 2025

By: /s/ *Thomas D. Maxson*
Thomas D. Maxson (Pa. ID 63207)
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et. al.*

5358814.v1