## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtor, | Case Number 24-70418 JAD<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Related to Dkt. Nos.: 1549, 1550, and 1552 |
| UNITED STATES TRUSTEE,<br><br>Movant,<br><br>v.<br><br>NO RESPONDENT. | |

**MOTION OF THE UNITED STATES TRUSTEE FOR A STAY OF THE DEADLINE TO OBJECT TO THE COMMITTEE'S DISCLOSURE STATEMENT AND PLAN (DKT. NOS. 1549, 1550, AND 1552) IN LIGHT OF LAPSE OF APPROPRIATIONS**

Andrew R. Vara, the United States Trustee for Regions 3 and 9, moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, for a stay of the deadline to object to the approval of the Committee's Disclosure Statement and Plan (Dkt. Nos. 1549, 1550, 1552) currently set for October 6, 2025, in the above-captioned cases.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

1

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the United States Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore, requests a stay of approximately two (2) weeks until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. The United States Trustee attempted to confer with counsel for the committee but was unable to confer regarding this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of the deadline to object to the approval of the Committee's Disclosure Statement and Plan (Dkt. Nos. 1549, 1550, and 1552) currently set for October 6, 2025, in the above-captioned until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | ANDREW R. VARA<br>UNITED STATES TRUSTEE<br>REGIONS 3 & 9 |
| Dated: October 1, 2025 | By: /s/ *William Buchanan*<br>William Buchanan, Trial Attorney<br>PA Bar ID 202843<br>William S. Moorhead Federal Building<br>1000 Liberty Avenue, Suite 1316<br>Pittsburgh, Pennsylvania 15222<br>Telephone: (412) 644-4779<br>Email: william.buchanan@usdoj.gov |