# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>    Debtor,<br>―――――――――――――――――<br>UNITED STATES TRUSTEE,<br><br>    Movant,<br><br>    v.<br><br>NO RESPONDENT. | Case Number 24-70418 JAD<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Dkt. No.<br><br>Related to Dkt. Nos.: 1549, 1550, and 1552 |

**[PROPOSED]**
**ORDER ON THE MOTION OF THE UNITED STATES TRUSTEE**
**FOR A STAY OF THE DEADLINE TO OBJECT TO DISCLOSURE STATEMENT AND**
**PLAN IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Court having reviewed and considered the Motion of the United States Trustee for a Stay of the Deadline to Object to the approval of the Committee's Disclosure Statement and Plan (Dkt. Nos. 1549, 1550, and 1552) currently set for October 6, 2025, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. Any objection by the United States Trustee to the Committee's Disclosure

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

Statement and Plan (Dkt. Nos. 1549, 1550, and 1552) may be filed by October 20, 2025.

BY THE COURT:

_____
Jeffery A. Deller
U.S. Bankruptcy Judge