# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.,* [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | Related to Dkt. No.: 1549, 1550, 1552, and 1590 |
| UNITED STATES TRUSTEE | Hearing Date: October 22, 2025 |
| Movant, | Hearing Time: 10:00 a.m. (ET) |
| -vs- | Response Deadline: October 6, 2025 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al., | |
| Respondent. | |

**RESPONSE TO MOTION OF THE UNITED STATES
TRUSTEE FOR A STAY OF THE DEADLINE TO OBJECT
TO THE COMMITTEE'S DISCLOSURE STATEMENT AND PLAN
(DKT. NOS. 1549, 1550, AND 1552) IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Official Committee of Unsecured Creditors of Pottsville Operations, LLC et al., (the

"Committee") files this response (the "Response") to the *Motion of The United States Trustee for*

*a Stay of the Deadline to Object to the Committee's Disclosure Statement and Plan (Dkt. Nos.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

25137805.v1

*1549, 1550, and 1552) in Light of Lapse of Appropriations* [Docket No. 1590] (the "Motion"). In support of this Response, the Committee respectfully states as follows:

1. On September 30, 2025, counsel for the Committee held a phone call with counsel for the United States Trustee (the "U.S. Trustee") to discuss informal comments and suggestions from the U.S. Trustee regarding the Committee's Plan of Liquidation [Docket No. 1549], Disclosure Statement [Docket No. 1550], and Motion seeking Conditional Approval of the Disclosure Statement [Docket No. 1552] (the "Disclosure Statement Motion"). Counsel for the Committee agreed to address the concerns of the U.S. Trustee regarding each of the above documents.

2. On the morning of October 1, 2025, counsel for the U.S. Trustee reached out to the Committee seeking an extension of the deadline to object to the Disclosure Statement Motion until October 20, 2025.

3. Shortly after the filing of the Motion, counsel for the Committee agreed via e-mail to extend the U.S. Trustee's deadline to object to the Disclosure Statement Motion as requested.

4. The Committee has reviewed the Motion and does not object to an extension of the U.S. Trustee's deadline to object to the Disclosure Statement Motion until October 20, 2025.

5. However, the Committee objects to the Motion to the extent that it seeks a blanket stay of the Disclosure Statement Motion and solicitation process.

6. The Committee requests that all other parties in interest be required to adhere to the previously established deadline of October 6, 2025, to object to the Disclosure Statement Motion.

25137805.v1

## **CONCLUSION**

Based on the foregoing, the Committee respectfully requests (A) that the Court grant only the U.S. Trustee an extension of the deadline to object to the Disclosure Statement Motion; and (B) that all parties in interest are required to adhere to the previously established objection deadline of October 6, 2025.

Dated: October 1, 2025							By: /s/ *Andrew C. Helman*
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

Thomas D. Maxson (Pa. ID 63207)
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

25137805.v1

## CERTIFICATE OF SERVICE

      I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

| | |
|---|---|
| Date: October 1, 2025 | */s/ Andrew C. Helman* |
| | Andrew C. Helman (admitted *pro hac vice*) |
| | Dentons Bingham Greenebaum LLP |
| | One City Center, Suite 11100 |
| | Portland, ME  04101 |
| | Phone: (207) 619-0919 |
| | Email: andrew.helman@dentons.com |

25137805.v1