# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> POTTSVILLE OPERATIONS, LLC, *et al.,* [1] <br><br> Debtors. | Case No.: 24-70418-JAD <br><br> Chapter 11 <br><br> (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al., <br><br> Movant, <br><br> -vs- <br><br> No Respondent. | Related to Docket Nos.: 1549 <br><br> Hearing Date: October 22, 2025 at 10:00 a.m. <br><br> Response Deadline:  October 6, 2025 |

## NOTICE OF FILING OF FIRST
## AMENDED PLAN OF LIQUIDATION SUBMITTED BY
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors of Pottsville Operations, LLC et al., (the "Committee") by and through its undersigned counsel, respectfully represents as follows:

**PLEASE TAKE NOTICE** that on September 15, 2025, the Committee filed the *Plan of Liquidation Submitted by the Official Committee of Unsecured Creditors Under Chapter 11 of the*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

25179018.v1

*Bankruptcy Code* [Docket No. 1549] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that since the filing of the Plan, the Committee received comments from the United States Trustee (the "UST") regarding certain Plan provisions. The Committee has revised the Plan, incorporating the UST's comments.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *First Amended Plan of Liquidation Submitted by the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code*, with a redline reflecting the changes as **Exhibit B**.

Dated: October 20, 2025

By: /s/ *Andrew C. Helman*
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

By: /s/ *Thomas D. Maxson*
Thomas D. Maxson (Pa. ID 63207)
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

## CERTIFICATE OF SERVICE

      I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: October 20, 2025

*/s/ Andrew C. Helman*
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

25179018.v1