# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>POTTSVILLE OPERATIONS, LLC, *et al*,[1]<br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>Jointly Administered |
| FREDERICK L. DOUGLAS, Administrator of the Estate of FREDERIC DOUGLAS, Deceased,<br>Movant,<br>vs.<br>YEADON OPERATIONS, LLC d/b/a YEADON REHABILIATION AND NURSING CENTER; YEADON PROPCO, LLC; BEDROCK CARE, LLC; MAPA OPERATING, LLC; *et al.*<br>Respondents. | Related to:<br><br>Case No. 24-70475 (MAPA Operating, LLC)<br>Case No. 24-70482 (Bedrock Care, LLC)<br>Case No. 24-70427 (Yeadon Operations, LLC)<br>Case No. 24-70428 (Yeadon Propco, LLC)<br>Case No. 24-70474 (Cliveden Operating, LLC) |
| BARBARA ENOCH, Co-Administratrix of the Estate of ALICE J. MARTIN, Deceased, and COLETTE MARTIN-ENOCH, Co-Administratrix of the Estate of ALICE J. MARTIN, Deceased,<br>Movants,<br>vs.<br>CLIVEDEN OPERATING, LLC; BEDROCK CARE, LLC; MAPA OPERATING, LLC; *et al.*<br>Respondents. | Hearing Date: December 16, 2025<br><br>Hearing Time: 10:00 a.m.<br><br>Objection Deadline: December 9, 2025 |

## NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING OMNIBUS MOTION OF FREDERICK L. DOUGLAS, ADMINISTRATOR OF THE ESTATE OF FREDERIC DOUGLAS, DECEASED, BARBARA ENOCH, CO-ADMINISTRATRIX OF THE ESTATE OF ALICE J. MARTIN,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

**AND COLETTE MARTIN-ENOCH, CO-ADMINISTRATRIX OF THE ESTATE OF ALICE J. MARTIN FOR ENTRY OF AN AGREEED UPON ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF**

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than **December 9, 2025** [*seven (7) calendar days before the applicable hearing*], in accordance with the Federal Rule of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief request if the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

A "hybrid" hearing will be held on **December 16, 2025** at **10:00 AM**, before Judge Jeffery A. Deller.  A "hybrid" hearing is one which nay counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").  Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at the date and time stated above.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following

Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at [https://www.pawb.uscourts.gov/content/judge-jeffery-deller](https://www.pawb.uscourts.gov/content/judge-jeffery-deller). Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Date of Service: December 16, 2024.

                                                Respectfully submitted,

                                                **ROSENBAUM & ASSOCIATES, P.C.**

Date: <u>November 14, 2025</u>       By    */s/ Andrei Govorov*
                                                         Andrei Govorov, Esquire
                                                         Pa. I.D.No. 209365
                                                         1818 Market Street, Suite 3200
                                                         Philadelphia, PA 19103
                                                         215-569-0200
                                                         agovorov@rosenbaumfirm.com