## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 24-70418-JAD |
| | : | |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| ARGNT HOLDINGS, LLC, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| POTTSVILLE OPERATIONS, LLC, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## STIPULATION AND CONSENT ORDER

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789. References to the Debtors and Chapter 11 Cases shall refer to the Care Pavilion Debtors and Care Pavilion Cases.

10660171.1

Argnt Holdings, LLC ("**Argnt**"), together with the Care Pavilion Debtors ("**Debtors**") and the Official Committee of Unsecured Creditors ("**Creditors' Committee**"), file this Stipulation and Consent Order ("**Stipulation and Order**"):

WHEREAS, Pottsville Operations, LLC and twenty affiliated debtors, including the Care Pavilion Debtors, filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**") on October 15, 2024, and on November 18, 2024;

WHEREAS, the Debtors' bankruptcy cases are jointly administered under Case No. 24-70418 ("**Bankruptcy Case**") in the United States Bankruptcy Court for the Western District of Pennsylvania ("**Bankruptcy Court**");

WHEREAS, on December 10, 2024, the Care Pavilion Debtors filed a *Motion for Entry of an Order (A) Approving Sale of Substantially All of the Debtors' Assets, Other Than Accounts, Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, Other Than Accounts, Free and Clear of all Liens, Claims, Encumbrances, and Interests, (C) Approving Stalking Horse Bid Protection, (D) Scheduling Auction for and Hearing to Approval Sale of Substantially all of the Debtors' Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment of Executory Contracts, (G) Authorizing Assumption and Assignment Procedures, and (H) Granting Related Relief* ("**Sale Motion**") [ECF No. 357];

WHEREAS, on April 3, 2025, the Bankruptcy Court approved the Sale Motion by entering an *Order (A) Approving Sale of Substantially All the Care Pavilion Debtors' Assets, Other Than Accounts, Free and Clear of All Liens, Claims, Encumbrances, and Interests,*

TADMS:21060925-1:041925-203636
10660171.1

*(B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* ("**Sale Order**") [ECF No. 906], pursuant to which substantially all of the Care Pavilion Debtors' assets were sold to the Buyers, as defined in the Sale Order;

WHEREAS, all parties cooperated in the sale ("**Sale**") of the Care Pavilion Debtors' assets, and a closing of the Sale occurred in accordance with the Sale Order on June 1, 2025;

WHEREAS, the Care Pavilion Debtors are no longer operating, and the only remaining asset of the Care Pavilion Debtors available to Argnt is pre-sale accounts receivable which the Debtors continue to collect;

WHEREAS, pursuant to the *Final DIP Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors' Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* ("**DIP Order**") [ECF No. 438], Argnt, as DIP Lender, holds a superpriority lien on the Care Pavilion Debtors' remaining accounts receivable and was granted an allowed superpriority administrative expense claim against the Care Pavilion Debtors;

WHEREAS, the parties hereto agree that the amount of Argnt's superpriority lien claim against the Debtors' accounts receivable greatly exceeds the value of the accounts receivable, that Argnt's interests in the accounts receivable are not being adequately protected, and that Argnt is entitled to relief from the automatic stay so that Argnt can enforce its lien rights and collect the accounts receivable and that those accounts receivable will no

3

longer  be burdened and impaired by the expenses of the administration of the Care Pavilion Debtors' bankruptcy estates;

WHEREAS, Argnt filed its *Motion to Dismiss Care Pavilion Cases* [ECF No. 1609] (the "Motion to Dismiss");

WHEREAS, Argnt agrees it will not oppose conversion of the Care Pavilion Cases to Chapter 7 or dismissal of the Care Pavilion Cases and will withdraw the Motion to Dismiss;

AND NOW, based upon the foregoing, with Argnt, the Care Pavilion Debtors, and the Committee, intending to be legally bound, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1.      Argnt shall be and hereby is granted relief from the automatic stay to collect the Care Pavilion Debtors' receivables. Any amounts collected in excess of Argnt's claim under the DIP Order shall be remitted to the Care Pavillion Debtors' estates.

2.      The Care Pavilion Debtors shall reasonably cooperate with Argnt in the collection of accounts receivable pursuant to the terms of this Stipulation and Order

3.      The relief granted by this Stipulation and Order is effective immediately.

4.      This Court shall retain jurisdiction over this matter to enforce the terms of this Stipulation and Order.

5.      Argnt's Motion to Dismiss is withdrawn without prejudice.

BY THE COURT:

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

TADMS:21060925-1:041925-203636
10660171.1

STIPULATED AND AGREED TO THIS 18th DAY OF NOVEMBER 2025:

RAINES FELDMAN LITTRELL, LLP

By: */s/Daniel R. Schimizzi*
Mark A. Lindsay (PA ID No. 89487)
Daniel R. Schimizzi (PA ID No. 311869)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6462
Email: mlindsay@raineslaw.com
dschimizzi@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com

*Local Counsel to the Debtors and Debtors in Possession*

- and -

BAKER & HOSTETLER LLP
Elizabeth A. Green (FL ID No. 0600547)
Andrew V. Layden (FL ID No. 86070)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: 407-540-7920
Email: egreen@bakerlaw.com
Email: alayden@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*

TUCKER ARENSBERG, P.C.

By: */s/Michael A. Shiner*
Michael A. Shiner (PA ID No. 78088)
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: 412-566-1212
Email: mshiner@tuckerlaw.com

*Counsel for Argnt Holdings, LLC*

DENTONS BINGHAM GREENEBAUM, LLP

By: */s/Thomas Maxon*
David K. Boydstun, Jr
101 South Fifth Street, Ste 3500
Louisville, KY 40202
Telephone: 502-587-3619
Email: david.boydstun@dentons.com

Andrew C. Helman
Kyle D Smith
1 City Center
Suite 11100
Portland, ME 04101
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com
Telephone: 207-553-8368
207-619-0919
Email: andrew.helman@dentons.com

- and -

DENTONS US, LLP
Lauren M. Macksoud
1221 Avenue of the Americas
Ste 25th Floor

5

New York, NY 10020-1089
Telephone: 212-768-5347
Email: lauren.macksoud@dentons.com

- and -

DENTONS COHEN & GRIGSBY, P.C.
Thomas D. Maxson
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Telephone: 412-297-4706
Email: thomas.maxson@dentons.com

*Counsel for Official Committee of Unsecured Creditors*

TADMS:21060925-1:041925-203636
10660171.1