# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Case No.: 24-70418-JAD** |
| **POTTSVILLE OPERATIONS, LLC, *et al.*,**[1] | **Chapter 11** |
| Debtors. | *Jointly Administered* |
| | **Doc. No.:** |
| **POTTSVILLE OPERATIONS, LLC, *et al.*,** | **Related to Document No.: 1730** |
| Movant, | **Hearing Date:** |
| -vs- | **Hearing Time:** |
| **NO RESPONDENTS.** | **Response Deadline: 4:00 PM (EST) on December 9, 2025** |

## NOTICE OF MONTHLY FEE STATEMENT OF RAINES FELDMAN LITTRELL, LLP, FOR THE PERIOD FROM OCTOBER 1, 2025, THROUGH OCTOBER 31, 2025

**PLEASE TAKE NOTICE** that, on November 25, 2025, Raines Feldman Littrell, LLP (the "Applicant"), filed the attached *Monthly Fee Statement of Raines Feldman Littrell, LLP, for the Period From October 1, 2025 through October 31, 2025* [Doc. No. 1730 ] (the "Statement"), with the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Doc. No. 350] (the "Interim Compensation Order"), filed with the Clerk of the Bankruptcy Court, and served upon: (i) restructuring advisor to the Debtors, SOLIC Capital Advisors, LLC, 150 North Wacker Drive, Suite 3000, Chicago, IL 60606, Attn: Neil Luria (nluria@solic.com); (ii) counsel to the Debtors, Baker & Hostetler LLP, 200 South Orange Avenue, Orlando FL 3280, Attn: Elizabeth A. Green (egreen@bakerlaw.com) and Andrew V. Layden (alayden@bakerlaw.com); (iii) local counsel to the Debtors, Raines Feldman Littrell, LLP, 11 Stanwix St., Suite 1100, Pittsburgh, PA 15222, Attn: Daniel R. Schimizzi (dschimizzi@raineslaw.com) and Sarah E. Wenrich (swenrich@raineslaw.com); (iv) counsel to the official committee of unsecured creditors, Dentons Bingham Greenebaum LLP, One City Center, Suite 11100 Portland, ME 04101, Attn: Andrew C. Helman (andrew.helman@dentons.com) and Thomas D. Maxson (thomas.maxson@dentons.com); (v) counsel for the Eden Senior Care, LLC, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231, Attn: Elizabeth Boydston (lboydston@gutnicki.com) and Max Schlan (mschlan@gutnicki.com), and Campbell & Levine, 310 Grant Street, Suite 1700, Pittsburgh, PA 15219, Attn: Jeanne Lofgren (jlofgren@camlev.com); (vi) counsel for Oxford Finance, LLC, Updike, Kelly & Spellacy, P.C., Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT, 06103, Attn: Kevin J. McEleney (kmceleney@uks.com) and Olivia L. Benson (obenson@uks.com), and Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); (vii) counsel for Argnt Holdings, LLC, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); and (viii) the Office of the United States Trustee for the Western District of Pennsylvania, Federal Building, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222, Attn: William M. Buchanan (William.buchanan@usdoj.gov) (collectively, the "Notice Parties"), on or before **4:00 PM (EST) on December 9, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Statement are filed, served, and received prior to the Objection Deadline, the Applicant may file a certification of no objection with the Bankruptcy Court, after which the Debtors shall be authorized by the Interim Compensation Order to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in the Statement without the need for further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Statement is filed, served, and received prior to the Objection Deadline, the applicable Debtors shall be authorized by the Interim Compensation Order to pay the Applicant 80% of the fees and 100% of the expenses requested in the Statement not subject to such objection without the need for further order of the Bankruptcy Court.

[*The remainder of this page is left intentionally blank*.]

Dated: November 25, 2025

Respectfully submitted:

**RAINES FELDMAN LITTRELL, LLP**

By: /s/ Daniel R. Schimizzi
Daniel R. Schimizzi (PA ID No. 311869)
Mark A. Lindsay (PA ID No. 89487)
Jordan N. Kelly (PA ID No. 328896)
Sarah E. Wenrich (PA ID No. 325834)
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Telephone: 412-899-6474
Email: mlindsay@raineslaw.com
dschimizzi@raineslaw.com
jkelly@raineslaw.com
swenrich@raineslaw.com

*Local Counsel to the Debtors*

- and -

**BAKER & HOSTETLER LLP**

Elizabeth A. Green, Esq. (*pro hac vice*)
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq. (*pro hac vice*)
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 649-4036
Facsimile: (407) 841-0168

*Counsel for the Debtors*