# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al. | Related to Document No.: 1736 |
| | Hearing Date: December 16, 2025 |
| Movant, | Hearing Time: 10:00 a.m. (prevailing Eastern Time) |
| -vs- | |
| No Respondent. | Response Deadline: December 9, 2025 |

## NOTICE OF
## HYBRID HEARING WITH RESPONSE
## DEADLINE REGARDING THIRD INTERIM APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS IN RELATION TO THE POTTSVILLE
## DEBTORS FOR THE PERIOD FROM MAY 1, 2025, THROUGH JULY 31, 2025

**To all Creditors and Parties in Interest:**

**PLEASE TAKE NOTICE** that, on November 25, 2025, FTI Consulting, Inc. ("FTI") in its capacity as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Pottsville Operations, LLC., *et al.* (collectively, the "Debtors"), filed its third interim fee application [Dkt. No. 1736] (the "Application") seeking an order authorizing payment

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

of compensation to FTI Consulting Inc., on an interim basis for professional services rendered and expenses incurred during the period beginning on May 1, 2025, and ending on July 31, 2025 (the "Compensation Period").

**PLEASE TAKE FURTHER NOTICE** that a "hybrid" hearing, if required, on the Application will commence on **December 16, 2025, at 10:00 a.m. (EST)** before Judge Jeffery A. Deller. Judge Deller will preside in person at the hearing at Courtroom D, U.S. Steel Building, 600 Grant St., 54th Fl., Pittsburgh, PA 15219. To facilitate access to the hearing, parties in interest will have the courtesy of being able to participate remotely via Zoom Video Conference Application.

**PLEASE TAKE FURTHER NOTICE** that effective for hearings on or after September 15, 2025, any parties who wish to participate virtually in the Combined Hearing may do so via Zoom. All parties participating remotely must register by submitting a registration form via the link published on Judge Deller's website (https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing, at which time the registration portal will close. The Zoom registration form is unique to each hearing date, and participants must register using the link that corresponds to the correct hearing date and include the following information:

- The participant's name, email address, and telephone number;
- The name of the party or parties whom the participant represents;
- Any other required information.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Applications must be made in accordance with the Amended *Order (I) Approving Procedures For (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expenses Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 350] (the "Compensation Procedures"), filed with the Clerk of the Bankruptcy Court, and served upon: (i) restructuring advisor to the Debtors, SOLIC Capital Advisors, LLC, 425 West New England Avenue, Suite 300, Winter Park, FL, 32789 Attn: Neil Luria (nluria@soliccapital.com); (ii) counsel to the Debtors, Baker & Hostetler LLP, 200 South Orange Avenue, Orlando FL 3280, Attn: Elizabeth A. Green (egreen@bakerlaw.com) and Andrew V. Layden (alayden@bakerlaw.com); (iii) local counsel to the Debtors, Raines Feldman Littrell, LLP, 11 Stanwix St., Suite 1100, Pittsburgh, PA 15222, Attn: Daniel R. Schimizzi (dschimizzi@raineslaw.com) and Sarah E. Wenrich (swenrich@raineslaw.com); (iv) proposed counsel to the official committee of unsecured creditors, Dentons Bingham Greenebaum LLP, One City Center, Suite 11100 Portland, ME 04101, Attn: Andrew C. Helman (andrew.helman@dentons.com), and Thomas D. Maxson (thomas.maxson@dentons.com); (v) counsel for the Eden Senior Care, LLC, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231, Attn: Elizabeth Boydston (lboydston@gutnicki.com) and Max Schlan (mschlan@gutnicki.com), and Campbell & Levine, 310 Grant Street, Suite 1700, Pittsburgh, PA 15219, Attn: Jeanne Lofgren (jlofgren@camlev.com); (vi) counsel for Oxford Finance, LLC, Updike, Kelly & Spellacy, P.C., Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT, 06103, Attn: Kevin J. McEleney (kmceleney@uks.com) and Olivia L. Benson (obenson@uks.com), and Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222,

Attn: Michael A. Shiner (mshiner@tuckerlaw.com); (vii) counsel for Argnt Holdings, LLC, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); and (viii) the Office of the United States Trustee for the Western District of Pennsylvania, Federal Building, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222, Attn: Kate M. Bradley (kate.m.bradley@usdoj.gov), William M. Buchanan (William.buchanan@usdoj.gov), and Jodi L. Hause (jodi.hause@usdoj.gov). (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the Notice Parties, so as to actually be received by or before **4:00 p.m. (EST) on December 9, 2025**.

Dated: November 25, 2025     FTI CONSULTING, INC.


By: */s/ Clifford Zucker*
Clifford Zucker
Senior Managing Director

*Financial Advisor to the Official Committee of Unsecured Creditors*


Dated: November 25, 2025     By: */s/ Thomas D. Maxson*

Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

Thomas D. Maxson (PA ID 63207)
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)

25266464.v1

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors
of Pottsville Operations, LLC, et al.*

25266464.v1