# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al. | Related to Document No.: 1740 |
| | Hearing Date: December 17, 2025 |
| Movant, | Hearing Time: 10:00 a.m. (prevailing Eastern Time) |
| -vs- | |
| No Respondent. | Response Deadline: December 10, 2025 |

## NOTICE OF ZOOM HEARING AND
## OBJECTION DEADLINE ON THIRD INTERIM APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
## DENTONS AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD OF JUNE 1, 2025, THROUGH OCTOBER 31, 2025

**To all Creditors and Parties in Interest:**

**PLEASE TAKE NOTICE** that Dentons,[2] in its capacity as counsel to the Official Committee of Unsecured Creditors (the "Committee") of Pottsville Operations, LLC., *et al.* (collectively, the "Debtors"), hereby submits this third interim fee application (the "Application")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

[2] The term "Dentons" includes attorneys from Dentons US LLP ("DUS"), Dentons Cohen & Grigsby P.C. ("DCG"), and Dentons Bingham Greenebaum LLP ("DBG," and together with DCG and DUS, "Dentons"), all of which are members of the Dentons Group, a Swiss verein.

25268433.v1

seeking an order authorizing payment of compensation to Dentons, on an interim basis, for professional services rendered and expenses incurred during the period beginning on June 1, 2025, and ending on October 31, 2025 (the "Compensation Period").  For the Compensation Period, Dentons has requested fees in the amount of **$271,557.00** and expenses in the amount of **$179.00** for the Compensation Period.

**PLEASE TAKE FURTHER NOTICE** that a Zoom Only hearing, if required, on the Application will commence on **December 17, 2025, at 10:00 a.m.** before Judge Jeffery A. Deller. Effective for hearings on or after September 15, 2025, any parties who wish to participate virtually in the Hearing may do so via Zoom. All parties participating by Zoom must register by submitting a registration form via the link published on Judge Deller's website (https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing, at which time the registration portal will close. The Zoom registration form is unique to each hearing date, and participants must register using the link that corresponds to the correct hearing date and include the following information:

- The participant's name, email address, and telephone number;
- The name of the party or parties whom the participant represents;
- Any other required information.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **4:00 p.m. (ET) on December 10, 2025**. Objections shall specify to which portion of the Application the objection relates and be served so as to be received on or before such date by: (i) restructuring advisor to the Debtors, SOLIC Capital Advisors, LLC, 425 West New England Avenue, Suite 300, Winter Park, FL, 32789 Attn: Neil Luria (nluria@soliccapital.com); (ii) counsel to the Debtors, Baker & Hostetler LLP, 200 South Orange Avenue, Orlando FL 3280, Attn: Elizabeth A. Green (egreen@bakerlaw.com) and Andrew V. Layden (alayden@bakerlaw.com); (iii) local counsel to the Debtors, Raines Feldman Littrell, LLP, 11 Stanwix St., Suite 1100, Pittsburgh, PA 15222, Attn: Daniel R. Schimizzi (dschimizzi@raineslaw.com) and Sarah E. Wenrich (swenrich@raineslaw.com); (iv) counsel to the official committee of unsecured creditors, Dentons Bingham Greenebaum LLP, One City Center, Suite 11100 Portland, ME 04101, Attn: Andrew C. Helman (andrew.helman@dentons.com), and Thomas D. Maxson (thomas.maxson@dentons.com); (v) counsel for the Eden Senior Care, LLC, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231, Attn: Elizabeth Boydston (lboydston@gutnicki.com) and Max Schlan (mschlan@gutnicki.com), and Campbell & Levine, 310 Grant Street, Suite 1700, Pittsburgh, PA 15219, Attn: Jeanne Lofgren (jlofgren@camlev.com); (vi) counsel for Oxford Finance, LLC, Updike, Kelly & Spellacy, P.C., Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT, 06103, Attn: Kevin J. McEleney (kmceleney@uks.com) and Olivia L. Benson (obenson@uks.com), and Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); (vii) counsel for Argnt Holdings, LLC, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); and (viii) the Office of the United

States Trustee for the Western District of Pennsylvania, Federal Building, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222, Attn: William M. Buchanan (William.buchanan@usdoj.gov).

Dated: November 26, 2025    */s/ Thomas D. Maxson*
Thomas Maxson (PA ID 63207)
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

      and

Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

      and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al.*

25268433.v1