## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al. | Related to Document No.: |
| | Hearing Date: |
| Movant, | Hearing Time: (prevailing Eastern Time) |
| -vs- | Response Deadline: 4:00 P.M. EST December 23, 2025 |
| No Respondent. | |

**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS IN RELATION TO THE POTTSVILLE DEBTORS
<u>FOR THE PERIOD OF OCTOBER 1, 2025, THROUGH OCTOBER 31, 2025</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Petition Date: | October 15, 2024 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "<u>Pottsville Debtors</u>" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "<u>Pottsville Cases</u>") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "<u>Care Pavilion Debtors</u>" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "<u>Care Pavilion Cases</u>"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

| | |
|---|---|
| Date of Retention: | January 13, 2025, effective as of October 29, 2024, *see* Docket No. 540 |
| This is a: | Monthly Fee Statement |
| Period for which compensation and reimbursement are sought: | October 1, 2025, through October 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $11,229.20 (80% of $14,036.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $5,724.60 |
| Blended hourly rate for this application: | $758.73 |

## SUMMARY OF PRIOR MONTHLY FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | REQUESTED | | UNOPPOSED | | PAID | | HOLDBACK FEES |
|---|---|---|---|---|---|---|---|---|
| | | FEES | EXPENSES | FEES | EXPENSES | FEES | EXPENSES | |
| 1/22/25 | 10/29/24 – 11/30/24 | $104,391.50 | $0.00 | $104,391.50 | $0.00 | $104,391.50 | $0.00 | N/A |
| 1/22/25 | 12/1/24 – 12/31/24 | $106,775.00 | $13.82 | $106,775.00 | $13.82 | $106,775.00 | $13.82 | N/A |
| 2/25/25 | 1/1/25 – 1/31/25 | $68,359.50 | $514.45 | $68,359.50 | $514.45 | $68,359.50 | $514.45 | N/A |
| 3/31/25 | 2/1/25 – 2/28/25 | $46,596.50 | $0.00 | $46,596.50 | $0.00 | $46,596.50 | $0.00 | N/A |
| 5/5/25 | 3/1/25 – 3/31/25 | $151,218.00 | $48.30 | $151,218.00 | $48.30 | $151,218.00 | $48.30 | N/A |
| 5/23/25 | 4/1/25 – 4/30/25 | $80,575.00 | $2.15 | $80,575.00 | $2.15 | $80,575.00 | $2.15 | N/A |
| 7/7/25 | 5/1/25 – 5/31/25 | $74,859.60 | $284.00 | $74,859.60 | $284.00 | $59,887.60 | $284.00 | $14,971.90 |
| 7/24/25 | 6/1/25 – 6/30/25 | $88,065.00 | $50.00 | $88,065.00 | $50.00 | $70,452.00 | $50.00 | $17,613.00 |
| 8/27/25 | 7/1/25 – 7/31/25 | $36,906.00 | $0.00 | $36,906.00 | $0.00 | $29,524.80 | $0.00 | $7,381.20 |
| 12/2/25 | 8/1/25 – 8/31/25 | $29,537.50 | $584.50 | N/A | N/A | N/A | N/A | N/A |
| 12/2/25 | 9/1/25 – 9/30/25 | $27,516.50 | $18,027.50 | N/A | N/A | N/A | N/A | N/A |
| | Totals: | $814,800.10 | $19,524.72 | $757,746.10 | $912.72 | $717,779.90 | $912.72 | $39,966.10 |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | ORDER ENTERED | REQUESTED | | ALLOWED | | PAID | |
|---|---|---|---|---|---|---|---|---|
| | | | FEES | EXPENSES | FEES | EXPENSES | FEES | EXPENSES |
| 2/28/25 | 10/29/24 – 1/31/25 | 3/21/25 | $279,526.00 | $528.27 | $279,526.00 | $528.27 | $279,526.00 | $528.27 |
| 6/5/25 | 2/1/25 – 4/30/25 | 6/27/25 | $278,389.50 | $50.45 | $278,389.50 | $50.45 | $278,389.50 | $50.45 |
| 11/25/26 | 5/1/25 – 7/31/25 | N/A | $199,830.50 | $334.00 | N/A | N/A | N/A | N/A |
| | Totals: | | $757,746.00 | $912.72 | $557,915.50 | $578.72 | $557,915.50 | $578.72 |

3

Pursuant to sections 330 and 331 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 350] (the "Interim Compensation Order"), FTI Consulting, Inc. ("FTI"), financial advisor to the Official Committee of Unsecured Creditors, hereby files this monthly fee statement relating to compensation for professional services rendered to the Official Committee of Unsecured Creditors in relation to the Pottsville Debtors and for reimbursement of actual and necessary expenses incurred in connection therewith for the period commencing October 1, 2025, through and including October 31, 2025 (the "Fee Period"), and requests authorization, in accordance with the Interim Compensation Order, to be paid by the Pottsville Debtors in the aggregate amount of $16,953.80, representing 80% of the total amount of fees and 100% of expenses incurred during the Fee Period.

In support of the Monthly Fee Statement, FTI submits the following exhibits:

- **Exhibit A**. A schedule of FTI professionals who performed services, including their title, respective billing rates, and total number of hours worked during the Fee Period.

- **Exhibit B**. A schedule of the number of hours expended and fees incurred during the Fee Period with respect to each of the project categories established by FTI in accordance with its internal billing procedures.

- **Exhibit C**. FTI's detailed time records for the Fee Period and a daily breakdown of the time spent by each professional on each day by project category.

- **Exhibit D**. FTI's detailed expenses for the Fee Period which provides a breakdown of expenses by professional.

Dated: December 9, 2025

FTI CONSULTING, INC.

By: /s/ Clifford Zucker
Clifford Zucker
Senior Managing Director

*Financial Advisor to the Official Committee of Unsecured Creditors*

Dated: December 9, 2025

/s/ Andrew C. Helman
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

Thomas Maxson
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
Ste. 25th Floor
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al*