IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:**<br><br>**POTTSVILLE OPERATIONS, LLC,** *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>*Jointly Administered* |
| **POTTSVILLE OPERATIONS, LLC,** *et al.*,<br><br>Movants,<br><br>-vs-<br><br>NO RESPONDENTS,<br><br>Respondents. | Doc. No.:<br><br>Related to Document No.: 1730 and 1731<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Response Deadline: 4:00 p.m. (EST) on December 9, 2025 |

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF RAINES FELDMAN LITTRELL LLP FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

I, Daniel R. Schimizzi, Esquire, certify as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

10672993.1

1.  I am an attorney with the law firm of Raines Feldman Littrell, LLP and serve as local counsel to the Pottsville Debtors in the Pottsville Cases and to the Care Pavilion Debtors in the Care Pavilion Cases.

2.  As of the date hereof, no answer, objection or other responsive pleading to the *Monthly Fee Statement of Raines Feldman Littrell, LLP, for the Period from October 1, 2025 through October 31, 2025* [Doc. No. 1730] (the "Application"). The Application was filed with the Court on the date listed on **Exhibit A**.

3.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than 4:00 PM (EST) on December 9, 2025. *See* Doc. No. 1731.

4.  Pursuant to the *Amended Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Doc. No. 350] (the "Interim Compensation Order") entered on December 9, 2024, the Pottsville Debtors and Care Pavilion Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

[*signature page to follow*]

10672993.1

| | |
|---|---|
| Dated: December 10, 2025<br>Pittsburgh, Pennsylvania | Respectfully submitted:<br><br>**RAINES FELDMAN LITTRELL, LLP**<br><br>By: */s/ Daniel R. Schimizzi*<br>Daniel R. Schimizzi (PA ID No. 311869)<br>Mark A. Lindsay (PA ID No. 89487)<br>Jordan N. Kelly (PA ID No. 328896)<br>Sarah E. Wenrich (PA ID No. 325834)<br>11 Stanwix Street, Suite 1100<br>Pittsburgh, PA 15222<br>Telephone: 412-899-6474<br>Email: mlindsay@raineslaw.com<br>dschimizzi@raineslaw.com<br>jkelly@raineslaw.com<br>swenrich@raineslaw.com<br><br>*Local Counsel to the Debtors and Debtors in Possession*<br><br>- and –<br><br>**BAKER & HOSTETLER LLP**<br><br>Elizabeth A. Green, Esq.<br>FL Bar No.: 0600547<br>Email: egreen@bakerlaw.com<br>Andrew V. Layden, Esq.<br>FL Bar No.: 86070<br>E-mail: alayden@bakerlaw.com<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida 32801-3432<br>Telephone: (407) 540-7920<br>Facsimile: (407) 841-0168<br><br>*Counsel for the Debtors and Debtors in Possession* |

10672993.1

## **EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| **Applicant & Docket No.** | **Time Period Covered** | **Fees & Expenses Requested in Application** | **Fees & Expenses Allowed/Awarded** | **Date Application Filed** | **Objection Deadline** |
|---|---|---|---|---|---|
| Raines Feldman Littrell LLP [Doc No. 1730] | 10/01/2025 – 10/31/2025 | $13,848.00 (Fees) $0 (Expenses) | $11,078.40 (80% of Fees) $0 (100% of Expenses) | 11/25/2025 | 12/09/2025 |

10672993.1