# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> POTTSVILLE OPERATIONS, LLC, *et al.*,[1] <br><br> Debtors. | Case No.: 24-70418-JAD <br><br> Chapter 11 <br><br> (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al. <br><br> Movant, <br><br> -vs- <br><br> No Respondent. | Related to Document Nos.: 1734, 1736 <br><br> Hearing Date: December 16, 2025 <br><br> Hearing Time: 10:00 a.m. (prevailing Eastern Time) <br><br> Response Deadline: 4:00 P.M. EST December 9, 2025 |

## CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM APPLICATIONS FOR COMPENSATION OF FTI CONSULTING, INC. FOR THE PERIOD OF MAY 1, 2025, THROUGH JULY 31, 2025

I, Andrew C. Helman, certify as follows:

1. I am an attorney with the law firm of Dentons Bingham Greenebaum ("DBG"), (together with Dentons US, LLP ("DUS") and Dentons Cohen & Grigsby P.C. ("DCG"), "Dentons") counsel to the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

2. As of the date hereof, there has been no answer, objection or other responsive pleading to the *Third Interim Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors in Relation to the Pottsville Debtors for the Period from May 1, 2025, Through and Including July 31, 2025* [Docket No. 1736] or the *Third Interim Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors in Relation to the Care Pavilion Debtors for the Period from May 1, 2025, Through and Including July 31, 2025* [Docket No. 1734] (the "Applications"). The Applications were filed with the Court on November 25, 2025.

3. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleadings to the Applications appear thereon. Objections were to be filed and served no later than 4:00 P.M. (EST) on December 9, 2025.

4. The undersigned respectfully requests that the Court enter the respective Orders authorizing the Debtors to pay FTI on an interim basis the total amount of fees requested in the Applications, including the twenty percent (20%) hold back amounts from prior fee statements in the aggregate amount of $199,830.50 in relation to the Pottsville Debtors and $184,047.50 in relation to the Care Pavilion Debtors as set forth in the Applications.

[*the remainder of this page is intentionally left blank*]

24834945.v1

Dated: December 10, 2025

/s/ *Andrew C. Helman*
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

       and

Thomas Maxson
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

       and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al.*

24834945.v1