# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 24-70418 (JAD) |
| POTTSVILLE OPERATIONS, LLC, *et al.,* [1] | Chapter 11 |
| Debtors. | *Jointly Administered* |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Pauline Aragon, certify under penalty of perjury that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On or before December 9, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**, and on one (1) confidential party not included herein:

- **Notice of Combined Hearing on Confirmation of the Plan and the Disclosure Statement as Containing Adequate Information** (Docket No. 1715)

Furthermore, on December 9, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on one (1) confidential party not included herein:

- **Notice of Combined Hearing on Confirmation of the Plan and the Disclosure Statement as Containing Adequate Information** (Docket No. 1712)

Dated: December 15, 2025

*/s/ Pauline Aragon*
Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: PottsvilleInquiries@stretto.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296);Yeadon Propco, LLC (5785), Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); and York Operating (2571). The Debtors' mailing address is 425 West New England Avenue Suite 300 Winter Park, Florida 32789.

# **Exhibit A**

## Exhibit A
Served via First-Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| HIGHVIEW NATIONAL INSURANCE COMPANY | PO BOX 767 | MONSEY | NY | 10952-0767 |
| SINAI LABS | 6700 VALJEAN AVE | VAN NUYS | CA | 91406-5818 |

STRETTO

In re: Pottsville Operations, LLC, et al.
Case No. 24-70418 (JAD)

Page 1 of 1