**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al.<br><br>Movant,<br><br>-vs-<br><br>No Respondent. | Related to Document Nos.: 1795 & 1796<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Response Deadline: 4:00 P.M. EST December 31, 2025 |

**NOTICE OF MONTHLY FEE**
**STATEMENT OF DENTONS, FOR**
**THE PERIODS OF JULY 1, 2025, THROUGH**
**JULY 31, 2025, AND SEPTEMBER 1, 2025, THROUGH SEPTEMBER 30, 2025**

**PLEASE TAKE NOTICE** that, on December 17, 2025, Dentons, filed its *Monthly Fee Statement of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of July 1, 2025, Through July 31, 2025* [Docket No. 1795] and its *Monthly Fee Statement of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of September*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

25305021.v1

*1, 2025, Through September 30, 2025* [Docket No. 1796] (the "Monthly Fee Statements"), with the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Statements must be made in accordance with the Amended *Order (I) Approving Procedures For (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expenses Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 350] (the "Compensation Procedures"), filed with the Clerk of the Bankruptcy Court, and served upon: (i) restructuring advisor to the Debtors, SOLIC Capital Advisors, LLC, 425 West New England Avenue, Suite 300, Winter Park, FL, 32789 Attn: Neil Luria; (ii) counsel to the Debtors, Baker & Hostetler LLP, 200 South Orange Avenue, Orlando FL 3280, Attn: Elizabeth A. Green (egreen@bakerlaw.com) and Andrew V. Layden (alayden@bakerlaw.com); (iii) local counsel to the Debtors, Raines Feldman Littrell, LLP, 11 Stanwix St., Suite 1100, Pittsburgh, PA 15222, Attn: Daniel R. Schimizzi (dschimizzi@raineslaw.com) and Sarah E. Wenrich (swenrich@raineslaw.com); (iv) proposed counsel to the official committee of unsecured creditors, Dentons Bingham Greenebaum LLP, One City Center, Suite 11100 Portland, ME 04101, Attn: Andrew C. Helman (andrew.helman@dentons.com), and Thomas D. Maxson (thomas.maxson@dentons.com); (v) counsel for the Eden Senior Care, LLC, Gutnicki, LLP, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231, Attn: Elizabeth Boydston (lboydston@gutnicki.com) and Max Schlan (mschlan@gutnicki.com), and Campbell & Levine, 310 Grant Street, Suite 1700, Pittsburgh, PA 15219, Attn: Jeanne Lofgren (jlofgren@camlev.com); (vi) counsel for Oxford Finance, LLC, Updike, Kelly & Spellacy, P.C., Goodwin Square, 225 Asylum Street, 20th Floor,

25305021.v1

Hartford, CT, 06103, Attn: Kevin J. McEleney (kmceleney@uks.com) and Olivia L. Benson (obenson@uks.com), and Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); (vii) counsel for Argnt Holdings, LLC, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, Attn: Michael A. Shiner (mshiner@tuckerlaw.com); and (viii) the Office of the United States Trustee for the Western District of Pennsylvania, Federal Building, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222, Attn: Kate M. Bradley (kate.m.bradley@usdoj.gov), William M. Buchanan (William.buchanan@usdoj.gov), and Jodi L. Hause (jodi.hause@usdoj.gov). (collectively, the "Notice Parties"), on or before **4:00 PM (EST) on December 31, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, if no objection to the Monthly Fee Statements are filed, served and received prior to the Objection Deadline, Dentons may file a certification of no objection with the Bankruptcy Court, after which the Debtors shall be authorized by the Compensation Procedures to pay Dentons an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Statements without the need for further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is filed, served, and received prior to the Objection Deadline, the applicable Debtors shall be authorized by the Compensation Procedures to pay Dentons 80% of the fees and 100% of the expenses requested in the Monthly Fee Statements not subject to such objection without the need for further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases may be reviewed, free of charge, on the website created by Stretto, Inc., the Claims and Noticing

25305021.v1

Agent for these Chapter 11 Cases, at http://cases.stretto.com/Pottsville. Inquiries may be directed by telephone to 855-469-1264 (for U.S. & Canada calls) and 714-586-5713 (for calls originating outside of the U.S. or by email to PottsvilleInquiries@stretto.com.

| | |
|---|---|
| Dated: December 17, 2025 | <u>/s/ Andrew C. Helman</u><br>Andrew C. Helman (admitted *pro hac vice*)<br>Dentons Bingham Greenebaum LLP<br>One City Center, Suite 11100<br>Portland, ME  04101<br>Phone: (207) 619-0919<br>Email: andrew.helman@dentons.com<br><br>and<br><br>Thomas Maxson<br>Dentons Cohen & Grigsby P.C.<br>625 Liberty Avenue, 5th Floor<br>Pittsburgh, PA  15222<br>Phone: (412) 297-4706<br>Email: thomas.maxson@dentons.com<br><br>and<br><br>Lauren M. Macksoud (admitted *pro hac vice*)<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 768-5347<br>Email: lauren.macksoud@dentons.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al.* |

25305021.v1