# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> POTTSVILLE OPERATIONS, LLC, *et al.*,[1] <br><br> Debtors. | Case No.: 24-70418-JAD <br><br> Chapter 11 <br><br> (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al. <br><br> Movant, <br><br> -vs- <br><br> No Respondent. | Related to Document Nos. 1795, 1796 <br><br> Hearing Date: <br><br> Hearing Time: <br><br> Response Deadline: 4:00 P.M. EST December 31, 2025 |

## CERTIFICATION OF NO OBJECTION
## REGARDING MONTHLY FEE STATEMENTS OF
## DENTONS FOR THE PERIODS OF JULY 1, 2025, THROUGH
## JULY 31, 2025, AND SEPTEMBER 1, 2025, THROUGH SEPTEMBER 30, 2025

I, Andrew C. Helman, certify as follows:

1. I am an attorney with the law firm of Dentons Bingham Greenebaum ("DBG"), (together with Dentons US, LLP ("DUS") and Dentons Cohen & Grigsby P.C. ("DCG"), "Dentons") counsel to the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

25305679.v1

2. As of the date hereof, there has been no answer, objection or other responsive pleading to the *Monthly Fee Statement of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of July 1, 2025, Through July 31, 2025* [Docket No. 1795] and the *Monthly Fee Statement of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of September 1, 2025, Through September 30, 2025* [Docket No. 1796] (the "Monthly Fee Statements").  The Monthly Fee Statements were filed with the Court on the dates listed on **Exhibit A**.

3. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleadings to the Monthly Fee Statements appears thereon.  Objections were to be filed and served no later than 4:00 P.M. (EST) on December 31, 2025.

4. Pursuant to the *Amended Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 350] (the "Interim Compensation Order") entered on December 9, 2024, the Pottsville and Care Pavilion Debtors are authorized to pay Dentons eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Monthly Fee Statements.

Dated: December 31, 2025            */s/ Andrew C. Helman*
                                    Andrew C. Helman (admitted *pro hac vice*)
                                    Dentons Bingham Greenebaum LLP
                                    One City Center, Suite 11100
                                    Portland, ME  04101
                                    Phone: (207) 619-0919
                                    Email: andrew.helman@dentons.com

25305679.v1

and

Thomas Maxson
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al.*

25305679.v1

# **EXHIBIT A**

Professional Fees and Expenses Monthly Fee Statements

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Dentons [1795] | 07/1/2025 – 07/31/2025 | $7,960.00 (Fees)<br><br>$0.00 (Expenses) | $6,368.00 (80% of Fees)<br><br>$0.00 (100% of expenses) | 12/17/2025 | 12/31/2025 |
| Dentons [1796] | 09/1/2025 – 09/30/2025 | $21,017.50 (Fees)<br><br>$0.00 (Expenses) | $16,814.00 (80% of Fees)<br><br>$0.00 (100% of Expenses) | 12/17/2025 | 12/31/2025 |

25305679.v1