IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POTTSVILLE OPERATIONS, LLC, et al.<br><br>Movant,<br><br>-vs-<br><br>No Respondent. | Related to Document No.: ____<br><br>Hearing Date: February 3, 2026<br><br>Hearing Time: 10:00 a.m. (prevailing Eastern Time)<br><br>Response Deadline: January 26, 2026 |

**ORDER GRANTING FOURTH INTERIM
FEE APPLICATION OF FTI CONSULTING, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN RELATION TO THE CARE PAVILION DEBTORS FOR THE PERIOD
FROM AUGUST 1, 2025, THROUGH AND INCLUDING OCTOBER 31, 2025**

This matter having come before the Court on the *Fourth Interim Fee Application of FTI*

*Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

25279313.v2

*Financial Advisor for the Official Committee of Unsecured Creditors in Relation to the Care Pavilion Debtors for the Period from August 1, 2025, Through and Including October 31, 2025* (the "<u>Application</u>"), and after proper notice to all creditors and other parties in interest, the Court having independently reviewed the Application, it is hereby **<u>ORDERED</u>**, **<u>ADJUDGED</u>**, and **<u>DECREED</u>** as follows:

1. The Application is **<u>GRANTED</u>**.

2. Pursuant to section 330 of the Bankruptcy Code, FTI[2] is allowed compensation, on an interim basis, for services to the Committee during the Fee Period in the aggregate amount of **$79,075.10** including professional fees in the amount of **$54,923.00** and reimbursement of expenses in the amount of **$24,152.10**.

3. The fees and expenses are hereby awarded on an interim basis in accordance with the applicable sections of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules.

4. The Debtors are authorized to pay FTI the fees and expenses allowed herein.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____

                                              HON. JEFFERY A. DELLER
                                              United States Bankruptcy Judge

---

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Application.