# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF REVISED RATES BY FTI CONSULTING, INC.

1. On January 13, 2025, the Court entered an order authorizing the retention and employment of FTI Consulting, Inc. as financial advisor to the Official Committee of Unsecured Creditors [Docket No. 531] (the "Retention Order"), which authorized the Official Committee of Unsecured Creditors of the above captioned debtors (the "Committee") to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee, for the specific purposes detailed in the *Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 29, 2024* [Docket No. 315] (the "Application").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

2.  Paragraph 15 of the Application disclosed the range of hourly rates charged by FTI for professional services and stated that FTI's hourly rates are subject to periodic adjustments. *See* Application ¶ 15.

3.  On July 2, 2025, the Committee filed the *Second Supplement to Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors* (the "Second Supplement") [Docket No. 1353]. The Committee had determined that electronic discovery services (the "E-Discovery Services") were required for the extraction, retention, and hosting of the Debtors' electronic documents and data, in order to preserve information that may support claims and causes of action owned by the Debtors' bankruptcy estates. The Committee filed the Second Supplement to expand the scope of FTI's employment and modify the hourly rate ranges for FTI professionals assigned to the case.

4.  On July 28, 2025, the Court entered the *Order Granting Second Supplemental Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1420].

5.  In the ordinary course of business, FTI has adjusted the hourly rates charged by its professionals and, therefore, submits this notice of revised rates. This notice shall constitute notice that, as of October 1, 2025, the hourly rates charged by FTI professionals anticipated to be assigned to this case will be as follows:

| Professionals | Hourly Rates |
|---|---|
| Senior Managing Directors | $550.00 - $1,580.00 |
| Directors / Senior Directors / Managing Directors | $390.00 - $1,195.00 |
| Consultants / Senior Consultants | $225.00 - $850.00 |
| Administrative / Paraprofessionals | $195.00 - $395.00 |

6. As stated in paragraph 15 of the Application these rates are, and will continue to be, based on FTI's standard and customary billing arrangements.

Dated: January 20, 2026

FTI CONSULTING, INC.

By: /s/ Clifford Zucker
Clifford Zucker
Senior Managing Director

*Financial Advisor to the Official Committee of Unsecured Creditors*

Dated: January 20, 2026

*/s/ Andrew C. Helman*
Andrew C. Helman (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

*/s/ Thomas D. Maxson*
Thomas Maxson (PA ID No. 63207)
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
Ste. 25th Floor
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, et al*

3