FILED
2/3/26 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | ) | Case No. 24-70418-JAD |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | X | |

### SIGN-IN SHEET FOR ATTORNEYS APPEARING IN-PERSON AT THE HEARING ON FEBRUARY 3, 2026

| Attorney Name | Law Firm | Representing |
|---|---|---|
| Dan Schmizz | Paines Feedman Cittrell | Debtors |
| Harry Readshaw | " | Debtors |
| Scott Prince | Baker Hostetler | Debtors |
| Will Buchanan | UST | UST |
| Michael Shiner | TAPC | Landa & Argnt |
| Ryan Cooney | Cooney Law Office | PAMC Realty |
| | | |
| | | |
| | | |
| | | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785); Bedrock Care LLC (9115); Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | ) | Case No. 24-70418-JAD |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | X | |

**SIGN-IN SHEET FOR ATTORNEYS APPEARING VIA ZOOM AT THE HEARING ON FEBRUARY 3, 2026**

| Attorney Name | Law Firm | Representing |
|---|---|---|
| Andrew Helman | Dentons | UCC |
| Tom Maxson | Dentons | UCC |
| Lauren Macksoud | Dentons | UCC |
| Mike Kruszewski | Leech Tischman | Ventas Inc. |
| Richard Seltzer | Cohen Weiss & Simon | Local 262 RWDSU |
| Ronald Lebovits | Zarwin, Baum | The Estate of Katina Papageorgiou. |
| Allison Carr | PA Office of Attorney General | PA Department of Human Services |
| K. Jeff Wang | Cohen Weiss & Simon | Local 262 RWDSU |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785); Bedrock Care LLC (9115); Care Pavilion Operating LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2571). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.