IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| | *Jointly Administered* |
| Debtors. | Doc. No.: |
| POTTSVILLE OPERATIONS, LLC, *et al.*, | Related to Document Nos.: See Below |
| Movants, | Hearing Date: February 24, 2026 |
| -vs - | Hearing Time: 10:00 AM (EST) |
| NO RESPONDENTS. | Response Deadlines: See Below |

NOTICE OF PRELIMINARY AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 24, 2026, AT 10:00 AM (EST)

    I.      MOTIONS FOR RELIEF FROM STAY

1. Motion of Yvonne Watson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 650] filed on February 11, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively, the "Pottsville Debtors" and the Pottsville Debtors' chapter 11 cases are collectively referred to as the "Pottsville Cases") and Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating, LLC (6546); MAPA Operating, LLC (3750); Maplewood Operating, LLC (0850); Milton Operating, LLC (5523); Parkhouse Operating, LLC (0140); Tucker Operating, LLC (4305); Watsontown Operating, LLC (0236); and York Operating, LLC (2571) (collectively the "Care Pavilion Debtors" and the Care Pavilion Debtors' chapter 11 cases are collectively referred to as the "Care Pavilion Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

10734587.2

Objection / Response Deadline:

    a. February 28, 2025

Objections / Responses Filed:

    a. Debtors' Objection and Reservation of Rights to Motion of Yvonne Wayson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from Stay and (II) Related Relief [Doc. No. 745] filed February 28, 2025

Related Documents:

    a. Notice of Hybrid Hearing with Response Deadline Regarding Motion of Yvonne Watson, Individually and as Executrix of the Estate of Mary E. Coles for Entry of an Order Granting (I) Relief from Stay and (II) Related Relief [Doc. No. 652] filed on February 11, 2025

    b. Certificate of Service [Doc. No. 653] filed February 11, 2025

    c. Text Order Rescheduling Hearing [Doc. No. 785] entered March 11, 2025

    d. Text Order Rescheduling Hearing [Doc. No. 916] entered April 7, 2025

    e. Text Order Rescheduling Hearing [Doc. No. 997] entered April 22, 2025

    f. Text Order Rescheduling Hearing [Doc. No. 1087] entered May 12, 2025

    g. Text Order Rescheduling Hearing [Doc. No. 1170] entered May 28, 2025

    h. Text Order Rescheduling Hearing [Doc. No. 1299] entered June 23, 2025

    i. Text Order Rescheduling Hearing [Doc. No. 1388] entered July 21, 2025

    j. Text Order Rescheduling Hearing [Doc. No. 1486] entered August 25, 2025

    k. Text Order Rescheduling Hearing [Doc. No. 1628] entered October 17, 2025

    l. Text Order Rescheduling Hearing [Doc. No. 1786] entered December 12, 2025

    m. Text Order Rescheduling Hearing [Doc. No. 1896] entered January 23, 2026.

Status:  This matter is going forward.

2. Motion of Kenetha Guyer Administratrix of the Estate of Jeffrey C. Markle Deceased; Keith Matin and Karl Martin, Co-Executors of the Estate of Richard Martin, Deceased;

Janie Keiser, Executrix of the Estate of Earnest Lee Keiser, Deceased; Elaine Billhime, Administratrix of the Estate of Allen Showers, Deceased; Cathy Falck, Executrix of the Estate of Bessie Grove, Deceased Sandra Minnich and Donna J. Brown, Co-Executrix of the Estate of Charles Baker, Deceased Terry Napp, Executor of the Estate of Grace Napp, Deceased; James Rovenolt, II, Administrator of the Estate of James Rovenolt, Sr., Deceased; Debra Phelps and Lisa A. fogle, Co-Executrix of the Estate of Kathryn Herman, Deceased; Marilyn Rodarmel, Administratrix of the Estate of Margaret Keiser, Deceased Lisa Hollenbach and Kevin Yeager Co-Executors of the Estate of Marion Yeager, Deceased; Matthew Shade, Administrator of the Estate of Samuel Shade, Deceased; Michelle Lincoln, Executrix of the Estate of Stella Walker, Deceased and Lois Stettler, Individually and as Administratrix of the Estate of Mary Erb, Deceased, for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Doc. No. 1421] filed on July 29, 2025.

Objection / Response Deadline:

   a. September 26, 2025

Objections / Responses Filed:

   a. None at this time.

Related Documents:

   a. Notice of Hybrid Hearing with Response Deadline Regarding Motion of Kenetha Guyer Administratrix of the Estate of Jeffrey C. Markle Deceased; Keith Matin and Karl Martin, Co-Executors of the Estate of Richard Martin, Deceased; Janie Keiser, Executrix of the Estate of Earnest Lee Keiser, Deceased; Elaine Billhime, Administratrix of the Estate of Allen Showers, Deceased; Cathy Falck, Executrix of the Estate of Bessie Grove, Deceased Sandra Minnich and Donna J. Brown, Co-Executrix of the Estate of Charles Baker, Deceased Terry Napp, Executor of the Estate of Grace Napp, Deceased; James Rovenolt, II, Administrator of the Estate of James Rovenolt, Sr., Deceased; Debra Phelps and Lisa A. fogle, Co-Executrix of the Estate of Kathryn Herman, Deceased; Marilyn Rodarmel, Administratrix of the Estate of Margaret Keiser, Deceased Lisa Hollenbach and Kevin Yeager Co-Executors of the Estate of Marion Yeager, Deceased; Matthew Shade, Administrator of the Estate of Samuel Shade, Deceased; Michelle Lincoln, Executrix of the Estate of Stella Walker, Deceased and Lois Stettler, Individually and as Administratrix of the Estate of Mary Erb, Deceased, for Entry of an Order Granting (I) Relief from Stay and (II) Related Relief [Doc. No. 1423] filed on July 29, 2025

   b. Stipulation and Consent Order amending Deadline for Parties to Respond to Movants' Motion for Relief from the Automatic Stay [Doc. No. 1467] August 15, 2025

10734587.2

    c. Order Approving Stipulation [Doc. No. 1474] entered August 18, 2025

    d. Second Stipulation and Consent Order amending Deadline for Parties to Respond to Movants' Motion for Relief from the Automatic Stay [Doc. No. 1482] August 22, 2025

    e. Text Order [Doc. No. 1489] entered August 25, 2025

    f. Text Order Rescheduling Hearing [Doc. No. 1628] entered October 17, 2025

    g. Text Order Rescheduling Hearing [Doc. No. 1786] entered December 12, 2025

    h. Text Order Rescheduling Hearing [Doc. No. 1896] entered January 23, 2026

Status: This matter is going forward.

## II. FEE APPLICATIONS

3. Fourth Interim Fee Application of Raines Feldman Littrell, LLP for Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2025 through October 31, 2025 [Doc. No. 1850] filed on January 6, 2026.

Objection / Response Deadline:

    a. February 17, 2026

Objections / Responses Filed:

    a. The response deadline has not yet passed.

Related Documents:

    a. Notice of Hearing and Objection Deadline for Fourth Interim Fee Application of Raines Feldman Littrell, LLP for Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2025 through October 31, 2025 [Doc. No. 1851] filed January 6, 2026.

    b. Certificate of Service filed by Stretto [Doc. No. 1855] filed January 8, 2026.

Status: This matter is currently going forward. To the extent no responses are filed prior to the expiration of the response deadline, the Debtors intent to file a certificate of no objection prior to the hearing.

10734587.2

### III. ADDITIONAL INFORMATION

All documents filed in these Chapter 11 Cases may be reviewed, free of charge, on the website created by Stretto, Inc., the Claims and Noticing Agent for these Chapter 11 Cases, at https://cases.stretto.com/pottsville. Inquiries may be directed by telephone to 855-469-1264 (for U.S. & Canada calls) and 714-586-5713 (for calls originating outside of the U.S.) or by email to PottsvilleInquiries@stretto.com.

| | |
|---|---|
| Dated: February 17, 2026<br>Pittsburgh, Pennsylvania | Respectfully submitted:<br><br>**RAINES FELDMAN LITTRELL, LLP**<br><br>By: /s/ Daniel R. Schimizzi<br>Daniel R. Schimizzi (PA ID No. 311869)<br>Jordan N. Kelly (PA ID No. 328896)<br>11 Stanwix Street, Suite 1500<br>Pittsburgh, PA 15222<br>Telephone: 412-899-6474<br>Email: dschimizzi@raineslaw.com<br>jkelly@raineslaw.com<br>*Local Counsel to the Debtors and Debtors in Possession*<br><br>- and -<br><br>**BAKER & HOSTETLER LLP**<br><br>Elizabeth A. Green, Esq.<br>FL Bar No.: 0600547<br>Email: egreen@bakerlaw.com<br>Andrew V. Layden, Esq.<br>FL Bar No.: 86070<br>E-mail: alayden@bakerlaw.com<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida 32801-3432<br>Telephone: (407) 540-7920<br>Facsimile: (407) 841-0168<br>*Counsel for the Debtors and Debtors in Possession* |

10734587.2