**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No.: 24-70418-JAD |
| POTTSVILLE OPERATIONS, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF SECOND AMENDED PLAN OF LIQUIDATION SUBMITTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On August 13, 2026, the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") entered an order [Docket No. 2374] (the "Confirmation Order") confirming the *Second Amended Plan of Liquidation Submitted by the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1710-1] attached as Exhibit 1 to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. **Effective Date of the Plan**. The Effective Date of the Plan was August 27, 2026.

3. **Administrative Claim Bar Date**. As provided for in paragraph 39 of the Confirmation Order, all requests for payment of an Administrative Claim must be filed with this Court and served on counsel to the Liquidating Trustee, counsel to the Debtors, and counsel to the U.S. Trustee **no later than September 28, 2026 (the first business day after the date that is thirty (30) days after the Effective Date);** *provided*, *however*, that Persons that asserted administrative claims with a timely filed Proof of Claim for prepetition Claims or Rejection Claims do not need to file additional requests for payment of such Administrative Claims.

4. **Deadline to File Professional Fee Claims**. As provided for in paragraph 40 Confirmation Order, all final applications for payment of the Professional Fee Claims must be filed with this Court and served on counsel to the Debtors and the Liquidating Trustee **no later than October 12, 2026 (the first business day after the date that is forty-five (45) days after**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Hampton House Operations, LLC (8969); Kingston Operations, LLC (1787); Williamsport North Operations, LLC (9927); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296) (collectively, the "OpCo Debtors"), and Pottsville Propco, LLC (8685); Hampton House Propco LLC (7258); Kingston Propco, LLC (8562); Williamsport Propco, LLC (2039); and Yeadon Propco, LLC (5785) (collectively, the "PropCo Debtors").

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

**the Effective Date)**, unless otherwise ordered by this Court or such later date is agreed to by the Liquidating Trustee.

5. **Deadline to File Rejection Damages Claims**. As provided for in Section 7.2 of the Plan and in the Confirmation Order, unless otherwise provided by a Bankruptcy Court Order, any Proofs of Claim asserting Rejection Damages Claims pursuant to the Plan or otherwise must be Filed with the Claims Agent **by September 28, 2026 (the first business day after the date that is thirty (30) days after the Effective Date). Any Rejection Damages Claims that are not timely filed pursuant to Section 7.2 of the Plan shall be forever disallowed and barred.**

6. **Inquiries by Interested Parties**. Copies of the Confirmation Order (to which the Plan is attached as Exhibit 1) may be examined free of charge at https://cases.stretto.com/pottsville/. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at https://www.pawd.uscourts.gov/. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Lauren M. Macksoud*
Lauren M. Macksoud
**DENTONS US LLP**
1221 Avenue of the Americas, 25th Floor
New York, NY 10020
lauren.macksoud@dentons.com

-and-

*/s/ Thomas D. Maxson*
Thomas D. Maxson (Pa. ID 63207)
**DENTONS COHEN & GRIGSBY P.C.**
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

-and-

Andrew C. Helman
**DENTONS BINGHAM GREENEBAUM LLP**
One City Center, Suite 11100
Portland, ME 04101
andrew.helman@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*